**DEPARTMENT OF THE INTERIOR**

**Bureau of Land Management**

**[212.LLAK941000 L14100000.ET0000; AA-65515, AA-65516, AA-65513, AA-61299, F-16304, F-85667, AA-61005, AA-61301, AA-66614]**

**Public Land Order No. 7 9 0 0 ; Partial Revocation of Public Land Orders Nos. 5174, 5175, 5176, 5179, 5180, 5184, 5186, 5188, and 5353, Alaska**

**AGENCY:**   Bureau of Land Management, Interior.

**ACTION:**   Public Land Order.

**SUMMARY:**  This order partially revokes nine Public Land Orders (PLO) insofar as they affect approximately 992,194.7 acres of public lands reserved for study and classification as appropriate by the Department of the Interior.  The purposes for which these lands were withdrawn no longer exist as described in the analysis in the 2006 Ring of Fire Proposed Resource Management Plan and Final Environmental Impact Statement (Ring of Fire PMRP/FEIS) and the decisions made in the Ring of Fire Record of Decision and Approved Resource Management Plan of 2008 (Ring of Fire Approved RMP).

**DATE:**  This Public Land Order takes effect on [INSERT DATE OF PUBLICATION IN THE *FEDERAL REGISTER*].

**FOR FURTHER INFORMATION CONTACT:**  Chelsea Kreiner, Bureau of Land Management (BLM) Alaska State Office, 222 West Seventh Avenue, Mailstop #13, Anchorage, AK 99513-7504, 907-271-4205, or ckreiner@blm.gov.  People who use a telecommunications device for the deaf (TDD) may call the Federal Relay Service (FRS)

at 1-800-877-8339 to contact the above individual during normal business hours. The FRS is available 24 hours a day, 7 days a week, to leave a message or question with the above individual. You will receive a reply during normal business hours.

**SUPPLEMENTARY INFORMATION:** This Order implements the recommendations made in the BLM's Ring of Fire Approved RMP and the analysis in the Ring of Fire PRMP/FEIS that serves as the detailed statement required under the National Environmental Policy Act Section 102(2)(C). PLO Nos. 5174, 5175, and 5176 as amended, modified, or corrected, withdrew lands for selection by Village and Regional Corporations under Sec. 11(a)(3) of Alaska Native Claims Settlement Act (ANCSA), and for classification. Sec. 22(h)(4) of ANCSA states "the Secretary is authorized to terminate any withdrawal . . . whenever he determines the withdrawal is no longer necessary." The purposes for which these lands were withdrawn were satisfied by the analysis conducted during the development of the BLM's Ring of Fire PRMP/FEIS. PLO No. 5179, as amended, modified, or corrected, withdrew lands in aid of legislation concerning addition to, or creation of, units of the National Park, National Forest, Wildlife Refuge, and Wild and Scenic Rivers systems, and to allow for classification of the lands. Any additions to or creations of new units of National Parks, National Forests, Wildlife Refuges or Wild and Scenic Rivers from the land withdrawn by PLO No. 5179 were met by the Alaska National Interest Lands Conservation Act (ANILCA). The classification of the lands withdrawn by PLO No. 5179 was satisfied by the analysis conducted during the development of the Ring of Fire PRMP/FEIS. PLO No. 5180, as amended, modified, or corrected, withdrew lands to allow for classification and for the protection of the public interest in these lands. The classification and protection of the

2

public interest in the lands withdrawn by PLO No. 5180 have been satisfied by the analysis conducted during the development of the Ring of Fire PRMP/FEIS. PLO No. 5184, as amended, modified, or corrected, withdrew lands to allow for classification or reclassification of some areas withdrawn by ANCSA Sec. 11. These purposes were satisfied by the analysis conducted during the development of the Ring of Fire PRMP/FEIS. PLO No. 5186, as amended, modified, or corrected, withdrew lands for classification and protection of the public interest in lands not selected by the State of Alaska. The classification of the lands withdrawn by PLO No. 5186 has been satisfied by the analysis conducted during the development of the Ring of Fire PRMP/FEIS. PLO No. 5188, as amended, modified, or corrected, withdrew the lands in former reservations for classification and protection of the public interest for the use and benefit of Alaska Natives pursuant to Section 17(d)(1) of ANCSA. The purposes of PLO No. 5188 were satisfied by the analysis conducted during the development of the Ring of Fire PRMP/FEIS. PLO No. 5353, as amended, modified, or corrected, withdrew lands under the authority of section 17(d)(1), pending determination of eligibility of certain Native communities under section 11(b)(3), and classification of lands not conveyed pursuant to section 14 of ANCSA. The purposes of PLO No. 5353 were satisfied both by the analysis conducted during the development of the Ring of Fire PRMP/FEIS and by the determination of Woody Island's eligibility as a Native village under ANCSA on September 4, 1973. Some lands covered by the revocation of the above listed withdrawals have been top filed by the State of Alaska pursuant to Section 906(e) of ANILCA. Upon revocation of the above listed withdrawals, the top filings will convert to selections, subject to valid existing rights. Lands validly selected by or conveyed to

3

the State of Alaska are not subject to ANILCA Sec. 810, as they no longer fit the definition of public lands. The Sec. 810 analysis for the Ring of Fire Approved RMP found no significant restriction on subsistence uses due to the revocation of withdrawals implemented by this action.

