**DEPARTMENT OF THE INTERIOR**

**Bureau of Land Management**

**[212.LLAK941000 L14100000.ET0000; AA-65515, AA-61299, F-16304, F-85667, AA-61005]**

**Public Land Order No. 7 9 0 1 ; Partial Revocation of Public Land Order Nos. 5174, 5179, 5180, 5184, and 5186, Alaska**

**AGENCY:**   Bureau of Land Management, Interior.

**ACTION:**   Public Land Order.

**SUMMARY:** This order partially revokes five Public Land Orders (PLO) insofar as they affect approximately 1,267,401 acres of public lands reserved for study and classification, as appropriate, by the Department of the Interior.  The purposes for which these lands were withdrawn no longer exist as described in the analysis in the 2007 Bay Proposed Resource Management Plan and Final Environmental Impact Statement (Bay FEIS) and decisions made through the 2008 Bay Record of Decision and Approved Management Plan (Bay RMP).

**DATE:**  This Public Land Order takes effect on [INSERT DATE OF PUBLICATION IN THE FEDERAL REGISTER].

**FOR FURTHER INFORMATION CONTACT:**  Chelsea Kreiner, Bureau of Land Management Alaska State Office, 222 West Seventh Avenue, Mailstop #13, Anchorage, AK 99513-7504, 907-271-4205, or ckreiner@blm.gov.  People who use a telecommunications device for the deaf (TDD) may call the Federal Relay Service (FRS) at 1-800-877-8339 to contact the above individual during normal business hours.  The

FRS is available 24 hours a day, 7 days a week, to leave a message or question with the above individual. You will receive a reply during normal business hours.

**SUPPLEMENTARY INFORMATION:** This Order implements the recommendations made in the Bureau of Land Management's Bay Approved RMP and analysis in the Bay FEIS that serves as the detailed statement required under the National Environmental Policy Act (NEPA) Section 102(2)(C). PLO No. 5174, as amended, modified, or corrected, withdrew lands for selection by Village and Regional Corporations under Sec. 11(a)(3) of Alaska Native Claims Settlement Act (ANCSA), and for classification. Sec. 22(h)(4) of ANCSA states "the Secretary is authorized to terminate any withdrawal . . . whenever he determines the withdrawal is no longer necessary." The purposes for which these lands were withdrawn were satisfied by the analysis conducted during the development of the BLM's Bay FEIS. PLO No. 5179, as amended, modified, or corrected, withdrew lands in aid of legislation concerning addition to or creation of units of the National Park, National Forest, Wildlife Refuge, and Wild and Scenic Rivers systems, and to allow for classification of the lands. Any additions to or creation of new units of National Parks, National Forests, Wildlife Refuges or Wild and Scenic Rivers from the land withdrawn by PLO No. 5179 were met by the Alaska National Interest Lands Conservation Act (ANILCA). The classification of the lands withdrawn by PLO No. 5179 was satisfied by the analysis conducted during the development of the Bay FEIS. PLO No. 5180, as amended, modified, or corrected, withdrew lands to allow for classification and for the protection of the public interest in these lands. The classification and protection of the public interest in the lands withdrawn by PLO No. 5180 has been satisfied by the analysis conducted during the development of the Bay

2

**Exhibit C**
**Page 2 of 21**

FEIS. PLO No. 5184, as amended, modified, or corrected, withdrew lands to allow for classification or reclassification of some of areas withdrawn by ANCSA Sec. 11. These purposes were satisfied by the analysis conducted during the development of the Bay FEIS. PLO No. 5186, as amended, modified, or corrected, withdrew lands for classification and protection of land not selected by the State of Alaska. The classification of the lands withdrawn by PLO No. 5186 has been satisfied by the analysis conducted during the development of the Bay FEIS. Some lands covered by the revocation of the above listed withdrawals have been top filed by the State of Alaska pursuant to Section 906(e) of ANILCA. Upon revocation of the above listed withdrawals, the top filings will convert to selections, subject to valid existing rights. Lands validly selected by or conveyed to the State of Alaska are not subject to ANILCA Sec. 810, as they no longer fit the definition of public lands. The Sec. 810 analysis for the Approved Bay RMP found no significant restriction on subsistence uses due to the revocation of withdrawals implemented by this action.