ORDER

By virtue of the authority vested in the Secretary of the Interior by Section 204 of the Federal Land Policy and Management Act of 1976, 43 U.S.C. 1714, and Section 22(h)(4) of the Alaska Native Claims Settlement Act of 1971, 43 U.S.C. 1621(h)(4), it is ordered as follows:

1. Subject to valid existing rights, Public Land Orders No. 5174 (37 FR 5576 (1972)); 5175 (37 FR 5576 (1972)); 5176 (37 FR 5577 (1972)); 5179 (37 FR 5579 (1972)); 5180 (37 FR 5583 (1972)); 5184 (37 FR 5588 (1972)); 5186 (37 FR 5589 (1972)); 5188 (37 FR 5591) (1972)); 5353 (38 FR 19825 (1973)) and any amendments, modifications or corrections to these Orders, if any, are hereby revoked insofar as they affect the following described Federal lands within the Ring of Fire RMP:

Seward Meridian, Alaska

T. 13 N., R. 1 E.,

secs. 4, 5, 6, 8, 9, 10, 15, 16, 21, and 22, those portions lying within Power Site Classification No. 107.

T. 15 N., R. 1 E.,

sec. 20, that portion formerly within application A-053472 excluded from the Tentative Approval for A-061180 dated May 6, 1965.

T. 16 N., R. 1 E.,

4

sec. 2, lot 10;

sec. 3, lots 2 thru 6, lot 8, NW1/4NE1/4, and NW1/4;

secs. 4 thru 9;

sec. 10, lots 1, 2, and 3;

sec. 11, lot 10, lot 11, that portion lying west of lot 6, U.S. Survey No. 9023, and lot

13.

sec. 21, SE1/4SW1/4 and S1/2SE1/4;

sec. 22, S1/2SW1/4 and S1/2SE1/4;

sec. 23, S1/2SW1/4 and S1/2SE1/4;

sec. 24, S1/2SW1/4 and S1/2SE1/4;

sec. 25;

sec. 26, N1/2, N1/2SW1/4, N1/2SW1/4SW1/4, SE1/4SW1/4, and SE1/4;

sec. 27, lots 6, 7, and 9, N1/2NE1/4, NE1/4SW1/4NE1/4, SE1/4NE1/4,

N1/2NE1/4NE1/4NW1/4, N1/2NW1/4NE1/4NW1/4, and N1/2NE1/4NW1/4NW1/4;

sec. 31;

sec. 32, SW1/4NW1/4 and S1/2;

sec. 33, S1/2SW1/4 and S1/2SE1/4;

sec. 35, lot 1;

sec. 36, N1/2, N1/2SW1/4, SE1/4SW1/4, and SE1/4.

T. 17 N., R. 1 E.,

lots 5 and 6, Block 6, and Blocks 22, 27, and 36, U.S. Survey No. 1169.

T. 18 N., R. 1 E.,

sec. 16, lot 4;

5

sec. 33, lot 11.

T. 14 N., R. 2 E.,

sec. 1, NE1/4NE1/4NE1/4, E1/2NW1/4NE1/4NE1/4, NE1/4SW1/4NE1/4NE1/4, and
N1/2SE1/4NE1/4NE1/4.

T. 15 N., R. 2 E.,

secs. 1 thru 4;

sec. 6, lots 1 thru 4, lot 7, S1/2NE1/4, N1/2SE1/4NW1/4, N1/2SW1/4SE1/4NW1/4,
N1/2SE1/4SE1/4NW1/4, SE1/4SW1/4, NE1/4NE1/4SE/1/4, and
N1/2NW1/4NE1/4SE1/4;

sec. 7, NE1/4NE1/4, W1/2NE1/4, W1/2, W1/2SE1/4, and SE1/4SE1/4;

sec. 9, lot 7;

sec. 10, N1/2, NE1/4SW1/4, and SE1/4;

secs. 11 and 12;

sec. 13, N1/2, N1/2SW1/4, SE1/4SW1/4, and SE1/4;

sec. 14, N1/2NE1/4, SE1/4NE1/4, and N1/2NW1/4;

sec. 15, NE1/4NE1/4;

sec. 16, lot 4; SW1/4NW1/4, SW1/4, W1/2SE1/4, and SE1/4SE1/4;

sec. 17, lot 2;

secs. 18 thru 21;

sec. 22, S1/2NE1/4, W1/2, and SE1/4;

sec. 23, W1/2SW1/4 and SE1/4SW1/4;

sec. 24, NE1/4, N1/2SE1/4, and SE1/4SE1/4;

sec. 26, lot 4, SW1/4NE1/4, and W1/2;

6

secs. 27 thru 35;

sec. 36, lot 5 and W1/2SW1/4.

T. 16 N., R. 2 E.,

sec. 2, lot 10, that portion within community grant application AA-56321;

sec. 8, lot 9, those portions within community grant application AA-56321;

sec. 9, lot 5, those portions within community grant application AA-56321;

sec. 10, lot 3, those portions within community grant application AA-56321;

sec. 11, lot 1, those portions within community grant application AA-56321;

sec. 16, lot 1, that portion within community grant application AA-56321;

sec. 17, lot 1, those portions within community grant application AA-56321;

lots 1 and 2, U.S. Survey No. 3242A;

U.S. Survey No. 5554.