ORDER

By virtue of the authority vested in the Secretary of the Interior by Section 204 of the Federal Land Policy and Management Act of 1976, 43 U.S.C. 1714, and Section 22(h)(4) of the Alaska Native Claims Settlement Act of 1971, 43 U.S.C. 1621(h)(4), it is ordered as follows:

1. Subject to valid existing rights, Public Land Orders No. 5174 (37 FR 5576 (1972)); 5179 (37 FR 5579 (1972)); 5180 (37 FR 5583 (1972)); 5184 (37 FR 5588 (1972)); and 5186 (37 FR 5589 and 5590 (1972)) and any amendments, modifications or corrections to these Orders, if any, are hereby revoked insofar as they affect the following described

3

Exhibit C
Page 3 of 21

Federal lands within the Bay RMP:

Seward Meridian, Alaska

T. 10 N., R. 20 W., unsurveyed,

    secs. 3 thru 11, secs. 14 thru 23, and secs. 25 thru 36.

T. 11 N., R. 20 W., unsurveyed,

    secs. 20, 21, and 22, and secs. 26 thru 35.

T. 4 N., R. 31 W.,

    tract A, that portion within secs. 32 and 33.

T. 1 N., R. 32 W.,

    secs. 21, 22, 23, 28, 31, and 32.

T. 1 N., R. 35 W.

T. 2 N., R. 39 W., unsurveyed,

    sec. 10, that portion formerly within Native Allotment application A-053908 Parcel B

    excluded from the Tentative Approval for AA-6856 dated June 12, 1975.

T. 3 S., R. 24 W., unsurveyed,

    secs. 7, 9, 16, 17, and 18, those portions lying outside the boundary of the Lake Clark

    National Park;

    secs. 19 and 20;

    secs. 21, 22, and 28, those portions lying outside the boundary of the Lake Clark

    National Park;

    secs. 29, 30, and 31.

T. 2 S., R. 25 W., unsurveyed,

    sec. 35, that portion lying outside the boundary of the Lake Clark National Park.

4

**Exhibit C**
**Page 4 of 21**

T. 3 S., R. 25 W., unsurveyed,

    secs. 2 thru 9, those portions lying outside the boundary of the Lake Clark National

    Park;

    secs. 10 and 11;

    sec. 12, that portion lying outside the boundary of the Lake Clark National Park;

    secs. 13 thru 36.

T. 4 S., R. 26 W.,

    secs. 8, 9, and 24.

T. 5 S., R. 26 W.,

    secs. 25 thru 28 and secs. 31 and 36.

T. 2 S., R. 30 W.,

    secs. 25, 35, and 36, those portions lying outside the boundary of the Lake Clark

    National Park.

T. 3 S., R. 30 W., unsurveyed,

    sec. 1;

    secs. 2, 3, 10, and 11, those portions lying outside the boundary of the Lake Clark

    National Park;

    secs. 12, 13, and 14;

    secs. 15, 20, 21, and 22, those portions lying outside the boundary of the Lake Clark

    National Park;

    secs. 23 thru 36.

T. 3 S., R. 31 W.,

    secs. 25, 26, and 27;

5

Exhibit C
Page 5 of 21

sec. 28, NE1/4 and S1/2;

sec. 29, SE1/4;

sec. 32, E1/2;

secs. 33 and 34.

T. 4 S., R. 31 W.,

secs. 3 and 4;

secs. 5, 6, and 7, those portions lying outside the boundary of the Lake Clark National Park;

secs. 8, 9, 10, 17, and 18.

T. 5 S., R. 31 W.,

secs. 12 and 34.

T. 6 S., R. 31 W.,

secs. 4, 16, 21, 22, 27, and 34.