T. 17 N., R. 2 E.,

sec. 14, SE1/4SE1/4SW1/4NE1/4;

sec. 23, lots 1 and 6, and N1/2SW1/4NE1/4NE1/4;

sec. 26, lots 31 and 33, and lots 35 thru 39;

sec. 35, lots 16 and 18.

T. 18 N., R. 2 E.,

Block 9 the School Reserve, lot 1, Block 13 the Municipal Reserve, and Block 16 the

Park Reserve, U.S. Survey No. 1152, Moose Townsite.

T. 16 N., R. 3 E.,

sec. 3, lot 1;

sec. 4, lots 1, 2, and 4;

7

sec. 5, lots 1 thru 4, lot 6, W1/2SW1/4, SE1/4SW1/4, N1/2SW1/4SE1/4,

N1/2SW1/4SW1/4SE1/4, N1/2SE1/4SW1/4SE1/4, and SE1/4SE1/4;

sec. 6, lots 2 thru 6, lots 8 and 9, E1/2SW1/4, and SE1/4;

sec. 9, lots 1 thru 4, SW1/4NE1/4, E1/2NE1/4NW1/4NW1/4,

NW1/4NE1/4NW1/4NW1/4,

N1/2NW1/4NW1/4NW1/4, S1/2SW1/4SW1/4NW1/4, S1/2SE1/4SW1/4NW1/4,

E1/2SE1/4NW1/4, E1/2NW1/4SE1/4NW1/4, E1/2SW1/4SE1/4NW1/4,

SW1/4SW1/4SE1/4NW1/4, SW1/4, N1/2NE1/4NE1/4SE1/4,

W1/2NE1/4NW1/4SE1/4, W1/2NW1/4SE1/4, SE1/4NW1/4SE1/4, and SW1/4SE1/4;

sec. 10, lots 1 thru 5, lot 8, N1/2NW1/4SW1/4, N1/2SE1/4NW1/4SW1/4,

N1/2NE1/4SE1/4SW1/4, SE1/4NE1/4SE1/4SW1/4, NE1/4SE1/4SE1/4SW1/4,

NW1/4SW1/4SE1/4, N1/2SW1/4SW1/4SE1/4, and SE1/4SW1/4SW1/4SE1/4;

sec. 14, lot 4, lots 7 thru 12, and SW1/4SW1/4;

sec. 15, lots 3 and 4, N1/2NE1/4NW1/4NE1/4, SW1/4, SW1/4SW1/4SW1/4SE1/4,

and E1/2SE1/4;

sec. 16, W1/2NE1/4, W1/2, and SE1/4;

sec. 22;

sec. 23, lots 4, 5, and 6, S1/2NE1/4, N1/2NE1/4NW1/4, SE1/4NE1/4NW1/4,

W1/2NW1/4, E1/2NE1/4SE1/4NW1/4, W1/2SW1/4SE1/4NW1/4, SW1/4,

W1/2NW1/4NW1/4SE1/4,

W1/2SW1/4NW1/4SE1/4, and S1/2SE1/4;

sec. 24, lots 1, 2, 3, and 6, NE1/4SW1/4, N1/2NW1/4SW1/4,

N1/2SW1/4NW1/4SW1/4 N1/2SE1/4NW1/4SW1/4, and SE1/4;

Case 3:21-cv-00158-HRH   Document 1-2   Filed 07/07/21   Page 8 of 30

sec. 25, NE1/4NE1/4, E1/2NW1/4NE1/4, N1/2NW1/4NW1/4NE1/4,

SE1/4NW1/4NW1/4NE1/4, SW1/4NW1/4NE1/4, SW1/4NE1/4, N1/2SE1/4NE1/4,

S1/2NE1/4NW1/4, S1/2NW1/4NW1/4, S1/2NW1/4, SW1/4, and W1/2SE1/4;

secs. 26 and 36.

T. 19 N., R. 3 E.,

sec. 26, lot 10, that portion within the S1/2SW1/4;

sec. 35, lot 2.

T. 13 N., R. 4 E., unsurveyed,

secs. 1, 11, 12, 14, 22, 23, 26, 27, and 34, those portions previously within Public

Land Order No. 3324 more particularly described as 1/4 mile landward and parallel

with the ordinary high water line of the left bank of the Knik River and the westerly

bank of Lake George.

T. 14 N., R. 4 E., unsurveyed,

sec. 36, those portions previously within Public Land Order No. 3324 more

particularly described as ¼ mile landward and parallel with the ordinary high water

line of the left bank of the Knik River and the westerly bank of Lake George.

T. 15 N., R. 4 E.,

sec. 1, lots 1 thru 6;

sec. 2, lots 1 and 2;

tract 37.

T. 16 N., R. 4 E.,

secs. 1 thru 18;

sec. 19, lots 1 thru 4 and lots 7 thru 21;

9

secs. 20 thru 28;

sec. 29, lots 2 thru 18, E1/2NE1/4, E1/2SW1/4NW1/4, N1/2NW1/4SW1/4NW1/4,

SE1/4NW1/4SW1/4NW1/4, E1/2SW1/4SW1/4NW1/4, and W1/2SW1/4;

sec. 30, W1/2NE1/4SW1/4SE1/4 and W1/2SE1/4SW1/4SE1/4.