T. 9 S., R. 31 W.,

lot 1, U.S. Survey No. 7128;

lot 4, U.S. Survey No. 8501;

lots 1 and 2, U.S. Survey No. 12089.

T. 2 S., R. 32 W.,

lot 2, U.S. Survey No. 3863.

T. 3 S., R. 32 W.,

secs. 35 and 36, those portions lying outside the boundary of the Lake Clark National Park.

T. 4 S., R. 32 W.,

6

sec. 1, that portion lying outside the boundary of the Lake Clark National Park;

secs. 2 and 12.

T. 5 S., R. 32 W.,

secs. 15, 23, and 32.

T. 7 S., R. 32 W.,

secs. 11 and 33.

T. 9 S., R. 32 W.,

secs. 20 and 21.

T. 10 S., R. 32 W.,

sec. 14;

tract A, that portion within sec. 5.

T. 3 S., R. 33 W.,

sec. 23.

T. 9 S., R. 33 W.,

secs. 16 thru 21, and secs. 28, 29, 30, and 36.

T. 1 S., R. 34 W.,

secs. 17 and 18.

T. 4 S., R. 34 W.,

secs. 20, 21, and 22, and secs. 27 thru 30.

T. 9 S., R. 34 W.,

secs. 3, 13, 14, and 15, and secs. 22 thru 27.

T. 11 S., R. 37 W.,

secs. 2, 3, 4, 9, and 10;

7

secs. 16 and 21, those portions lying outside the boundary of the Katmai National Preserve.

T. 10 S., R. 38 W.,

secs. 31 thru 36.

T. 11 S., R. 38 W.,

secs. 1 thru 30;

secs. 31 and 32, excepting U.S. Survey No. 13929;

secs. 33, 34, and 35;

sec. 36, that portion lying outside the boundary of the Katmai National Preserve.

T. 12 S., R. 38 W.,

secs. 2, 3, and 4;

secs. 5 and 6, excepting U.S. Survey No. 13929;

secs. 7 thru 10, secs. 16 thru 21, and secs. 28, 29, and 30;

sec. 31, lot 1.

Tps. 11 and 12 S., R. 39 W.

T. 13 S., R. 39 W., unsurveyed,

sec. 4, N1/2, SW1/4, NE1/4SE1/4, and W1/2SE1/4;

secs. 5 and 6;

sec. 7, N1/2, SW1/4, NE1/4SE1/4, and W1/2SE1/4;

sec. 8, N1/2 and NW1/4SW1/4;

sec. 9, W1/2NE1/4 and NW1/4.

T. 8 S., R. 40 W., unsurveyed,

sec. 1, excepting U.S. Survey No. 12197;

8

Exhibit C
Page 8 of 21

secs. 2 thru 36.

T. 9 S., R. 40 W.,

secs. 4 thru 9, secs. 16 thru 21, and secs. 28 thru 33.

Tps. 11 and 12 S., R. 40 W.

T. 13 S., R. 40 W., unsurveyed,

secs. 1 thru 12;

sec. 13, NW1/4NE1/4 and W1/2;

secs. 14 thru 22;

sec. 23, N1/2 and NW1/4SW1/4;

sec. 24, W1/2NW1/4;

sec. 27, N1/2 and N1/2SW1/4;

sec. 28, N1/2, N1/2SW1/4, and SE1/4;

sec. 29, N1/2, N1/2SW1/4, SE1/4SW1/4, and N1/2SE1/4;

sec. 30, N1/2, N1/2SW1/4, SW1/4SW1/4, and N1/2SE1/4.

T. 14 S., R. 40 W., unsurveyed,

secs. 7, 8, 17, 18, 19, and 30, those portions lying outside the boundary of the Katmai National Preserve and Wilderness.

T. 7 S., R. 41 W., unsurveyed,

secs. 1 thru 12, secs. 14 thru 18, and sec. 36.