sec. 31, lots 4, 8, and 9, NW1/4NE1/4, E1/2SW1/4NE1/4, N1/2NW1/4SW1/4NE1/4,

SE1/4NW1/4SW1/4NE1/4, E1/2SW1/4SW1/4NE1/4, NE1/4NW1/4,

S1/2NE1/4SW1/4NW1/4, SE1/4SW1/4NW1/4, SW1/4NE1/4SE1/4NW1/4,

S21/2NW1/4SE1/4NW1/4, SW1/4SE1/4NW1/4, W1/2SE1/4SE1/4NW1/4,

W1/2NE1/4NE1/4SW1/4, W1/2NE1/4SW1/4, W1/2SE1/4NE1/4SW1/4,

E1/2NW1/4SW1/4, W1/2NE1/4SE1/4SW1/4, W1/2SE1/4SW1/4,

W1/2SE1/4SE1/4SW1/4, E1/2SE1/4, E1/2NW1/4SE1/4, E1/2NW1/4NW1/4SE1/4,

E1/2SW1/4NW1/4SE1/4, E1/2SW1/4SE1/4, and NE1/4NW1/4SW1/4SE1/4;

sec. 32, lots 1, 2, and 3, N1/2NW1/4, N1/2SW1/4NW1/4,

NE1/4SW1/4SW1/4NW1/4, N1/2SE1/4SW1/4NW1/4,

E1/2SW1/4SE1/4SW1/4NW1/4, SE1/4SE1/4SW1/4NW1/4, SE1/4NW1/4, and S1/2;

sec. 33, lots 1 thru 9, SW1/4NE1/4, SE1/4NW1/4, and S1/2;

sec. 34, lots 3, 6, 8, 10, 14, 15, 18 and 21;

secs. 35 and 36.

T. 17 N., R. 4 E.

T. 19 N., R. 4 E.,

sec. 12, lot 7.

T. 14 N., R. 5 E., unsurveyed,

10

secs. 4, 5, 8, 9, 16, 17, 19, and 20, and secs. 29 thru 32, those portions previously within Public Land Order No. 3324 more particularly described as ¼ mile landward and parallel with the ordinary high water line of the left bank of the Knik River and the westerly bank of Lake George.

T. 15 N., R. 5 E., unsurveyed

secs. 6, 7, 8, 17, 18, 20, 28, 29, 32 and 33, those portions previously within Public Land Order No. 3324 more particularly described as ¼ mile landward and parallel with the ordinary high water line of the left bank of the Knik River and the westerly bank of Lake George.

T. 18 N., R. 5 E.,

sec. 4.

T. 19 N., R. 5 E.,

sec. 2, that portion lying within the Matanuska River, unsurveyed;

sec. 3, lots 32 and 33;

sec. 7, lot 43;

sec. 8, lot 16.

T. 21 N., R. 5 E.,

secs. 3, 9, 10, 16, 17, 19, 20, 30 and 31.

T. 22 N., R. 5 E.,

secs. 25, 26, 34, 35, and 36;

tract A, that portion within sec. 28.

T. 12 N., R. 6 E., unsurveyed,

sec. 1, that portion lying outside the boundary of the Chugach National Forest;

secs. 2 thru 11;

secs. 12, 13, and 14, those portions lying outside the boundary of the Chugach

National Forest;

secs. 15 thru 22;

secs. 23, 26, and 27, those portions lying outside the boundary of the Chugach

National Forest;

secs. 28 and 29;

secs. 30 thru 34, those portions lying outside the boundary of the Chugach National

Forest.

T. 19 N., R. 6 E.,

secs. 2, 3, 9, and 16, unsurveyed.

T. 20 N., R. 6 E.,

sec. 23, lot 28;

sec. 24, N1/2SW1/4SW1/4SE1/4SW1/4 and N1/2SE1/4SW1/4SE1/4SW1/4;

secs. 28, 29, 31, 32, and 33, those portions lying within the Matanuska River,

unsurveyed;

tract A, that portion within secs. 25, 26, and 27.

T. 21 N., R. 6 E.,

secs. 2, 3, 10, 11, 14, 15, 21, 22, 28, 29, 31, 32, and 33.

T. 22 N., R. 6 E.,

sec. 1, secs. 11 thru 14, secs. 23 thru 26, and secs. 30, 31, and 35.

T. 12 N., R. 7 E., unsurveyed,

secs. 4, 5, and 6, those portions lying outside the boundary of the Chugach National Forest.

T. 13 N., R. 7 E., unsurveyed,

secs. 1 thru 21;

secs. 22, 23, 24, 26 and 27, those portions lying outside the boundary of the Chugach National Forest;

secs. 28, 29, and 30;

secs. 31 thru 34, those portions lying outside the boundary of the Chugach National Forest.

T. 19 N., R. 7 E., unsurveyed,

sec. 1.

T. 13 N., R. 8 E., unsurveyed,

secs. 3 and 4, those portions lying outside the boundary of the Chugach National Forest;

secs. 5, 6, and 7;

secs. 8, 9, 17, 18, and 19, those portions lying outside the boundary of the Chugach National Forest.

T. 14 N., R. 8 E., unsurveyed,

secs. 1 thru 22;

secs. 23, 24, 26, and 27, those portions lying outside the boundary of the Chugach National Forest;

secs. 28 thru 33;

sec. 34, that portion lying outside the boundary of the Chugach National Forest.

T. 14 N., R. 9 E., unsurveyed,

sec. 4, that portion lying outside the boundary of the Chugach National Forest;

secs. 5 thru 8;

sec. 9 and secs. 16 thru 19, those portions lying outside the boundary of the Chugach National Forest.