T. 8 S., R. 41 W., unsurveyed,

sec. 1, secs. 11 thru 14, secs. 22 thru 27, and secs. 34, 35, and 36.

T. 9 S., R. 41 W., unsurveyed.

T. 10 S., R. 41 W.,

9

Exhibit C
Page 9 of 21

sec. 14, unsurveyed.

T. 13 S., R. 41 W., unsurveyed,

secs. 1 thru 18;

sec. 19, N1/2, N1/2SW1/4, SW1/4SW1/4, and N1/2SE1/4;

sec. 20, N1/2, N1/2SW1/4, and N1/2SE1/4;

sec. 21, N1/2, N1/2SW1/4, N1/2SE1/4, and SE1/4SE1/4;

secs. 22, 23, and 24;

sec. 25, N1/2, N1/2SW1/4, and SE1/4;

sec. 26, N1/2, N1/2SW1/4, and N1/2SE1/4;

sec. 27, E1/2NE1/4 and NE1/4SE1/4;

sec. 28, SW1/4SW1/4;

sec. 29, S1/2SE1/4;

sec. 32;

sec. 33, NW1/4NW1/4 and W1/2SW1/4.

T. 14 S., R. 41 W., unsurveyed,

sec. 2, SW1/4SW1/4;

sec. 3, S1/2NE1/4, SW1/4NW1/4, and S1/2;

sec. 4;

sec. 5, excepting U.S. Survey No. 7764;

secs. 7 thru 10;

sec. 11, NE1/4NE1/4, S1/2NE1/4, W1/2NW1/4, SE1/4NW1/4, and S1/2;

sec. 12, NE1/4NE1/4, S1/2NE1/4, W1/2NW1/4, SE1/4NW1/4, and S1/2;

secs. 13 thru 24;

10

Exhibit C
Page 10 of 21

sec. 25, that portion lying outside the boundary of the Katmai National Preserve and Wilderness;

secs. 26 thru 35;

sec. 36, that portion lying outside the boundary of the Katmai National Preserve and Wilderness.

T. 7 S., R. 42 W.,

tract C.

T. 9 S., R. 42 W., unsurveyed,

secs. 3 thru 10, secs. 15 thru 22, and secs. 27 thru 34.

T. 10 S., R. 42 W., unsurveyed,

secs. 1 thru 18.

T. 13 S., R. 42 W., unsurveyed,

sec. 1, secs. 5 thru 8, and sec. 12;

sec. 16, SW1/4SW1/4;

secs. 17 thru 20;

sec. 21, W1/2NW1/4, SE1/4NW1/4, SW1/4, W1/2SE1/4, and SE1/4SE1/4, excepting U.S. Survey No. 12126;

sec. 22, SW1/4SW1/4;

sec. 27, SW1/4NE1/4, W1/2, W1/2SE1/4, and SE1/4SE1/4;

secs. 28 thru 34;

sec. 35, S1/2NE1/4, W1/2NW1/4, SE1/4NW1/4, and S1/2.

T. 14 S., R. 42 W., unsurveyed,

secs. 3 thru 9, secs. 13 and 18, secs. 23 thru 28, and secs. 31 thru 36.

Exhibit C
Page 11 of 21

T. 4 S., R. 43 W.,

tracts A and B, those lands formerly within Native Allotment applications AA-6378

Parcel C, AA-6380 Parcel A, AA-6401, and AA-6402 excluded from the Tentative

Approval for AA-6849 dated June 13, 1975.

T. 5 S., R. 43 W.,

tracts A and B, those lands formerly within Native Allotment applications AA-6399

Parcel B and AA-6409 Parcel B excluded from the Tentative Approval for AA-21661

dated November 2, 1984.

T. 7 S., R. 43 W.,

secs. 19 thru 36, unsurveyed.

T. 8 S., R. 43 W., unsurveyed.

T. 10 S., R. 43 W.,

secs. 1 thru 21 and secs. 28 thru 33.

T. 11 S., R. 43 W.,

secs. 4, 5, and 6.