T. 15 N., R. 9 E., unsurveyed,

secs. 1 and 2, those portions lying outside the boundary of the Chugach National Forest;

secs. 3 thru 10;

secs. 11, 14, and 15, those portions lying outside the boundary of the Chugach National Forest;

secs. 16 thru 21;

secs. 22 and 27, those portions lying outside the boundary of the Chugach National Forest;

secs. 28 thru 32;

sec. 33, that portion lying outside the boundary of the Chugach National Forest.

T. 20 N., R. 9 E.,

sec. 5, that portion within regional selection application AA-11153-31, unsurveyed;

sec. 19, lots 3 and 4, W1/2NE1/4, E1/2NW1/4, NE1/4SW1/4, and NW1/4SE1/4;

sec. 20, SE1/4SW1/4SE1/4 and S1/2SE1/4SE1/4;

sec. 22, W1/2NW1/4NE1/4, S1/2NE1/4, N1/2NW1/4, SW1/4NW1/4, and N1/2SE1/4NW1/4;

sec. 23, lots 28, 29, and 30, W1/2NW1/4, and N1/2NW1/4SW1/4;

14

**Exhibit B**

**Page 14 of 30**

sec. 25, NE1/4NE1/4;

sec. 28, N1/2NW1/4 and W1/2SW1/4NW1/4;

sec. 29, E1/2NE1/4, E1/2NW1/4NE1/4, NE1/4NW1/4NW1/4NE1/4,

S1/2NW1/4NW1/4NE1/4, and SW1/4NW1/4NE1/4;

sec. 30, lots 1 and 2;

sec. 35, lot 5.

T. 10 N., R. 1 W.,

U.S. Survey No. 3200B.

T. 15 N., R. 1 W.,

sec. 31, lot 6.

T. 16 N., R. 1 W.,

sec. 1;

sec. 2, lots 5 thru 8;

sec. 3, lot 5;

secs. 10 and 11;

sec. 12, lots 1 thru 4.

T. 17 N., R. 1 W.,

School Reserve, Block 3, U.S. Survey No. 1175.

T. 18 N., R. 1 W.,

sec. 18, E1/2SE1/4SW1/4.

T. 19 N., R. 1 W.,

U.S. Survey No. 5556.

T. 22 N., R. 2 W.,

tract A, excepting U.S. Survey No. 14489;

tract B, that portion within secs. 1 thru 5, secs. 7 thru 12, and secs. 16, 17, and 18;

tracts C thru K.

T. 15 N., R. 3 W.,

sec. 16.

T. 16 N., R. 3 W.,

sec. 12, E1/2SE1/4SE1/4SW1/4.

T. 18 N., R. 3 W.,

sec. 22, N1/2NW1/4, SW1/4NW1/4, N1/2SE1/4NW1/4, SW1/4SE1/4NW1/4, and W1/2SE1/4SE1/4NW1/4.

T. 14 N., R. 4 W.,

sec. 31, N1/2NE1/4SW1/4NE1/4.

T. 19 N., R. 4 W.,

sec. 7, lot 6 and SE1/4SW1/4;

sec. 35, SE1/4.

T. 20 N., R. 4 W.,

sec. 17, NE1/4 and W1/2NW1/4;

sec. 18, lots 1 thru 4 and SE1/4NW1/4.

T. 23 N., R. 4 W.,

sec. 6, lots 2 thru 7, excepting lot 12, U.S. Survey No. 9034;

sec. 17, E1/2NW1/4NW1/4, S1/2NW1/4NW1/4NW1/4, and SW1/4NW1/4NW1/4.

T. 24 N., R. 4 W.,

sec. 6, lots 1 thru 5, SE1/4NW1/4, and E1/2SW1/4, excepting U.S. Survey No. 9035;

16

sec. 7, lots 1, 2, and 4, N1/2NE1/4, E1/2NW1/4, SE1/4SW1/4, and SW1/4SE1/4,

excepting U.S. Survey No. 9035;

sec. 17, E1/2SW1/4 and W1/2SE1/4;

sec. 20, NE1/4NW1/4;

sec. 31, lot 9 and SE1/4SW1/4, excepting U.S. Survey No. 9035.

T. 26 N., R. 4 W.,

sec. 31, lots 2 and 3, W1/2SE1/4NW1/4, and NW1/4NE1/4SW1/4.

T. 24 N., R. 5 W.,

sec. 23, lot 4;

sec. 24, SE1/4SW1/4 and SE1/4.

T. 17 N., R. 7 W.,

U.S. Survey No. 938;

lots 7, 8, 10, and 14, lots 20 thru 23, lots 26 thru 30, and lots 33, 34, and 35, U.S

Survey No. 3633.

T. 2 N., R. 11 W.,

sec. 7, SW1/4SE1/4;

sec. 18, lots 1 thru 4, NW1/4NE1/4, NE1/4NW1/4, and E1/2NW1/4NW1/4.

T. 3 N., R. 11 W.,

sec. 4, W1/2SW1/4;

sec. 5, E1/2SE1/4;

lot 2, Block 12, Block 15, and Block 16, U.S. Survey No. 3564.

T. 5 N., R. 11 W.,

sec. 19, SE1/4NE1/4;

17

sec. 24, lot 5;

sec. 28, NW1/4.

T. 7 N., R. 11 W.,

sec. 21, E1/2SE1/4NE1/4 and E1/2SE1/4.