T. 12 S., R. 43 W.,

secs. 1 thru 22;

sec. 23, N1/2, SW1/4, N1/2SE1/4, and SW1/4SE1/4;

sec. 24, N1/2, N1/2SW1/4, and NW1/4SE1/4;

sec. 26, W1/2NE1/4, NW1/4, and N1/2SW1/4;

secs. 27 thru 32.

T. 13 S., R. 43 W., unsurveyed,

secs. 1, 2, and 3;

Exhibit C
Page 12 of 21

sec. 4, E1/2 and E1/2SW1/4;

sec. 5, W1/2SW1/4, excepting U.S. Survey No. 12198;

sec. 6;

sec. 9, E1/2, E1/2NW1/4, and E1/2SW1/4;

secs. 10 thru 16;

sec. 17, S1/2NE1/4, W1/2NW1/4, SE1/4NW1/4, and S1/2;

secs. 18 thru 36.

T. 14 S., R. 43 W., unsurveyed,

secs. 1 thru 23 and secs. 27 thru 33.

T. 5 S., R. 44 W.,

tracts H, J, and K, those lands within regional selection application AA-10665

previously excluded from the Tentative Approval for AA-21662 dated November 2,

1984.

T. 8 S., R. 44 W., unsurveyed.

T. 9 S., R. 44 W., unsurveyed,

secs. 4 thru 9, secs. 16 thru 21, and secs. 28 thru 33.

T. 11 S., R. 44 W.,

sec. 1, secs. 5 thru 8, and secs. 17, 18, and 19.

T. 14 S., R. 44 W.

T. 15 S., R. 44 W.,

secs. 1 thru 21 and secs. 28 thru 33.

T. 17 S., R. 44 W.,

secs. 3 and 4.

T. 19 S., R. 44 W.,

    sec. 10, NW1/4;

    sec. 17, NW1/4;

    sec. 18, N1/2 and SW1/4.

T. 5 S., R. 45 W.,

    sec. 20;

    sec. 31, lot 5, those lands formerly within Native Allotment Application AA-6387

    Parcel A excluded from Interim Conveyance Nos. 228 and 229.

T. 7 S., R. 45 W.,

    secs. 1 thru 4 and secs. 7 thru 36.

Tps. 8 and 9 S., R. 45 W., unsurveyed.

T. 10 S., R. 45 W., unsurveyed,

    secs. 1 thru 21 and secs. 28 thru 33.

T. 14 S., R. 45 W.,

    secs. 1 thru 5 and secs. 7 thru 36.

T. 16 S., R. 45 W.,

    secs. 7, 18, 19, 28, 29, and 30.

T. 17 S., R. 45 W.,

    sec. 1;

    sec. 10, N1/2SE1/4NE1/4, SE1/4SE1/4NE1/4, N1/2NE1/4SE1/4SW1/4,

    N1/2NW1/4SE1/4SW1/4, E1/2NE1/4SE1/4, N1/2NW1/4SW1/4SE1/4,

    NE1/4SE1/4SW1/4SE1/4, and S1/2SE1/4SW1/4SE1/4;

    sec. 11, S1/2NW1/4;

**Exhibit C**
**Page 14 of 21**

sec. 21, lots 2, 9, and 10;

sec. 22, lots 9 and 10, N1/2NW1/4SE1/4, and N1/2S1/2NW1/4SE1/4;

sec. 23, NE1/4, N1/2NW1/4, SE1/4NW1/4, and N1/2SE1/4;

sec. 24, S1/2N1/2SE1/4SW1/4, S1/2SE1/4SW1/4 and SW1/4SW1/4SE1/4;

sec. 25, W1/2NW1/4NE1/4, NE1/4NW1/4SW1/4NE1/4, W1/2NW1/4SW1/4NE1/4,

SW1/4SW1/4SW1/4NE1/4, NE1/4NW1/4, N1/2SE1/4NW1/4;

lots 3, 4, 5, and 9, U.S. Survey No. 4688;

lot 2, U.S. Survey No. 8517.