T. 2 N., R. 12 W.,

sec. 21, lot 1, SW1/4NE1/4, NE1/4SE1/4NE1/4, NW1/4SE1/4NE1/4,

SW1/4SE1/4NE1/4, SE1/4NW1/4, NE1/4SW1/4, that portion of

S1/2NE1/4NE1/4SE1/4 and W1/2NE1/4SE1/4 excepting Interim Conveyance No.

782, and NW1/4SE1/4.

T. 3 N., R. 12 W.,

sec. 15, E1/2NE1/4NW1/4SE1/4, SW1/4NE1/4NW1/4SE1/4,

W1/2NW1/4NW1/4SE1/4,

SE1/4NW1/4NW1/4SE1/4, S1/2NW1/4SE1/4, and SW1/4SE1/4;

sec. 21, N1/2SE1/4, E1/2SW1/4SE1/4, N1/2NW1/4SW1/4SE1/4,

SE1/4NW1/4SW1/4SE1/4,

NE1/4SW1/4SW1/4SE1/4, S1/2SW1/4SW1/4SE1/4, and SE1/4SE1/4;

sec. 25, lots 1 and 6.

T. 11 N., R. 12 W.,

lot 4, U.S. Survey No. 4549.

T. 1 N., R. 13 W.,

sec. 13, N1/2SW1/4SE1/4SE1/4 and N1/2SE1/4SE1/4SE1/4;

sec. 23, lot 1;

sec. 24, S1/2SW1/4NW1/4NE1/4 and SE1/4NW1/4NE1/4.

**Exhibit B**
**Page 18 of 30**

T. 14 N., R. 15 W.,

    tract C;

    U.S. Survey No. 13288.

T. 10 N., R. 16 W.,

    secs. 4 thru 9, secs. 16 thru 21, and secs. 28 thru 33, unsurveyed.

T. 12 N., R. 16 W., unsurveyed.

T. 13 N., R. 16 W.,

    U.S. Survey No. 13287.

Tps. 10, 11, and 12 N., R. 17 W., unsurveyed.

T. 3 N., R. 18 W.,

    secs. 7, 18, 19, and 20.

T. 4 N., R. 18 W.,

    secs. 5 thru 8 and secs. 18 and 19, unsurveyed.

T. 5 N., R. 18 W., unsurveyed,

    secs. 4 thru 9, secs. 16 thru 21, and secs. 28 thru 33.

Tps. 10, 11, and 12 N., R. 18 W., unsurveyed.

T. 3 N., R. 19 W.,

    secs. 1, 12, and 13, unsurveyed;

    sec. 24, N1/2, unsurveyed.

T. 4 N., R. 19 W.,

    secs. 1, 12, 13, 24, and 36, unsurveyed.

Tps. 10, 11, and 12 N., R. 19 W., unsurveyed

Tps. 14, 15, and 16 N., R. 19 W., unsurveyed.

19

T. 10 N., R. 20 W., unsurveyed,

secs. 1, 2, and 3, secs. 10 thru 15, secs. 22 thru 26, and sec. 36.

T. 11 N., R. 20 W., unsurveyed,

secs. 1 thru 27, secs. 29, 30, 34, 35, and 36.

T. 12 N., R. 20 W., unsurveyed.

T. 13. N., R. 20 W.,

tract B, that portion within Power Site Classification No. 395 previously excluded

from the Tentative Approval for AA-6886 dated February 25, 2002.

Tps. 14, 15, and 16 N., R. 20 W., unsurveyed.

T. 6 S., R. 13 W.,

sec. 3, SW1/4SE1/4.

T. 8 S., R. 13 W.,

lot 3, U.S. Survey No. 4740;

lot 6, U.S. Survey No. 4750.

T. 5 S., R. 14 W.,

sec. 33, SW1/4.

T. 10 S., R. 15 W.,

sec. 11, lot 6.

T. 4 S., R. 23 W.,

secs. 10 and 11.

T. 3 S., R. 24 W., unsurveyed,

secs. 17, 26, 27, and 28, those portions lying outside the boundary of the Lake Clark

National Park and Wilderness;

20

secs. 29 thru 33;

sec. 34, that portion lying outside the boundary of the Lake Clark National Park and Wilderness.

T. 4 S., R. 24 W.,

secs. 5, 6, and 7, unsurveyed.

T. 3 S., R. 25 W., unsurveyed,

secs. 1, 2, 11, and 12, those portions lying outside the Lake Clark National Park and Wilderness;

secs. 35 and 36.

T. 33 S., R. 25 W.,

sec. 1, lot 1;

sec. 12, lot 2.

T. 5 S., R. 26 W.,

sec. 36.

T. 37 S., R., 59 W.,

sec. 13, lot 1, N1/2, NE1/4SW1/4, and SE1/4.

T. 48 S., R. 72 W.,

tract A, those lands within secs. 19, 20, 30, 32, 33, and 34 previously excluded from the Tentative Approval for AA-5363 dated September 28, 1979, lying outside the boundary of the Alaska Maritime National Wildlife Refuge.

T. 51 S., R. 83 W.,

secs. 24 thru 27 and secs. 34, 35, and 36.

T. 51 S., R. 84 W.,

tract A.

T. 52 S., R. 85 W.,

tract A.