T. 5 S., R. 46 W.,

secs. 8, 16, and 17.

T. 6 S., R. 46 W.,

secs. 30, 31, and 32.

T. 7 S., R. 46 W.,

sec. 30.

Tps. 9 and 10 S., R. 46 W., unsurveyed.

T. 11 S., R. 46 W.

T. 14 S., R. 46 W.,

secs. 24, 25, and 36.

T. 15 S., R. 46 W.,

secs. 1, 7, 12, 13, 24, 25, and 36.

T. 6 S., R. 47 W.,

secs. 2, 3, and 4, secs. 9 thru 16, sec. 19, and secs. 22 thru 36.

T. 7 S., R. 47 W.,

15

**Exhibit C**
**Page 15 of 21**

secs. 1 thru 25 and secs. 28 thru 33.

T. 9 S., R. 47 W.,

    secs. 1 thru 4;

    sec. 7, lot 1;

    secs. 8 thru 36;

    lot 4, U.S. Survey No. 7724.

T. 10 S., R. 47 W.,

    secs. 1, 2, and 3, secs. 10 thru 15, secs. 17 and 18, secs. 22 thru 27, and secs. 34, 35, and 36.

T. 11 S., R. 47 W.,

    secs. 1, 2, and 3, secs. 10 thru 15, secs. 22 thru 27, and secs. 34, 35, and 36.

T. 14 S., R. 47 W.,

    secs. 4, 5, 8, 9, 16, 17, 20, 21, 28, 29, 32, and 33.

T. 15 S., R. 47 W.,

    secs. 4 thru 7.

T. 17 S., R. 47 W.,

    sec. 2, NE1/4NW1/4NW1/4;

    lot 23, U.S. Survey No. 3539.

T. 18 S., R. 47 W.,

    secs. 2 thru 6 and secs. 10 and 11.

T. 5 S., R. 48 W.,

    secs. 15 and 16;

    sec. 17, lot 2;

16

Exhibit C
Page 16 of 21

sec. 18.

T. 6 S., R. 48 W.,

    secs. 1 thru 7;

    secs. 8 and 9, excepting U.S. Survey No. 8147;

    secs. 10 thru 36.

T. 7 S., R. 48 W.,

    secs. 1 thru 28, sec. 31, and secs. 33 thru 36.

T. 8 S., R. 48 W.,

    secs. 1 thru 4 and sec. 6.

T. 10 S., R. 48 W.,

    secs. 13 and 24.

T. 11 S., R. 48 W.,

    secs. 19 thru 36.

Tps. 12, 13, and 14 S., R. 48 W., unsurveyed.

T. 15 S., R. 48 W.,

    secs. 1 thru 12 and secs. 14 thru 18.

T. 18 S., R. 48 W.,

    sec. 1.

T. 5 S., R. 49 W.,

    sec. 13.

T. 6 S., R. 49 W.,

    sec. 25;

    sec. 26, excepting U.S. Survey No. 14057;

17

**Exhibit C**
**Page 17 of 21**

secs. 27 thru 34;

sec. 35, excepting U.S. Survey No. 14057;

sec. 36;

U.S. Survey No. 14057.

T. 7 S., R. 49 W.

T. 8 S., R. 49 W.,

secs. 1 thru 12, secs. 14 thru 23, and secs. 27 thru 34.

T. 10 S., R. 49 W.,

sec. 26.

Tps. 13, 14, and 15 S., R. 49 W.

T. 16 S., R. 49 W.,

secs. 4, 5, and 6.

T. 9 S., R. 50 W.,

secs. 1 thru 6, secs. 8 thru 11, and secs. 15, 16, 17, and 20.

T. 10 S., R. 50 W.,

sec. 29, lot 6.

T. 15 S., R. 50 W.,

secs. 1, 2, 3, and 8, secs. 10 thru 15, secs. 17 thru 20, secs. 22 thru 27, and secs. 30,

34, 35, and 36.