Copper River Meridian, Alaska

T. 26 S., R. 54 E., unsurveyed,

secs. 1, 2, and 3, secs. 10 thru 15, and secs. 23, 24, and 25.

T. 28 S., R. 54 E., partly unsurveyed,

sec. 21, lot 1.

T. 31 S., R. 54 E., unsurveyed,

sec. 1, that portion lying outside the boundary of Glacier Bay National Park.

T. 25 S., R. 55 E., unsurveyed.

T. 26 S., R. 55 E., unsurveyed,

secs. 2 thru 10 and secs. 16 thru 21;

U.S. Survey No. 3743.

T. 28 S., R. 55 E., partly unsurveyed,

sec. 22, S1/2SW1/4SW1/4SW1/4, S1/2SE1/4SW1/4SW1/4, SE1/4SW1/4, and

SW1/4SE1/4;

sec. 25, lots 12, 15, and 17;

sec. 27, lots 13 thru 22.

T. 31 S., R. 55 E., unsurveyed,

secs. 1 thru 6, secs. 8 thru 12, and secs. 15 and 16, those portions lying outside the

boundary of Glacier Bay National Park.

T. 25 S., R. 56 E., unsurveyed,

secs. 13 and 14 and secs. 21 thru 34;

sec. 35, excepting U.S. Survey No. 13752;

sec. 36.

T. 26 S., R. 56 E., unsurveyed,

secs. 1 thru 4, secs. 9 thru 15, secs. 22 thru 27, and secs. 33 thru 36.

T. 27 S., R. 56 E., unsurveyed,

secs. 1 thru 4, secs. 8 thru 30, and secs. 32 thru 36.

T. 28 S., R. 56 E., partly unsurveyed,

secs. 1 thru 4, secs. 10 thru 14, and secs. 24 and 25;

sec. 31, lots 1 and 10;

secs. 35 and 36.

T. 30 S., R. 56 E., unsurveyed,

lot 1, U.S. Survey No. 4850.

T. 31 S., R. 56 E., unsurveyed,

secs. 1 thru 6;

sec. 7, that portion lying outside the boundary of Glacier Bay National Park;

secs. 8 thru 12;

secs. 13 thru 18, those portions lying outside the boundary of Glacier Bay National

Park.

T. 42 S., R. 56 E., unsurveyed,

U.S. Survey No. 2845.

Tps. 24 thru 27 S., R. 57 E., unsurveyed.

T. 31 S., R. 57 E., unsurveyed,

23

secs. 1 thru 18;

sec. 19, that portion lying outside the boundary of Glacier Bay National Park;

secs. 20 thru 28;

secs. 29 and 30 and secs. 32 thru 36, those portions lying outside the boundary of Glacier Bay National Park.

T. 32 S., R. 57 E., unsurveyed,

secs. 1, 2, and 12, those portions lying outside the boundary of Glacier Bay National Park.

Tps. 24 and 25 S., R. 58 E., unsurveyed.

T. 26 S., R. 58 E., unsurveyed,

secs. 1 thru 32;

secs. 33 thru 36, excepting lot 8, U.S. Survey No. 5110.

T. 27 S., R. 58 E., unsurveyed,

secs. 1 and 3, excepting lot 8, U.S. Survey No. 5110;

secs. 4 thru 9;

secs. 10, 11, 13, and 14, excepting lot 8, U.S. Survey No. 5110;

secs. 15 thru 23;

secs. 24 and 25, excepting lot 8, U.S. Survey No. 5110;

secs. 26 thru 36.

T. 32 S., R. 58 E., unsurveyed,

secs. 1 thru 6;

sec. 7, that portion lying outside the boundary of Glacier Bay National Park;

secs. 8 thru 17;

24

secs. 18 and 19, those portions lying outside the boundary of Glacier Bay National

Park;

secs. 20 thru 29;

secs. 30 and 31, those portions lying outside the boundary of Glacier Bay National

Park;

secs. 32 thru 36.

T. 33 S., R. 58 E., unsurveyed,

secs. 1, 2, 11, 12, and 13, those portions lying outside the boundary of Glacier Bay

National Park.

T. 25 S., R. 59 E., unsurveyed,

secs. 2 thru 23;

secs. 24, 25, and 26, excepting lot 8, U.S. Survey No. 5110;

secs. 27 thru 33;

secs. 34 and 35, excepting lot 8, U.S. Survey No. 5110.

T. 26 S., R. 59 E., unsurveyed,

sec. 3, excepting lot 8, U.S. Survey No. 5110;

secs. 4 thru 9;

secs. 10, 15, and 16, excepting lot 8, U.S. Survey No. 5110;

secs. 17 thru 20;

secs. 21 and 28, excepting lot 8, U.S. Survey No. 5110;

secs. 29, 30, and 31;

secs. 32 and 33, excepting lot 8, U.S. Survey No. 5110.

T. 27 S., R. 59 E., unsurveyed,

secs. 5, 6, 30, and 31, excepting lot 8, U.S. Survey No. 5110;

U.S. Survey No. 5106C;

lot 3, U.S. Survey No. 5109.

T. 28 S., R. 59 E., unsurveyed,

sec. 3, excepting U.S. Survey Nos. 3308, 3309, 3342, and lot 8, U.S. Survey No. 5110;

secs. 4, 5, and 6, excepting lot 8, U.S. Survey No. 5110;

secs. 7, 8, and 9;

sec. 10, excepting lot 8, U.S. Survey No. 5110;

secs. 15 and 16, excepting U.S Survey No. 1560;

secs. 17 thru 20;

secs. 21 and 22, excepting U.S. Survey No. 1560;

secs. 28 thru 33;

lots 42 and 43, tract E, U.S. Survey No. 3312.