T. 16 S., R. 50 W.,

secs. 1 thru 12 and secs. 14 thru 23.

T. 13 S., R. 51 W.,

sec. 34.

Exhibit C
Page 18 of 21

T. 15 S., R. 52 W.,

    secs. 23, 24, and 25.

T. 8 S., R. 53 W.,

    sec. 36.

T. 10 S., R. 53 W., unsurveyed,

    secs. 7, 18, and 19.

T. 12 S., R. 53 W.,

    secs. 22 and 23, unsurveyed;

    secs. 24, 25 and 36.

T. 13 S., R. 53 W.,

    secs. 31 and 32.

T. 10 S., R. 54 W.,

    secs. 9 thru 16 and secs. 22, 23, and 24.

T. 11 S., R. 54 W.,

    secs. 11, 12, 13, 18, 19, 24, 25, 29, and 32.

T. 12 S., R. 54 W.,

    secs. 14 and 17.

T. 13 S., R. 54 W.,

    secs. 34, 35, and 36.

T. 9 S., R. 55 W.,

    tract C, that portion within sec. 3.

T. 10 S., R. 55 W.,

Exhibit C
Page 19 of 21

sec. 31, those lands formerly within Native Allotment Application AA-7238 excluded from Interim Conveyance Nos. 286 and 287;

tract 37;

lots 1 and 2, U.S. Survey No. 12403.

T. 11 S., R. 55 W.,

sec. 3;

sec. 15, lots 2 and 5, and SE1/4.

T. 12 S., R. 55 W.,

sec. 16, lots 2 thru 5, E1/2SW1/4NE1/4, and E1/2NW1/4SE1/4;

secs. 17 and 21.

T. 15 S., R. 55 W.,

secs. 6, 7, and 18, those portions lying outside the boundary of the Alaska Maritime National Wildlife Refuge.

T. 10 S., R. 56 W.,

tracts R and S;

lots 13 and 14, U.S. Survey No. 4927.

T. 11 S., R. 56 W.,

sec. 15;

sec. 35, those lands formerly within Native Allotment Application AA-7758 excluded from Interim Conveyance Nos. 335 and 336.

The areas described aggregate approximately 1,267,401 acres.

2. PLO No. 5418, effective March 1974, amends PLO No. 5180 to add all unreserved public lands in Alaska, or those lands that may become unreserved unless specified by

order at that time.  Upon revocation, the lands in this order will not be subject to the terms and conditions of PLO No. 5418, which amended PLO No. 5180, but will continue to be subject to the terms and conditions of any other withdrawal, application, segregation of record, and other applicable law.

3.  At 8 a.m. AKST on [INSERT DATE 30 DAYS AFTER DATE OF PUBLICATION IN THE FEDERAL REGISTER], the lands described in Paragraph 1 shall be open to all forms of appropriation under the general public land laws, including location and entry under the mining laws, leasing under the Mineral Leasing Act of February 25, 1920, as amended, subject to valid existing rights, the provisions of existing withdrawals, other segregations of record, and the requirements of applicable law.  All valid applications received at or prior to 8 a.m. AKST on [INSERT DATE 30 DAYS AFTER DATE OF PUBLICATION IN THE FEDERAL REGISTER], shall be considered as simultaneously filed at that time.  Those received thereafter shall be considered in the order of filing. Appropriation of any of the lands referenced in this PLO under the general mining laws prior to the date and time of revocation remain unauthorized.  Any such attempted appropriation, including attempted adverse possession under 30 U.S.C. 38, shall vest no rights against the United States.  State law governs acts required to establish a location and to initiate a right of possession where not in conflict with Federal law.  The BLM will not intervene in disputes between rival locators over possessory rights since Congress has provided for such determinations in local courts.

_____
Secretary of the Interior

_____
Date

21

Case 3:21-cv-00158-HRH   Document 1-3   Filed 07/07/21   Page 21 of 21

Exhibit C
Page 21 of 21