T. 33 S., R. 59 E., unsurveyed,

sec. 1, that portion lying outside the boundary of the Tongass National Forest;

secs. 2 thru 9;

secs. 10, 11, 12, 15, and 16, those portions lying outside the boundary of the Tongass National Forest;

sec. 17;

sec. 18, that portion lying outside the boundary of Glacier Bay National Park;

secs. 19 and 20, those portions lying outside the boundaries of the Tongass National Forest and Glacier Bay National Park;

sec. 21, that portion lying outside the boundary of the Tongass National Forest.

T. 25 S., R. 60 E., unsurveyed,

sec. 7;

secs. 18 and 19, those portions lying outside the boundary of the Klondike Gold Rush

National Historical Park, excepting lot 8, U.S. Survey No. 5110;

secs. 20, 21, 28, 33, and 34, those portions within Presidential Proclamation 810.

T. 26 S., R. 60 E., unsurveyed,

secs. 3, 10, and 11, those portions within Presidential Proclamation 810.

T. 33 S., R. 60 E., unsurveyed,

sec. 6, that portion lying outside the boundary of the Tongass National Forest.

T. 40 S., R. 65 E., partly unsurveyed,

lot 2A, U.S. Survey No. 3811.

T. 52 S., R 68 E., partly unsurveyed,

sec. 1, SE1/4SW1/4, S1/2SE1/4, excepting U.S. Survey No. 2412 and U.S. Survey

No. 2413, unsurveyed;

sec. 12, NE1/4, NE1/4NW1/4, excepting U.S. Survey No. 2412 and U.S. Survey No.

2413, unsurveyed;

lots 19, 20, and 22, U.S. Survey No. 2412;

lots 24, 26, and 27, U.S. Survey No. 2413.

T. 52 S., R. 69 E., unsurveyed,

sec. 5, S1/2SW1/4;

sec. 6, S1/2SW1/4 and S1/2SE1/4;

sec. 7, N1/2, excepting U.S. Survey Nos. 1480, 2413, and 10438;

lots 26, 27, 29, and 38, U.S. Survey No. 2413.

T. 68 S., R. 75 E., partly unsurveyed,

lot 2, U.S. Survey No. 2615;

lots 12 and 14, U.S. Survey No. 2616.

T. 68 S., R. 79 E., partly unsurveyed,

lot 3, U.S. Survey No. 3813.

T. 74 S., R. 81 E.,

lots 1 and 2, U.S. Survey No. 2327A;

U.S. Survey No. 2611A;

Craig Truck Trail, U.S. Survey No. 2611.

T. 62 S., R. 83 E., unsurveyed,

lot 4, tract B, U.S. Survey No. 3402.

T. 69 S., R. 89 E., partly unsurveyed,

lot 1, U.S. Survey No. 12974.

T. 75 S., R. 90 E., partly unsurveyed,

lots 13 and 16B, U.S. Survey No. 2990.

T. 75 S., R. 91 E., partly unsurveyed,

U.S. Survey No. 1698.

T. 76 S., R. 91 E.,

U.S. Survey 1698;

lots 1 and 2, U.S. Survey 3829.

T. 77 S., R. 91 E., unsurveyed,

lots 2 and 3, U.S. Survey No. 3525.

**Exhibit B**

**Page 28 of 30**

T. 68 S., R. 99 E., partly unsurveyed,

> sec. 23, that portion excluded from the Tongass National Forest by Executive Order 5947.

The areas described aggregate 922,194.7 acres, more or less.

2. PLO No. 5418, effective March 1974, amends PLO No. 5180 to add all unreserved public lands in Alaska, or those lands that may become unreserved unless specified by order at that time. Upon revocation, the lands in this order will not be subject to the terms and conditions of PLO No. 5418, which amended PLO No. 5180, but will continue to be subject to the terms and conditions of any other withdrawal, application, segregation of record, and other applicable law.

3. At 8 a.m. AKST on [INSERT DATE 30 DAYS AFTER DATE OF PUBLICATION IN THE FEDERAL REGISTER], the lands described in Paragraph 1 shall be open to all forms of appropriation under the general public land laws, including location and entry under the mining laws, leasing under the Mineral Leasing Act of February 25, 1920, as amended, subject to valid existing rights, the provisions of existing withdrawals, other segregations of record, and the requirements of applicable law. All valid applications received at or prior to 8 a.m. AKST on [INSERT DATE 30 DAYS AFTER DATE OF PUBLICATION IN THE FEDERAL REGISTER], shall be considered as simultaneously filed at that time. Those received thereafter shall be considered in the order of filing. Appropriation of any of the lands referenced in this PLO under the general mining laws prior to the date and time of revocation remain unauthorized. Any such attempted appropriation, including attempted adverse possession under 30 U.S.C. 38, shall vest no rights against the United States. State law governs acts required to establish a location

29

and to initiate a right of possession where not in conflict with Federal law. The BLM will not intervene in disputes between rival locators over possessory rights since Congress has provided for such determinations in local courts.

David L. Bernhardt
Secretary of the Interior

1/16/2
Date

**Exhibit B**
**Page 30 of 30**