## DEPARTMENT OF THE INTERIOR

### Bureau of Land Management

**[212.LLAK941000 L14100000.ET0000; AA-65514, F-16301, AA-61299, F-16304, F-85667, AA-61005]**

**Public Land Order No. 0 7 9 0 2; Partial Revocation of Public Land Orders Nos. 5172, 5173, 5179, 5180, 5184, and 5186, Alaska**

**AGENCY:**     Bureau of Land Management, Interior.

**ACTION:**     Public Land Order.

**SUMMARY:** This order partially revokes six Public Land Orders (PLO) insofar as they affect approximately 13,396,841 acres of public lands reserved for study and classification as appropriate by the Department of the Interior and supersedes PLO Nos. 6092, 6098, 6477, and 6787. The purposes for which these lands were withdrawn no longer exist as described in the analysis in the 2020 Bering Sea – Western Interior Proposed Resource Management Plan and Final Environmental Impact Statement (BSWI PMRP/FEIS) and decisions made through the Bering Sea – Western Interior Record of Decision and Approved Resource Management Plan of 2021 (BSWI Approved RMP).

**DATE:** This Public Land Order takes effect on [INSERT DATE OF PUBLICATION IN THE *FEDERAL REGISTER*].

**FOR FURTHER INFORMATION CONTACT:** Chelsea Kreiner, Bureau of Land Management (BLM) Alaska State Office, 222 West Seventh Avenue, Mailstop #13, Anchorage, AK 99513-7504, 907-271-4205, or ckreiner@blm.gov. People who use a telecommunications device for the deaf (TDD) may call the Federal Relay Service (FRS)

at 1-800-877-8339 to contact the above individual during normal business hours. The FRS is available 24 hours a day, 7 days a week, to leave a message or question with the above individual. You will receive a reply during normal business hours.

**SUPPLEMENTARY INFORMATION:** This Order implements the recommendations made in the Bureau of Land Management's BSWI Approved RMP and analysis in the BSWI PRMP/FEIS that serves as the detailed statement required under the National Environmental Policy Act Section 102(2)(C). PLO Nos. 5172 and 5173 as amended, modified, or corrected, withdrew lands for selection by Village and Regional Corporations under Sec. 11(a)(3) of Alaska Native Claims Settlement Act (ANCSA), and for classification. Sec. 22(h)(4) of ANCSA states "the Secretary is authorized to terminate any withdrawal . . . whenever he determines the withdrawal is no longer necessary." The purposes for which these lands were withdrawn were satisfied by the analysis conducted during the development of the BLM's BSWI PRMP/FEIS. PLO No. 5179, as amended, modified, or corrected, withdrew lands in aid of legislation concerning addition to, or creation of, units of the National Park, National Forest, Wildlife Refuge, and Wild and Scenic Rivers systems, and to allow for classification of the lands. Any additions to or creation of new units of National Parks, National Forests, Wildlife Refuges or Wild and Scenic Rivers from the land withdrawn by PLO No. 5179 were met by the Alaska National Interest Lands Conservation Act (ANILCA). The classification of the lands withdrawn by PLO No. 5179 was satisfied by the analysis conducted during the development of the BSWI PRMP/FEIS. PLO No. 5180, as amended, modified, or corrected, withdrew lands to allow for classification and for the protection of the public interest in these lands. The classification and protection of the public interest in the lands

2

withdrawn by PLO No. 5180 has been satisfied by the analysis conducted during the development of the BSWI PRMP/FEIS. PLO No. 5184, as amended, modified, or corrected, withdrew lands to allow for classification or reclassification of some of areas withdrawn by ANCSA Sec. 11. These purposes were satisfied by the analysis conducted during the development of the BSWI PRMP/FEIS. PLO No. 5186, as amended, modified, or corrected, withdrew lands for classification and protection of the public interest in lands not selected by the State of Alaska. The classification of the lands withdrawn by PLO No. 5186 has been satisfied by the analysis conducted during the development of the BSWI PRMP/FEIS. Some lands covered by the revocation of the above listed withdrawals have been top filed by the State of Alaska pursuant to Section 906(e) of ANILCA. Upon revocation of the above listed withdrawals, the top filings will convert to selections, subject to valid existing rights. Lands validly selected by or conveyed to the State of Alaska are not subject to ANILCA Sec. 810, as they no longer fit the definition of public lands. The Sec. 810 analysis for the BSWI Approved RMP found no significant restriction on subsistence uses due to the revocation of withdrawals implemented by this action.

<u>ORDER</u>

By virtue of the authority vested in the Secretary of the Interior by Section 204 of the Federal Land Policy and Management Act of 1976, 43 U.S.C. 1714, and Section 22(h)(4) of the Alaska Native Claims Settlement Act of 1971, 43 U.S.C. 1621(h)(4), it is ordered as follows:

1. Subject to valid existing rights, Public Land Orders No. 5172 (37 FR 5574 (1972)); 5173 (37 FR 5575 (1972)); 5179 (37 FR 5579 (1972)); 5180 (37 FR 5583 (1972)); 5184

3

(37 FR 5588 (1972)); 5186 (37 FR 5589 (1972)); and any amendments, modifications, or corrections to these Orders, if any, are hereby revoked insofar as they affect the following described Federal lands within the BSWI RMP:

Fairbanks Meridian, Alaska

T. 11 S., R. 23 W.,

  secs. 19, 20, 21, 28, 29, and 30, unsurveyed.

T. 12 S., R. 23 W.,

  secs. 28 thru 33, unsurveyed.

T. 12 S., R. 24 W.,

  U.S. Survey No. 2655, excepting that land conveyed to the Iditarod Area School District by Quit Claim Deed on April 2, 1996, recorded in the Fairbanks Recording District, document No. 1997-0712.

T. 12 S., R. 27 W., unsurveyed.

T. 22 S., R. 27 W., unsurveyed,

  secs. 1 thru 5;

  sec. 6, excepting lot 1, U.S. Survey No. 5934;

  sec. 7, excepting lots 1 and 2, U.S. Survey No. 5934;

  secs. 8 thru 21 and secs. 28 thru 33.

T. 12 S., R. 28 W., unsurveyed.

T. 17 S., R. 28 W.,

  secs. 1 thru 12 and secs. 32 thru 36.

Kateel River Meridian, Alaska

Tps. 1 thru 6 N., R. 1 E., unsurveyed.

4

T. 7 N., R. 1 E., unsurveyed,

secs. 1 thru 5;

secs. 6 and 7, those portions outside the boundary of the Selawik National Wildlife
Refuge;

secs. 8 thru 36.

T. 8 N., R. 1 E., unsurveyed,

secs. 24 thru 28, those portions outside the boundary of the Koyukuk National
Wildlife Refuge;

sec. 31, that portion outside the boundary of the Koyukuk and Selawik National
Wildlife Refuges;

secs. 32, 33, and 34, those portions outside the boundary of the Koyukuk National
Wildlife Refuge;

secs. 35 and 36.

Tps. 1, 2, and 3 N., R. 2 E., unsurveyed.

T. 4 N., R. 2 E., unsurveyed,

sec. 1, that portion outside the boundary of the Koyukuk National Wildlife Refuge;

secs. 2 thru 11;

secs. 12 and 13, those portions outside the boundary of the Koyukuk National
Wildlife Refuge;

secs. 14 thru 23;

secs. 24 and 25, those portions outside the boundary of the Koyukuk National
Wildlife Refuge;

secs. 26 thru 36.

5

T. 5 N., R. 2 E., unsurveyed,

sec. 2, that portion outside the boundary of the Koyukuk National Wildlife Refuge;

secs. 3 thru 10;

secs. 11, 12, and 13, those portions outside the boundary of the Koyukuk National Wildlife Refuge;

secs. 14 thru 23;

secs. 24 and 25, those portions outside the boundary of the Koyukuk National Wildlife Refuge;

secs. 26 thru 34;

secs. 35 and 36, those portions outside the boundary of the Koyukuk National Wildlife Refuge.

T. 6 N., R. 2 E., unsurveyed,

secs. 1 thru 12;

sec. 13, that portion outside the boundary of the Koyukuk National Wildlife Refuge;

secs. 14 thru 21;

secs. 22, 23, 24, and 27, those portions outside the boundary of the Koyukuk National Wildlife Refuge;

secs. 28 thru 33;

secs. 34 and 35, those portions outside the boundary of the Koyukuk National Wildlife Refuge.

T. 7 N., R. 2 E., unsurveyed,

sec. 1, that portion outside the boundary of the Koyukuk National Wildlife Refuge;

secs. 2 thru 36.

6

**Exhibit D**
**Page 6 of 67**

T. 8 N., R. 2 E., unsurveyed,

    secs. 19 thru 25, those portions outside the boundary of the Koyukuk National Wildlife Refuge;

    secs. 26 thru 29;

    sec. 30, that portion outside the boundary of the Koyukuk National Wildlife Refuge;

    secs. 31 thru 34;

    secs. 35 and 36, those portions outside the boundary of the Koyukuk National Wildlife Refuge.

Tps. 1, 2, and 3 N., R. 3 E., unsurveyed.

T. 4 N., R. 3 E., unsurveyed,

    secs. 13, 14, 22, and 23, those portions outside the boundary of the Koyukuk National Wildlife Refuge;

    secs. 24, 25, and 26;

    secs. 27 thru 30, those portions outside the boundary of the Koyukuk National Wildlife Refuge;

    secs. 31 thru 36.

T. 5 N., R. 3 E., unsurveyed,

    secs. 19 and 30, those portions outside the boundary of the Koyukuk National Wildlife Refuge.

T. 6 N., R. 3 E., unsurveyed,

    sec. 5, that portion outside the boundary of the Koyukuk National Wildlife Refuge;

    secs. 6 and 7;

    secs. 8, 17, and 18, those portions outside the boundary of the Koyukuk National

7

**Exhibit D**
**Page 7 of 67**

Wildlife Refuge.

T. 7 N., R. 3 E., unsurveyed,

    secs. 6, 7, 18, 19, 20, 29, and 30, those portions outside the boundary of the Koyukuk

    National Wildlife Refuge;

    sec. 31;

    sec. 32, that portion outside the boundary of the Koyukuk National Wildlife Refuge.

T. 1 N., R. 4 E., unsurveyed,

    secs. 1 thru 24 and secs. 26 thru 34.

Tps. 2 and 3 N., R. 4 E., unsurveyed.

T. 4 N., R. 4 E., unsurveyed,

    secs. 1 thru 4;

    secs. 5, 7, and 8, those portions outside the boundary of the Koyukuk National

    Wildlife Refuge;

    secs. 9 thru 17;

    sec. 18, that portion outside the boundary of the Koyukuk National Wildlife Refuge;

    secs. 19 thru 36.

Tps. 3 and 4 N., R. 5 E., unsurveyed.

T. 1 N., R. 1 W., unsurveyed.

T. 2 N., R. 1 W., unsurveyed,

    secs. 1 thru 5;

    sec. 6, excepting U.S. Survey No. 9229;

    secs. 7 thru 36.

Tps. 3 thru 6 N., R. 1 W., unsurveyed.

T. 7 N., R. 1 W., unsurveyed,

    secs. 25 thru 36.

T. 1 N., R. 2 W., unsurveyed.

T. 2 N., R. 2 W., unsurveyed,

    sec. 1, excepting U.S. Survey No. 9229;

    secs. 2 thru 36.

Tps. 3 and 4 N., R. 2 W., unsurveyed.

T. 5 N., R. 2 W., unsurveyed,

    secs. 1 thru 23;

    sec. 24, excepting U.S. survey No. 12985;

    secs. 25 thru 36.

T. 6 N., R. 2 W., unsurveyed,

    sec. 1;

    sec. 2, excepting lot 2, U.S. Survey No. 12998;

    sec. 3, excepting U.S. Survey No. 12998;

    secs. 4 thru 36.

Tps. 1 thru 6 N., R. 3 W., unsurveyed.

Tps. 2 thru 6 N., R. 4 W., unsurveyed.

Tps. 1 thru 10 S., R. 1 W., unsurveyed.

T. 18 S., R. 1 W., unsurveyed,

    sec. 6, that portion outside the boundary of the Innoko National Wildlife Refuge,

    excepting U.S. Survey No. 7742.

Tps. 1 thru 11 S., R. 2 W., unsurveyed.

9

**Exhibit D**
**Page 9 of 67**

T. 13 S., R. 2 W.

Tps. 20 and 21 S., R. 2 W.

Tps. 1 thru 12 S., R. 3 W., unsurveyed.

T. 13 S., R. 3 W., unsurveyed,

    secs. 1 thru 25;

    sec. 27, N1/2 and SW1/4;

    secs. 28 thru 32;

    sec. 33, NW1/4;

    sec. 35, S1/2;

    sec. 36.

T. 14 S., R. 3 W., unsurveyed,

    secs. 1 and 2;

    sec. 3, E1/2 and SW1/4;

    sec. 5, NW1/4;

    sec. 6;

    sec. 7, NW1/4;

    sec. 9, E1/2;

    secs. 10 thru 16;

    sec. 17, E1/2;

    secs. 20 thru 29;

    sec. 30, E1/2;

    sec. 31, E1/2;

    secs. 32, 33, and 34.

T. 15 S., R. 3 W., unsurveyed,

    secs. 4 and 5;

    sec. 6, E1/2 and SW1/4;

    sec. 7.

T. 18 S., R. 3 W.,

    secs. 1, 2, and 3, and secs. 10 thru 15.

Tps. 3 thru 13 S., R. 4 W., unsurveyed.

T. 14 S., R. 4 W., unsurveyed,

    secs. 1 thru 12;

    sec. 13, N1/2 and SW1/4;

    secs. 14 thru 23;

    sec. 24, W1/2;

    secs. 26 thru 35.

T. 15 S., R. 4 W., unsurveyed,

    sec. 2, NW1/4;

    secs. 3 thru 10;

    sec. 12, E1/2;

    sec. 15, N1/2 and SW1/4;

    sec. 16 thru 21;

    sec. 28, N1/2 and SW1/4;

    secs. 29 thru 32;

    sec. 33, NW1/4;

    secs. 35 and 36.

11

T. 16 S., R. 4 W., unsurveyed,

    secs. 1 and 2;

    sec. 5, NW1/4;

    sec. 6;

    sec. 7, NW1/4;

    sec. 9, SE1/4;

    secs. 10 thru 16;

    sec. 17, SE1/4;

    sec. 19, E1/2 and SW1/4;

    secs. 20 thru 36.

Tps. 17, 18, and 19 S., R. 4 W, partly unsurveyed.

Tps. 7 thru 15 S., R. 5 W., unsurveyed.

T. 16 S., R. 5 W., unsurveyed,

    secs. 1 thru 12;

    sec. 15, N1/2;

    sec. 16, N1/2;

    sec. 17, N1/2 and SW1/4;

    sec. 18;

    sec. 19, N1/2 and SW1/4;

    sec. 23, SE1/4;

    sec. 24, S1/2;

    secs. 25, 26, and 27;

    sec. 28, E1/2 and SW1/4;

sec. 30, NW1/4;

sec. 32, SE1/4;

secs. 33 thru 36.

T. 17 S., R. 5 W., unsurveyed,

secs. 1 thru 5;

sec. 6, NE1/4 and S1/2;

secs. 7 thru 36.

Tps. 18 thru 21 S., R. 5 W., partly unsurveyed.

T. 22 S., R. 5 W.,

secs. 1 thru 22 and secs. 27 thru 34.

T. 23 S., R. 5 W.,

secs. 3 thru 10 and secs. 13 thru 36.

T. 24 S., R. 5 W.,

secs. 1 thru 12, secs. 16 thru 21, and secs. 28 thru 33.

Tps. 9 thru 15 S., R. 6 W., unsurveyed.

T. 16 S., R. 6 W., unsurveyed,

secs. 1 thru 24;

sec. 25, N1/2 and SW1/4;

secs. 26 thru 34;

sec. 35, N1/2 and SW1/4.

T. 17 S., R. 6 W., unsurveyed,

sec. 1, SE1/4;

sec. 3, N1/2;

Exhibit D
Page 13 of 67

secs. 4 thru 7;

sec. 8, NW1/4;

sec. 11, SE1/4;

secs. 12, 13, and 14;

sec. 15, excepting U.S. Survey No. 11771;

sec. 16, SE1/4;

sec. 18, NW1/4;

sec. 20, SE1/4;

secs. 21 thru 29;

sec. 31, E1/2 and SW1/4;

secs. 32 thru 36;

U.S. Survey No. 11771.

Tps. 18 thru 24 S., R. 6 W., unsurveyed.

T. 25 S., R. 6 W.,

secs. 1, 2 and 3, secs. 10 thru 15, secs. 22 thru 27, and secs. 34, 35, and 36.

T. 26 S., R. 6 W.,

secs. 3, 10, 15, 22, 27, and 34.

T. 27 S., R. 6 W.,

secs. 3, 10, 15, 20, 29, and 32.

Tps. 12 thru 16 S., R. 7 W., unsurveyed.

T. 17 S., R. 7 W., unsurveyed,

secs. 1 thru 23;

sec. 24, NW1/4;

secs 27 thru 32;

    sec. 33, NW1/4;

    sec. 36, SE1/4.

T. 18 S., R. 7 W., unsurveyed,

    sec. 1;

    sec. 2, S1/2;

    sec. 5, N1/2 and SW1/4, excepting lot 1, U.S. Survey No. 14101;

    sec. 6, excepting lot 1, U.S. Survey No. 5454;

    sec. 10, E1/2 and SW1/4;

    secs. 11 thru 16;

    sec. 17, excepting lot 1, U.S. Survey No. 14118;

    sec. 19, E1/2 and SW1/4;

    secs. 20 thru 36.

Tps. 19 thru 27 S., R. 7 W., partly unsurveyed.

T. 29 S., R. 7 W.,

    sec. 2, lot 4.

T. 14 S., R. 8 W., unsurveyed,

    secs. 1 thru 17;

    sec. 18, excepting U.S. Survey No. 13566;

    secs. 19 thru 36.

Tps. 15, 16, and 17 S., R. 8 W., unsurveyed.

T. 18 S., R. 8 W., unsurveyed,

    sec. 1, excepting lot 1, U.S. Survey No. 5454;

15

**Exhibit D**
**Page 15 of 67**

secs. 2 thru 6;

sec. 7, excepting lots 1 and 5, U.S. Survey No. 5344;

sec. 8, excepting lots 5, 7, 8, 10, 11, and 12, U.S. Survey No. 5344;

sec. 9, excepting lots 7 and 9, U.S. Survey No. 5344, and lot 2, U.S. Survey No. 5369;

sec. 10, excepting U.S. Survey No. 5369;

sec. 11;

sec. 12, N1/2 and SW1/4, excepting lot 1, U.S. Survey No. 5454 and lot 1, U.S. Survey No. 9698;

sec. 19, S1/2, excepting lot 3, U.S. Survey No. 5451;

secs. 20, 21, and 22;

sec. 23, S1/2;

sec. 24, S1/2;

secs. 25 thru 29;

sec. 30, excepting lots 2 and 3, U.S. Survey No. 5451;

secs. 31 thru 36;

lot 12, U.S. Survey No. 5344.

T. 19 S., R. 8 W., unsurveyed,

secs. 1 thru 30;

sec. 31, excepting U.S. Survey No. 11768;

secs. 32 thru 36.

T. 20 S., R. 8 W., unsurveyed,

secs. 1 thru 5;

sec. 6, excepting U.S. Survey No. 11768;

secs. 7 thru 36.

Tps. 21 and 22 S., R. 8 W., unsurveyed.

T. 23 S., R. 8 W., unsurveyed,

    secs. 1 thru 28;

    secs. 29 and 30, excepting U.S. Survey No. 13638;

    secs. 31 thru 36.

Tps. 24 thru 29 S., R. 8 W., partly unsurveyed.

T. 15 S., R. 9 W., unsurveyed.

T. 16 S., R. 9 W., partly unsurveyed,

    secs. 1 thru 12, secs. 14 thru 21, secs. 29 thru 32, and sec. 36.

T. 17 S., R. 9 W.,

    secs. 1, 2, and 6, secs. 11 thru 15, secs. 21 thru 29, and secs. 32, 33, and 34.

T. 18 S., R. 9 W.,

    sec. 5.

T. 19 S., R. 9 W.,

    secs. 21 thru 36.

Tps. 20 thru 28 S., R. 9 W., unsurveyed.

T. 16 S., R. 10 W., partly unsurveyed,

    secs. 1 thru 5 and secs. 8 thru 36.

T. 17 S., R. 10 W.,

    secs. 1 thru 12, secs. 14 thru 23, and secs. 27 thru 34, unsurveyed.

T. 19 S., R. 10 W.,

    secs. 25 and 36.

17

T. 20 S., R. 10 W.,

secs. 1, 12, and 13, secs. 23 thru 26, and secs. 31, 32, 35, and 36.

T. 21 S., R. 10 W.,

secs. 1, 2, 3, 6, and 7, secs. 10 thru 15, and secs. 18 thru 36, unsurveyed.

Tps. 22 thru 29 S., R. 10 W., unsurveyed.

T. 16 S., R. 11 W.,

secs. 2, 3, 4, 9, 10, 16, 25, 34, 35, and 36.

T. 17 S., R. 11 W.,

secs. 1 thru 4, secs. 9 thru 16, secs. 22 thru 26, and secs. 35 and 36, unsurveyed.

T. 21 S., R. 11 W.,

sec. 1, secs. 11 thru 14, secs. 22 thru 27, and secs. 33 thru 36.

Tps. 22 thru 29 S., R. 11 W., unsurveyed.

T. 22 S., R. 12 W., unsurveyed,

secs. 1 and 2, secs. 9 thru 16, secs. 21 thru 29, and secs. 31 thru 36.

Tps. 23 thru 29 S., R. 12 W., unsurveyed.

T. 23 S., R. 13 W., unsurveyed,

secs. 12 and 13 and secs. 21 thru 36.

T. 24 S., R. 13 W., unsurveyed,

secs. 1 thru 30;

secs. 31 and 32, excepting U.S. Survey No. 14458;

secs. 33 thru 36;

U.S. Survey No. 14458.

T. 25 S., R. 13 W., unsurveyed,

secs. 1, 2, and 3;

sec. 4, excepting U.S. Survey No. 12505 and U.S. Survey No. 14458;

secs. 5 and 6, excepting U.S. Survey No. 14458;

secs. 7, 8, and 9;

sec. 10, excepting U.S. Survey No. 14458;

secs. 11 thru 14;

sec. 15, excepting U.S. Survey No. 14458;

secs. 16, 17, and 18;

sec. 19, excepting U.S. Survey No. 12504;

secs. 20 and 21;

secs. 22 and 23, excepting U.S. Survey No. 14458;

sec. 24;

secs. 25 and 26, excepting U.S. Survey No. 14458;

secs. 27 thru 35;

sec. 36, excepting U.S. Survey No. 14458;

U.S. Survey No. 14458.

T. 26 S., R. 13 W., unsurveyed,

secs. 1 and 2, excepting U.S. Survey No. 14458;

secs. 3 thru 11;

sec. 12, excepting U.S. Survey No. 14458;

secs. 13 thru 36;

U.S. Survey No. 14458.

T. 27 S., R. 13 W., unsurveyed.

T. 28 S., R. 13 W., unsurveyed,

>secs. 1 thru 18;

>sec. 20, E1/2;

>secs. 21 thru 28;

>sec. 29, E1/2;

>sec. 32, E1/2;

>secs. 33 thru 36.

T. 29 S., R. 13 W., unsurveyed,

>secs. 1 thru 4;

>sec. 5, E1/2.

T. 23 S., R. 14 W., unsurveyed,

>secs. 33 thru 36.

T. 24 S., R. 14 W., unsurveyed,

>secs. 1, 2, and 3;

>sec. 4, excepting U.S. Survey No. 14458;

>sec. 5, excepting lot 1, U.S. Survey No. 13563 and U.S. Survey No. 14458;

>sec. 6, excepting lot 1, U.S. Survey No. 13563;

>secs. 7 and 8;

>secs. 9 and 10, excepting U.S. Survey No. 14458;

>secs. 11 and 12;

>secs. 13, 14, and 15, excepting U.S. Survey No. 14458;

>secs. 16 thru 23;

>secs. 24 and 25, excepting U.S. Survey No. 14458;

secs. 26 thru 35;

sec. 36, excepting U.S. Survey No. 14458.

T. 25 S., R. 14 W., unsurveyed,

secs. 1 thru 20;

sec. 21, excepting U.S. Survey No. 13560;

secs. 22 thru 36.

T. 26 S., R. 14 W., unsurveyed,

secs. 1 thru 21;

secs. 22 and 23, excepting U.S. Survey No. 6485;

secs. 24, 25, and 26;

sec. 27, excepting U.S. Survey No. 6485;

secs. 28 thru 36.

T. 27 S., R. 14 W., unsurveyed.

T. 28 S., R. 14 W., unsurveyed,

secs. 1 thru 9, secs. 11 thru 14, and secs. 17 thru 20.

T. 24 S., R. 15 W.,

secs. 13, 24, 25, and 36.

T. 25 S., R. 15 W., unsurveyed.

T. 26 S., R. 15 W., unsurveyed,

secs. 1 thru 5, secs. 8 thru 17, secs. 20 thru 29, and secs. 32 thru 36.

T. 27 S., R. 15 W., unsurveyed,

secs. 1 thru 5, secs. 9 thru 14, secs. 23 thru 26, and secs. 35 and 36.

T. 28 S., R. 15 W., unsurveyed,

21

secs. 1 and 2, secs. 11 thru 14, and secs. 23 and 24.

T. 25 S., R. 16 W.,

secs. 25 thru 36.

T. 25 S., R. 17 W.,

secs. 7 thru 30 and secs. 33 thru 36.

T. 24 S., R. 18 W.,

secs. 25, 26, and 35.

T. 25 S., R. 18 W.,

secs. 1 and 2, and secs. 11 thru 14.

T. 24 S., R. 19 W.,

U.S. Survey No. 6002.

T. 24 S., R. 20 W.,

U.S. Survey No. 6002.

Tps. 1 thru 10 S., R. 1 E., unsurveyed.

Tps. 1 thru 6 S., R. 2 E., unsurveyed.

T. 7 S., R. 2 E.,

secs. 1 thru 21 and secs. 28 thru 33.

T. 9 S., R. 2 E.,

secs. 2 thru 11, secs. 16 thru 19.

Tps. 1 thru 6 S., R. 3 E., unsurveyed.

T. 1 S., R. 4 E., unsurveyed,

secs. 3 thru 10 and secs. 15 thru 21;

sec. 22, N1/2;

22

sec. 28, N1/2;

secs. 29, 30, and 31;

sec. 32, N1/2 and SW1/4.

T. 2 S., R. 4 E., unsurveyed,

secs. 1 thru 35;

sec. 36, N1/2.

T. 3 S., R. 4 E., unsurveyed,

secs. 3 thru 9;

sec. 10, W1/2;

secs. 16 thru 20;

sec. 21, N1/2 and SW1/4;

secs. 29 thru 33.

T. 4 S., R. 4 E., unsurveyed,

secs. 4 thru 9, secs. 16 thru 23, and secs. 26 thru 35.

T. 5 S., R. 4 E., unsurveyed,

sec. 2, W1/2;

secs. 3 thru 9, secs. 16 thru 20, and secs. 29, 30, and 31;

sec. 32, W1/2.

T. 29 S., R. 6 E., unsurveyed,

secs. 1, 2, and 3.

T. 27 S., R. 12 E.,

Tract A, that portion within Air Navigation Site No. 140, Mineral Survey No. 2394, and Mineral Survey No. 2395.

T. 28 S., R. 12 E.,

    Mineral Survey No. 2394.

T. 21 S., R. 13 E.,

    lots 5 and 6, U. S. Survey No. 12656.

T. 27 S., R. 13 E.,

    Mineral Survey No. 2394.

T. 29 S., R. 15 E.,

    secs. 2 and 3.

T. 24 S., R. 22 E., unsurveyed.

T. 27 S., R. 22 E.,

    secs. 25, 26, and 27;

    sec. 32, lots 4 and 6, lots 9 thru 14, and NW1/4NW1/4;

    secs. 33 thru 36;

    lots 3 thru 6, U. S. Survey No. 2625;

    lot 6, U. S. Survey No. 5845;

    U. S. Survey No. 10551.

T. 27 S., R. 24 E.,

    sec. 9, excepting U. S. Survey No. 13980;

    secs. 10 and 15;

    sec. 16, excepting U. S. Survey No. 13980.

T. 23 S., R. 25 E.,

    secs. 1, 2, and 3, secs. 10 thru 15, secs. 22 thru 27, and secs. 34, 35, and 36,

    unsurveyed.

T. 20 S., R. 27 E., unsurveyed,

  secs. 1 thru 18.

T. 22 S., R. 28 E.,

  sec. 26.

T. 23 S., R. 28 E.,

  secs. 2, 11, 14, and 15.

T. 27 S., R. 28 E., unsurveyed,

  secs. 1, 2, and 3;

  sec. 4, excepting U. S. Survey No. 5837;

  secs. 5 thru 8;

  sec. 9, excepting U.S. Survey No. 5837;

  secs. 10 thru 36.

T. 28 S., R. 28 E., unsurveyed,

  secs. 1, 2, and 3, secs. 10 thru 15, secs. 22 thru 27, and secs. 34, 35, and 36.

T. 29 S., R. 28 E., unsurveyed,

  secs. 1, 2, and 3.

T. 23 S., R. 29 E.,

  sec. 28.

T. 28 S., R. 29 E., unsurveyed,

  secs. 4 thru 9 and secs. 16 thru 36.

T. 29 S., R. 29 E., unsurveyed.

Tps. 18 and 19 S., R. 30 E., unsurveyed.

T. 23 S., R. 30 E.,

secs. 26 thru 29 and secs. 32 thru 35.

T. 28 S., R. 30 E., unsurveyed,

    secs. 31 thru 36.

T. 29 S., R. 30 E., unsurveyed.

T. 28 S., R. 31 E., unsurveyed,

    sec. 31.

T. 29 S., R. 31 E., unsurveyed.

Seward Meridian, Alaska

T. 33 N., R. 17 W., unsurveyed,

    secs. 13 thru 28;

    secs. 29 and 30, excepting U.S. Survey No. 6258;

    secs. 31 thru 36.

T. 33 N., R. 18 W., unsurveyed.

T. 33 N., R. 19 W., unsurveyed,

    secs. 13 thru 16;

    sec. 17, excepting U.S. Survey No. 6439;

    secs. 18 and 19;

    sec. 20, excepting U.S. Survey No. 6439;

    secs. 21 thru 36.

T. 33 N., R. 20 W., unsurveyed.

T. 34 N., R. 20 W., unsurveyed,

    secs. 31 thru 34,

    sec. 35, excepting U.S. Survey No. 6314.

T. 32 N., R. 21 W., unsurveyed,

secs. 1, 2, and 3, secs. 10 thru 15, secs. 22 thru 27, and secs. 34, 35, and 36.

T. 33 N., R. 21 W., unsurveyed,

secs. 19 thru 36.

T. 25 N., R. 22 W.,

U.S. Survey No. 14206.

T. 26 N., R. 22 W.,

U.S. Survey No. 14206.

T. 33 N., R. 22 W., unsurveyed,

secs. 19 thru 36.

T. 28 N., R. 23 W.,

sec. 7.

T. 33 N., R. 23 W., unsurveyed,

secs. 19 thru 36.

Tps. 29 and 30 N., R. 26 W., unsurveyed.

T. 31 N., R. 26 W., unsurveyed.

T. 32 N., R. 26 W., unsurveyed,

secs. 4 thru 9 and 16 thru 36.

Tps. 27 thru 32 N., R. 27 W., unsurveyed.

Tps. 27 thru 30 N., R. 28 W., unsurveyed.

T. 31 N., R. 28 W., unsurveyed,

sec. 1;

secs. 2 and 3, excepting U.S. Survey No. 12629;

27

secs. 4 thru 9;

secs. 10 and 11, excepting U.S. Survey No. 12629;

secs. 12 thru 36.

T. 32 N., R. 28 W., unsurveyed,

secs. 1 and 2;

sec. 3, excepting lot 1, U.S. Survey No. 8017;

sec. 4, excepting lots 1 and 2, U.S. Survey No. 8017;

sec. 5, excepting lots 2, 3, and 4, U.S. Survey No. 8017;

secs. 6 thru 36.

Tps. 26 thru 30 N., R. 29 W., unsurveyed.

T. 25 N., R. 30 W., unsurveyed.

T. 26 N., R. 30 W., unsurveyed,

secs. 1 thru 16;

sec. 17, excepting lot 1, U.S. Survey No. 12581;

sec. 18;

secs. 19, excepting lot 2, U.S. Survey No. 12581;

sec. 20, excepting lots 1 and 2, U.S. Survey No. 12581;

secs. 21 thru 36.

Tps. 27, 28, and 29 N., R. 30 W., unsurveyed.

T. 13 N., R. 31 W.,

those portions within regional selection applications AA-9345, AA-11749, AA-11750, and AA-11754 excluded from Tentative Approval 1981-0146, Serial No. F-15369, dated September 25, 1981;

U.S Survey No. 14323.

Tps. 25 thru 29 N., R. 31 W., unsurveyed.

T. 32 N., R. 31 W., unsurveyed,

secs. 17 and 18.

T. 12 N., R., 32 W., unsurveyed,

secs. 1, 2, and 3;

sec. 4, excepting U.S. Survey No. 6968;

secs. 8 thru 36.

T. 13 N., R. 32 W., unsurveyed,

secs. 2, 3, and 4;

sec. 5, excepting U.S. Survey No. 14322;

secs. thru 11, secs. 15 thru 21, and secs. 25, 29, 30, 31, 35, and 36;

U.S. Survey No. 14322.

T. 14 N., R. 32 W.,

secs. 1 thru 29.

T. 15 N., R. 32 W., unsurveyed.

T. 16 N., R. 32 W., unsurveyed,

secs. 4 thru 9 and 16 thru 36.

T. 17 N., R. 32 W., unsurveyed.

Tps. 18 thru 21 N., R. 32 W., unsurveyed.

T. 25 N., R. 32 W., unsurveyed.

T. 26 N., R. 32 W., unsurveyed,

secs. 1 thru 23;

secs. 24 and 25, excepting U.S. Survey No. 8056;

secs. 26 thru 36.

Tps. 27 thru 30 N., R. 32 W., unsurveyed.

T. 12 N., R. 33 W., unsurveyed,

secs. 3 thru 9, sec. 18, secs. 23 thru 29, and secs. 31 thru 36.

T. 13 N., R. 33 W., unsurveyed.

T. 14 N., R. 33 W.,

secs. 1 thru 6, secs. 8 thru 16, secs. 19, 23, 24, and secs. 28 thru 33.

Tps. 15 and 16 N., R. 33 W., unsurveyed.

T. 17 N., R. 33 W., unsurveyed,

secs. 21 thru 27 and secs. 34 and 35.

T. 18 N., R. 33 W., unsurveyed,

secs. 4, 5, 6, 31, and 32.

T. 19 N., R. 33 W., unsurveyed,

secs. 1 thru 26;

sec. 27, excepting U.S. Survey No. 12572;

secs. 28 thru 36.

Tps. 20, 21, and 25 thru 29 N., R. 33 W., unsurveyed.

T. 32 N., R. 33 W.,

secs. 25 thru 36.

T. 33 N., R. 33 W.,

lots 1 and 3, U.S. Survey No. 2646.

T. 12 N., R. 34 W., unsurveyed,

secs. 1 thru 14;

secs. 15 and 16, excepting U.S. Survey No. 7025;

secs. 17, 18, and 32 thru 36.

T. 13 N., R. 34 W., unsurveyed.

T. 14 N., R. 34 W.,

sec. 8 and 9, secs. 13 thru 17, secs. 20 thru 29, and secs. 31 thru 36.

T. 17 N., R. 34 W., unsurveyed,

secs. 3 thru 10, secs. 15 thru 22, and secs. 25 thru 29.

T. 18 N., R. 34 W., unsurveyed,

secs. 1 thru 11, secs. 14 thru 23, and secs. 25 thru 36.

Tps. 19 thru 22 N., R. 34 W., unsurveyed.

T. 23 N., R. 34 W., unsurveyed,

secs. 1, 2, and 3, secs. 10 thru 16, and secs. 20 thru 36.

T. 24 N., R. 34 W., unsurveyed,

secs. 5 and 6.

Tps. 25 thru 28 N., R. 34 W., unsurveyed.

T. 30 N., R. 34 W.,

tracts A and B.

T. 31 N., R. 34 W.,

sec. 9;

sec. 31, lot 2;

secs. 32 and 33.

T. 12 N., R. 35 W., unsurveyed,

31

secs. 1 thru 18;

sec. 19, excluding Public Land Order No. 1142;

secs. 20 thru 24;

secs. 27, 28 and 29;

sec. 30, excluding Public Land Order No. 1142.

T. 13 N., R. 35 W.,

secs. 1 and 2, secs. 10 thru 16, and secs. 19 thru 36.

T. 14 N., R. 35 W.,

sec. 36.

T. 17 N., R. 35 W.,

sec. 1, excepting U.S. Survey No. 9403, unsurveyed;

secs. 2 thru 15 and secs. 22, 23, 24, and 27, unsurveyed.

T. 18 N., R. 35 W., unsurveyed,

secs. 1 thru 27,

secs. 28 and 29, excepting U.S. Survey No. 13814;

secs. 30 thru 36.

Tps. 19, and 20 N., R. 35 W., unsurveyed.

T. 21 N., R. 35 W., unsurveyed,

secs. 1 thru 24;

sec. 25, excepting U.S. Survey No. 12533;

secs. 26 thru 35;

sec. 36, excepting U.S. Survey No. 12533.

T. 22 N., R. 35 W., unsurveyed,

secs. 1, 2, and 6, secs. 10 thru 16, and secs. 19 thru 36.

T. 23 N., R. 35 W., unsurveyed,

secs. 1, 2, 11, 31, 32, and 33.

T. 24 N., R. 35 W., unsurveyed,

secs. 1 thru 26 and secs. 30, 35, and 36.

Tps. 25 and 26 N., R. 35 W., unsurveyed.

T. 29 N., R. 35 W.,

tracts A thru F.

T. 30 N., R. 35 W.,

sec. 11;

tract A thru E.

T. 31 N., R. 35 W.,

sec. 12, lot 1.

T. 33 N., R. 35 W.,

secs. 3 thru 6.

T. 34 N., R. 35 W.,

sec. 31;

sec. 32, lots 2, 3, 4, and 6.

sec. 33, lots 1, 3, 8, and 9;

sec. 34, 35, and 36.

T. 12 N., R. 36 W., unsurveyed,

secs. 1 thru 22;

secs. 23, 24, and 25, excluding Public Land Order No. 1142;

33

Exhibit D
Page 33 of 67

sec. 26, excluding Public Land Order No. 1472;

secs. 27 thru 33.

T. 13 N., R. 36 W.,

secs. 24 thru 36.

T. 16 N., R. 36 W.,

secs. 2 thru 11, secs. 14 thru 23, and secs. 27 and 28.

Tps. 17, 18, and 19 N., R. 36 W., unsurveyed.

T. 20 N., R. 36 W., unsurveyed,

secs. 5 and 6, secs. 11 thru 15, secs. 19 thru 29, and secs. 33 thru 36.

T. 21 N., R. 36 W., unsurveyed,

secs. 1 thru 35.

T. 22 N., R. 36 W., unsurveyed,

secs. 1 thru 12 and secs. 15 thru 20.

T. 23 N., R. 36 W., unsurveyed,

secs. 1 thru 11, secs. 14 thru 23, and secs. 26 thru 36.

Tps. 24 and 25 N., R. 36 W., unsurveyed.

T. 26 N., R. 36 W., partly unsurveyed,

secs. 1, 2, 3, secs. 10 thru 15, secs. 22 thru 27, and secs. 34, 35, and 36.

T. 33 N., R. 36 W.,

sec. 11, lot 2;

secs. 12, 13, 14, 23, and 24.

Tps. 17, 18, and 19 N., R. 37 W., unsurveyed.

T. 20 N., R. 37 W., unsurveyed,

secs. 1 thru 4 and secs. 10 and 11;

sec. 16, that portion within regional selection application AA-10414 excluded from

Tentative Approval 2008-0159, Serial No. AA-76403, dated July 18, 2008, except for

U.S. Survey No. 14317;

secs. 19, 24, 30, 31, and 32;

U.S. Survey No. 14317.

T. 21 N., R. 37 W., unsurveyed,

secs. 8 thru 17, secs. 21 thru 27, and secs. 35 and 36.

T. 22 N., R. 37 W., unsurveyed,

secs. 1 thru 24.

T. 23 N., R. 37 W.,

secs. 1, 2, 3, secs. 10 thru 15, secs. 22 thru 27, and secs. 34, 35, and 36, unsurveyed;

tract A, that portion within sec. 9, E1/2NE1/4SW1/4.

T. 24 N., R. 37 W.,

secs. 1, 2, and 3, secs. 10 thru 15, secs. 22 thru 27, and secs. 34, 35, and 36,

unsurveyed.

T. 18 N., R. 38 W.,

secs. 18, 19, and 20, and secs. 29 thru 32.

T. 21 N., R. 38 W.,

secs. 1, 2, 6 and 7, secs. 11 thru 15, sec. 18, secs. 25 thru 29, and secs. 32 thru 36.

T. 22 N., R. 38 W.,

secs. 4 thru 8, secs. 13 and 14, secs. 17 thru 20, and secs. 24, 25, 30, and 31.

T. 18 N., R. 39 W.,

.

sec. 9, secs. 13 thru 17, and sec. 24.

T. 20 N., R. 39 W.,

    sec. 1.

Tps. 21 and 22 N., R. 39 W., unsurveyed.

T. 23 N., R. 39 W.,

    secs. 19, 20, and 21, and secs. 28 thru 33, unsurveyed.

T. 26 N., R. 39 W.,

    secs. 4 thru 9 and secs. 16, 17, and 18, unsurveyed.

T. 27 N., R. 39 W.

T. 19 N., R. 40 W.,

    sec. 18.

Tps. 21 and 22 N., R. 40 W., unsurveyed.

T. 23 N., R. 40 W.,

    secs. 4 thru 9 and secs. 16 thru 36, unsurveyed.

T. 24 N., R. 40 W.,

    secs. 4 thru 9, secs. 16 thru 21, and secs. 28 thru 33, unsurveyed.

T. 25 N., R. 40 W.

    secs. 1, 2, and 3, and secs. 9 thru 36, unsurveyed.

T. 26 N., R. 40 W.,

    secs. 1, 2, and 12, unsurveyed;

    tract B.

T. 27 N., R. 40 W., unsurveyed,

    secs. 1 thru 32 and secs. 35 and 36.

T. 20 N., R. 41 W.,

    secs. 1 and 2, secs. 11 thru 14, secs. 23 and 24.

Tps. 21 thru 24 N., R. 41 W., unsurveyed.

T. 25 N., R. 41 W.,

    secs. 22 thru 28, and secs. 33 thru 36, unsurveyed;

    tract B.

T. 26 N., R. 41 W.,

    tract A.

T. 27 N., R. 41 W.,

    secs. 1 thru 6, secs. 9 thru 16, secs. 21 thru 26, and secs. 35 and 36, unsurveyed;

    tract C.

T. 20 N., R. 42 W.,

    secs. 1 thru 24 and secs. 26 thru 34.

Tps. 21, 22 and 23 N., R. 42 W., unsurveyed.

T. 24 N., R. 42 W., unsurveyed,

    secs. 1 thru 9;

    sec. 10, excepting Survey No. 12623;

    secs. 11 thru 36.

T. 25 N., R. 42 W., unsurveyed,

    secs. 15 and 16, and secs. 20 thru 36, unsurveyed.

T. 26 N., R. 42 W. unsurveyed,

    secs. 25, 26, 27, 34, 35, and 36.

T. 27 N., R. 42 W.,

secs. 1 thru 5, unsurveyed.

T. 17 N., R. 43 W.,

lot 6, U.S. Survey No. 9533.

T. 18 N., R. 43 W.,

sec. 31.

T. 19 N., R. 43 W.,

secs. 1 thru 18, secs. 20 thru 29.

T. 20 N., R. 43 W.,

T. 21 N., R. 43 W.,

secs. 1 thru 5, secs. 9 thru 15, secs 22 thru 27, and secs. 34, 35, and 36.

Tps. 22 and 23 N., R. 43 W., unsurveyed.

T. 24 N., R. 43 W., unsurveyed,

secs. 1 thru 14;

sec. 13, excepting lot 1, U.S. Survey No. 13670;

secs. 14 thru 22;

sec. 23, excepting lot 2, U.S. Survey No. 13670;

sec. 24, excepting U.S. Survey No. 13670;

secs. 25 thru 36.

T. 25 N., R. 43 W., unsurveyed,

secs. 2 thru 9, secs. 17 and 18, and secs. 33 thru 36.

T. 26 N., R. 43 W., unsurveyed,

secs. 2 thru 11, secs. 14 thru 23, and secs. 27 thru 34.

T. 27 N., R. 43 W.,

secs. 2 thru 11, secs. 14 thru 23, and secs. 26 thru 36.

T. 18 N., R. 44 W.,

    secs. 5 thru 8 and secs. 17, 18, and 36.

T. 19 N., R. 44 W.,

    sec. 5, excepting U.S. Survey No. 9428;

    secs. 6, 7, and 8;

    U.S. Survey Nos. 13450 and 14428.

T. 21 N., R. 44 W.,

    secs. 3 thru 10, secs. 14 thru 23, and 26 thru 35.

T. 22 N., R. 44 W.,

    secs. 1 thru 4, secs. 8 thru 17, and secs. 20 thru 26.

T. 23 N., R. 44 W.,

    secs. 1 thru 21;

    secs. 22 and 23, excepting U.S. Survey No. 13687;

    secs. 24 thru 27, secs. 29, 30, 34, 35, and 36.

T. 24 N., R. 44 W.,

    secs. 1, 12, and 13, and secs. 19 thru 36, unsurveyed.

T. 25 N., R. 44 W., unsurveyed,

    secs. 1 thru 19 and secs. 30 and 31.

Tps. 26 and 27 N., R. 44 W., unsurveyed.

T. 17 N., R. 45 W.,

    secs. 5 thru 8 and secs. 16 thru 36.

T. 18 N., R. 45 W.,

secs. 1 thru 24 and secs. 26 thru 34.

T. 19 N., R. 45 W.,

secs. 4 thru 9, secs. 18 and 19, secs. 23 thru 26, and secs. 30 thru 36.

T. 21 N., R. 45 W.,

T. 22 N., R. 45 W.,

secs. 25 thru 28 and secs. 33 thru 36.

T. 23 N., R. 45 W.,

secs. 1 thru 19, secs. 22 thru 27, and secs. 34, 35, and 36.

T. 24 N., R. 45 W.,

secs. 3 thru 10 and secs. 13 thru 36, unsurveyed.

Tps. 25, 26, and 27 N., R. 45 W., unsurveyed.

T. 17 N., R. 46 W.,

Tps. 18 and 19 N., R. 46 W., unsurveyed.

T. 20 N., R. 46 W.,

secs. 5, 6, 15, 16, 18, 21, and secs. 28 thru 33.

T. 22 N., R. 46 W.,

secs. 2 thru 11, secs. 17 thru 23, and secs. 27 thru 30.

T. 23 N., R. 46 W.,

secs. 1 thru 35.

T. 24 N., R. 46 W., unsurveyed.

T. 25 N., R. 46 W., unsurveyed,

secs. 1 thru 4, secs. 9 thru 16, and secs. 19 thru 36.

T. 30 N., R. 46 W.,

sec. 4, that portion within the native allotment application F-17434, Parcel B, excluded from TA 1975-0078, Serial No. F-15319, dated August 8, 1975.

Tps. 19 and 20 N., R. 47 W., unsurveyed.

T. 21 N., R. 47 W.,

secs. 1 thru 22 and secs. 35 and 36.

Tps. 22 and 23 N., R. 47 W.

T. 24 N., R. 47 W., unsurveyed,

secs. 1, 2, and 3, secs. 10 thru 15, secs. 21 thru 29, and secs. 32 thru 36.

T. 25 N., R. 47 W., unsurveyed,

sec. 6.

T. 10 N., R. 48 W.,

U.S. Survey No. 12631.

T. 19 N., R. 48 W., unsurveyed.

T. 20 N., R. 48 W.,

secs. 1, 2, secs. 11 thru 15, and secs. 19 thru 36.

T. 22 N., R. 48 W.,

secs. 1, 2, and 3, secs. 10 thru 16, secs. 21 thru 30, and secs. 32 thru 36.

T. 23 N., R., 48 W.,

secs. 13 and 14, secs. 23 thru 26, and secs. 35 and 36.

T. 25 N., R. 48 W., unsurveyed,

secs. 1 thru 15.

T. 26 N., R. 48 W., unsurveyed,

secs. 3 thru 10, secs. 15 thru 22, and secs. 27 thru 36.

T. 27 N., R. 48 W., unsurveyed,

secs. 4 thru 8, secs. 17 thru 21, and secs. 28 thru 33.

T. 20 N., R. 49 W.,

secs. 8 and 9, secs. 16 thru 21, and secs. 25, 34, 35 and 36.

T. 21 N., R. 49 W.,

secs. 4, 5, 7, 8 and 9, secs. 15 thru 23 and secs. 26 thru 33.

T. 22 N., R. 49 W.,

sec. 25.

T. 25 N., R. 49 W., unsurveyed,

secs. 1 thru 12, secs. 15 thru 21, and secs. 28 thru 32.

T. 26 and 27 N., R. 49 W., unsurveyed.

T. 17 N., R. 50 W.,

secs. 1 thru 4, secs. 7 thru 10, and secs. 15 thru 18.

T. 18 N., R. 50 W.,

secs. 4 thru 9, secs. 16 thru 21, and secs. 28 and 29.

T. 19 N., R. 50 W.,

secs. 1 thru 4, secs. 9 thru 17, and secs. 20, 21, 28, 29, 32, and 33.

T. 20 N., R. 50 W., unsurveyed,

secs. 33 thru 36.

T. 21 N., R. 50 W.,

secs. 18, 19, 20, and secs. 29 thru 32.

T. 22 N., R. 50 W.,

secs. 6 thru 10, secs. 15 thru 22, and secs. 27 thru 31.

T. 24 N., R. 50 W., unsurveyed,

secs. 3 thru 9 and secs. 17, 18, and 19.

Tps. 25, 26 and 27 N., R. 50 W., unsurveyed.

T. 15 N., R. 51 W.,

sec. 9, SE1/4SE1/4SE1/4, excepting U.S. Survey No. 14319;

sec. 15, NW1/4NW1/4, N1/2SW1/4NW1/4, SW1/4SW1/4NW1/4, excepting U.S.

Survey No. 14319;

sec. 16, NE1/4NE1/4NE1/4, S1/2NE1/4NE1/4, N1/2SE1/4NE1/4, SE1/4SE1/4NE1/4,

excepting U.S. Survey No. 14319;

U.S. Survey No. 14319, that portion lying within secs. 9, 15, and 16.

T. 16 N., R. 51 W.,

sec. 19.

T. 18 N., R. 51 W.,

secs. 6, 7, 18, and 19, and secs. 25 thru 36.

T. 19 N., R. 51 W.,

secs. 5 thru 8 and secs. 17, 18, 19, and 31.

T. 20 N., R. 51 W., unsurveyed,

secs. 1 thru 24 and secs. 30 and 31.

Tps. 21 thru 27 N., R. 51 W., unsurveyed.

T. 18 N., R. 52 W.,

secs. 1, 2, and 3, secs. 5 thru 8, secs. 10 thru 15, secs. 17 thru 20, secs. 22 thru 27,

secs. 29 thru 32, and secs. 34, 35, and 36.

T. 19 N., R. 52 W.,

secs. 1 thru 24 and secs. 26 thru 32.

Tps. 20 through 24 N., R. 52 W., unsurveyed.

T. 25 N., R. 52 W., unsurveyed,

    secs. 1 thru 18, secs. 21 thru 28, and secs. 33 thru 36.

Tps. 26, 27, 29, and 30 N., R. 52 W., unsurveyed.

T. 17 N., R. 53 W.,

    secs. 1, 2, and 3;

    sec. 6, lot 1;

    secs. 11, 12, 21, 22, and 23, and secs. 25 thru 36.

T. 18 N., R. 53 W.,

    secs. 1 thru 4, secs. 6 and 7, secs. 9 thru 16, sec. 18, secs. 21 thru 28, and secs. 33 thru

    36.

T. 19 N., R. 53 W.,

    secs. 1 thru 20 and secs. 22 thru 27, secs. 29, 30, and 31, and secs. 34, 35, and 36.

Tps. 20 thru 23 N., R. 53 W., unsurveyed.

T. 24 N., R. 53 W., unsurveyed,

    secs. 1, 12, 13, 14, and 19, and secs. 23 thru 36.

T. 25 N., R. 53 W.,

    secs. 1 thru 22 and secs. 27 thru 34, unsurveyed.

Tps. 26, 27, 28, and 30 N., R. 53 W., unsurveyed.

T. 17 N., R. 54 W.,

    secs. 20, 22, and 23, and secs. 25 thru 36.

T. 18 N., R. 54 W.,

44

secs. 1, 2, and 3, secs. 10 thru 15, and secs. 22 and 23.

T. 19 N., R. 54 W.,

secs. 1 thru 30 and secs. 34, 35, and 36.

T. 20 N., R. 54 W., unsurveyed.

T. 21 N., R. 54 W., unsurveyed,

secs. 1 thru 14, and sec. 18, secs. 23 thru 27, 34, 35, and 36.

Tps. 22 and 23 N., R. 54 W., unsurveyed.

T. 24 N., R. 54 W., unsurveyed,

secs. 1 thru 10 and secs. 24 thru 36.

Tps. 25, 26, and 27 N., R. 54 W., unsurveyed.

T. 29 N., R. 54 W., unsurveyed,

secs. 1 thru 28;

secs. 29 and 30, excepting U.S. Survey No. 6623;

secs. 31 thru 36.

T. 31 N., R. 54 W.,

secs. 1, 2; 3; and 7;

secs. 8 and 9, excepting U.S. Survey No. 13856;

secs. 10 thru 16, secs. 21 thru 29, and secs. 32 thru 36.

T. 18 N., R. 55 W.,

secs. 4, 5, 8, and 9.

T. 19 N., R. 55 W.,

secs. 1, 2, 5, and 8, secs. 10 thru 16, secs. 21 thru 28, and secs. 32 and 33.

T. 20 N., R. 55 W.,

**Exhibit D**
**Page 45 of 67**

tract A, those lands within sec. 1, secs. 11 thru 14, and sec. 36.

T. 21 N., R. 55 W., unsurveyed,

secs. 1 thru 5, secs. 8 thru 17, secs. 20 thru 29, and secs. 32 thru 35.

T. 22 N., R. 55 W., unsurveyed,

secs. 1 thru 30 and secs. 32 thru 36.

T. 24 N., R. 55 W.,

secs. 1 thru 12 and secs. 14, 15, 22, 23, 26, and 27.

T. 26 N., R. 55 W.,

secs. 1, 2, and 3, secs. 9 thru 16, secs. 21 thru 28, and secs. 33 thru 36.

T. 27 N., R. 55 W., unsurveyed,

secs. 1 thru 4;

sec. 5, excepting U.S. Survey No. 6579;

sec. 6, excepting U.S Survey Nos. 6579 and 7136;

secs. 7 thru 16;

sec. 17, excepting U.S. Survey No. 13425;

sec. 18, excepting U.S. Survey Nos. 13425 and 13647;

sec. 19, excepting U.S. Survey No. 13647;

secs. 20 thru 36.

T. 28 N., R. 55 W.,

secs. 1 thru 4, secs. 9 thru 17, secs. 19 thru 28;

sec. 29, lots 5 and 8;

secs. 32 thru 36.

T. 13 N., R. 56 W., unsurveyed,

**Exhibit D**
**Page 46 of 67**

secs. 1, 2, and 12, secs. 16 thru 22, and secs. 27 thru 30.

T. 14 N., R. 56 W., unsurveyed,

secs. 13, 14, 18, 19, and 20, secs. 23 thru 28, and secs. 34, 35, and 36.

T. 18 N., R. 56 W.,

sec. 2, secs. 5 thru 8, secs. 17 thru 20, and secs. 29 and 30.

T. 19 N., R. 56 W.,

secs. 1, 2, 3, 6, 7, 10, 11, 12, 14, 15, 18, 19, 22, 23, 26, 27, 30, 31, and 35.

T. 20 N., R. 56 W., unsurveyed,

secs. 1, 2, 3, 6, and 7, secs. 10 thru 15, secs. 18 and 19, secs. 22 thru 27, secs. 30, 31,

34, 35, and 36.

T. 21 N., R. 56 W., unsurveyed,

secs. 2 thru 7;

sec. 8, excepting U.S. Survey No. 13849;

secs. 9 and 10;

sec. 11, excepting U.S. Survey No. 7334;

secs. 14 thru 23, and secs. 26 thru 34.

T. 23 N., R. 56 W.,

secs. 13 thru 20, secs. 23, 24, and 25, secs. 29 thru 33, and sec. 36.

T. 25 N., R. 56 W.,

secs. 1 thru 18.

T. 27 N., R. 56 W., unsurveyed,

sec. 1, excepting U.S. Survey No. 9602;

secs. 2 thru 10;

47

sec. 11, excepting U.S. Survey No. 13971;

secs. 12 and 13;

sec. 14, excepting U.S. Survey No. 13971;

secs. 15 thru 36.

T. 29 N., R. 56 W.,

secs. 1 thru 24 and secs. 28 thru 34.

T. 31 N., R. 56 W.,

secs. 1, 2, 3, 10, 11, and 12, and secs. 17 thru 36.

T. 13 N., R. 57 W., unsurveyed,

secs. 1 thru 35.

T. 14 N., R. 57 W., unsurveyed,

secs. 13 and 14.

T. 18 N., R. 57 W., unsurveyed,

secs. 1 thru 26;

sec. 27, N1/2;

sec. 28, N1/2;

sec. 29, N1/2;

sec. 30, N1/2.

T. 19 N., R. 57 W.

T. 20 N., R. 57 W., unsurveyed,

T. 21 N., R. 57 W., unsurveyed,

secs. 1 thru 5;

secs. 6 and 7, excepting U.S. Survey No. 7242;

48

secs. 8 thru 11;

secs. 12 and 13, excepting U.S. Survey No. 13945;

secs. 14 thru 26;

secs. 27 and 28, excepting U.S. Survey No. 7308;

secs. 29 thru 36.

T. 22 N., R. 57 W., unsurveyed.

T. 26 N., R. 57 W., unsurveyed,

secs. 1 thru 25;

secs. 26 and 27, excepting U.S. Survey No. 6607;

secs. 28 thru 36.

T. 27 N., R. 57 W., unsurveyed,

sec. 1, excepting U.S. Survey No. 6577;

sec. 2;

secs. 3 and 4, excepting U.S. Survey No. 9504;

sec. 5;

sec. 6, excepting U.S. Survey No. 7654;

sec. 7, excepting lot 2, U.S. Survey No. 7654;

sec. 8;

secs. 9 and 10, excepting U.S. Survey No. 9504;

secs. 11 thru 36.

T. 28 N., R. 57 W.,

secs. 1 thru 18;

sec. 19, excepting U.S. Survey No. 13429;

secs. 20 thru 29;

sec. 30, excepting U.S. Survey No. 13429;

secs. 31 thru 36.

T. 30 N., R. 57 W.,

T. 31 N., R. 57 W.,

secs. 7 and 18.

T. 34 N., R. 57 W.,

secs. 31, 32, and 33.

T. 13 N., R. 58 W., unsurveyed.

T. 14 N., R. 58 W., unsurveyed,

secs. 13 thru 36.

T. 18 N., R. 58 W.,

secs. 1 thru 24.

T. 19 N., R. 58 W.

T. 20 N., R. 58 W., unsurveyed.

T. 21 N., R. 58 W., unsurveyed,

secs. 1 thru 4, secs. 9 thru 16, secs. 23 thru 26, and secs. 35 and 36.

T. 23 N., R. 58 W.,

secs. 13 thru 16 and secs. 20 thru 36.

T. 25 N., R. 58 W.,

secs. 1, 12, and 13.

T. 27 N., R. 58 W., unsurveyed,

sec. 1, excepting U.S. Survey No. 7654;

secs. 2, 3, and 4;

sec. 5, excepting U.S. Survey No. 9601;

secs. 6 and 7;

sec. 8, excepting U.S. Survey No. 9601;

secs. 9, 10, and 11;

sec. 12, excepting lot 2, U.S. Survey No. 7654;

secs. 13 thru 17;

sec. 18, excepting lot 1, U.S. Survey No. 6576;

secs. 19 and 20;

sec. 21, excepting U.S. Survey No. 9565;

secs. 22 thru 27;

sec. 28, excepting lot 1, U.S. Survey No. 9565;

secs. 29 thru 36.

T. 29 N., R. 58 W.,

secs. 1, 12, 13, 24, 25, and 36.

T. 31 N., R. 58 W.,

secs. 3 thru 9;

sec. 10, lot 4;

secs. 17 thru 20, and secs. 30 and 31.

T. 33 N., R. 58 W., unsurveyed.

T. 9 N., R. 59 W.,

tracts A and B.

T. 10 N., R. 59 W.,

tract A, those portions within secs. 6 and 7, secs. 17 thru 21, and secs. 27 thru 36.

T. 12 N., R. 59 W.,

   tract A.

T. 13 N., R. 59 W., unsurveyed,

   secs. 3, 4, 9, and 10;

   sec. 15, excepting U.S. Survey No. 5238;

   sec. 16;

   sec. 21, excepting lot 2, U.S. Survey No. 5238 and U.S. Survey No. 14187;

   sec. 22, excepting U.S. Survey No. 5238;

   secs. 23, 24, 25, and 27;

   sec. 28, excepting and U.S. Survey No. 14187;

   sec. 36;

   U.S. Survey No. 14187.

T. 17 N., R. 59 W.,

   secs. 1 thru 4.

Tps. 18 and 19 N., R. 59 W.

T. 20 N., R. 59 W., unsurveyed,

   secs. 23 thru 26, and secs. 31 thru 36.

T. 24 N., R. 59 W.,

   sec. 1;

   sec. 2, excepting U.S. Survey Nos. 12385 and 14176;

   sec. 3, excepting U.S. Survey No. 14176;

   secs. 4 thru 36.

T. 25 N., R. 59 W., unsurveyed,

    secs. 1 thru 11;

    sec. 12, excepting U.S. Survey No. 6555;

    secs. 13 thru 24;

    sec. 25, excepting U.S. Survey No. 6554 and lot 1, U.S. Survey No. 13510;

    sec. 26, excepting U.S. Survey No. 13510;

    secs. 27 thru 34;

    sec. 35, excepting lot 2, U.S. Survey No, 13510;

    sec. 36, excepting U.S. Survey Nos. 7282 and 10403.

T. 26 N., R. 59 W., unsurveyed.

T. 27 N., R. 59 W., unsurveyed,

    secs. 1 and 2, excepting U.S. Survey No. 6620;

    secs. 3 thru 10;

    sec. 11, excepting lot 2, U.S. Survey No. 6576;

    sec. 12;

    secs. 13, U.S. Survey No. 6576;

    sec. 14, excepting lot 2, U.S. Survey No. 6576;

    secs. 15 thru 36.

T. 28 N., R. 59 W.,

    secs. 19, 20, and 21;

    sec. 25, lots 3 and 4;

    secs. 26 thru 36.

T. 30 N., R. 59 W.,

sec. 1, secs. 3 thru 10, and sec. 12.

T. 32 N., R. 59 W., unsurveyed.

T. 34 N., R. 59 W., unsurveyed,

    sec. 31;

    sec. 32, excepting U.S. Survey No. 6589;

    secs. 33 thru 36.

T. 6 N., R. 60 W., unsurveyed,

    secs. 1 thru 4 and secs. 9 thru 12.

T. 7 N., R. 60 W., unsurveyed,

    secs. 1 thru 4 and sec. 6;

    sec. 7, N1/2 and SW1/4;

    secs. 9 thru 16, secs 21 thru 28, and secs. 33 thru 36.

T. 8 N., R. 60 W.,

    tract A.

T. 9 N., R. 60 W., unsurveyed.

T. 10 N., R. 60 W.,

    sec. 19;

    tract A.

T. 18 N., R. 60 W.,

    secs. 1 and 12.

T. 19 N., R. 60 W.,

    secs. 1, 2, and 3, secs. 9 thru 16, secs. 21 thru 28, and sec. 36.

T. 20 N., R. 60 W., unsurveyed,

secs. 25, 26, 34, 35, and 36.

T. 22 N., R. 60 W., unsurveyed,

secs. 1 thru 22;

sec. 23, excepting lot 2, U.S. Survey No. 7860;

sec. 24;

sec. 25, excepting U.S. Survey No. 14343;

sec. 26, excepting U.S. Survey Nos. 4141, 7860, and 14464;

sec. 27, excepting lot 1, U.S. Survey No. 7860;

secs. 28 thru 30;

sec. 31, that portion lying north of the right bank of the Yukon River;

U.S. Survey No. 14343.

Tps. 23 thru 26 N., R. 60 W., unsurveyed.

T. 27 N., R. 60 W., unsurveyed,

secs. 1 thru 10;

secs. 11, excepting lots 1 and 2, U.S. Survey No. 13972;

sec. 12, excepting lot 1, U.S. Survey No. 13972;

secs. 13 thru 36.

T. 28 N., R. 60 W.,

secs. 2 and 11.

T. 29 N., R. 60 W.

T. 31 N., R. 60 W., unsurveyed.

T. 33 N., R. 60 W., unsurveyed,

secs. 1 thru 16;

sec. 17, excepting U.S. Survey No. 6444;

secs. 18 thru 28;

sec. 29, excepting U.S. Survey No. 6590;

secs. 30 and 31;

sec. 32, excepting U.S. Survey No. 6590;

secs. 33 thru 36.

T. 34 N., R. 60 W., unsurveyed.

T. 7 N., R. 61 W., unsurveyed,

secs. 1, 2, and 3, secs. 10 thru 15, and secs. 22, 23, 26, 27, 34, and 35.

T. 8 N., R. 61 W., unsurveyed,

secs. 1 thru 4 and secs. 9 thru 15, secs. 22 thru 27, and secs. 34, 35, and 36.

T. 9 N., R. 61 W., unsurveyed,

secs. 1 and 2, secs. 11 thru 14, secs. 23 thru 26, and secs. 35 and 36.

T. 10 N., R. 61 W.,

tract A.

T. 12 N., R. 61 W.,

tract A.

T. 22 N., R. 61 W., unsurveyed,

secs. 1 thru 30;

secs. 31 thru 36, those portions north of the left bank of the Yukon River.

Tps. 23 thru 27 N., R. 61 W., unsurveyed.

T. 28 N., R. 61 W., unsurveyed,

secs. 1 thru 15;

56

sec. 16, excepting U. S. Survey No. 9438;

secs. 17 thru 20,

sec. 21, excepting U.S. Survey No. 9438;

secs. 22, 23, and 24;

sec. 25, excepting U.S. Survey No. 6642;

secs. 26 thru 36.

Tps. 29 and 30 N., R. 61 W., unsurveyed.

T. 31 N., R. 61 W., unsurveyed,

secs. 1 and 2;

sec. 3, excepting U.S. Survey No. 6631;

secs. 4 thru 21;

sec. 22, excepting U.S. Survey No. 6629;

secs. 23 thru 26;

sec. 27, excepting U.S. Survey Nos. 6629 and 6674;

secs. 28 thru 33;

sec. 34, excepting U.S. Survey No. 6674;

secs. 35 and 36.

T. 32 N., R. 61 W., unsurveyed,

secs. 1 thru 9;

sec. 10, excepting U.S. Survey No. 6402;

secs. 11 thru 14;

sec. 15, excepting U.S. Survey No. 6402;

secs. 16 thru 20;

57

Case 3:21-cv-00158-HRH   Document 1-4   Filed 07/07/21   Page 57 of 67

**Exhibit D**

**Page 57 of 67**

secs. 21 and 22, excepting U.S. Survey No 6634;

secs. 23 thru 36.

Tps. 33 and 34 N., R. 61 W., unsurveyed.

T. 22 N., R. 62 W., unsurveyed,

secs. 1 thru 7;

sec. 8, that portion lying north of the right bank of Tuckers Slough excepting lot 2,

U.S. Survey No. 14114;

sec. 9, that portion lying north and east of the right bank of Tuckers Slough excepting

lots 1 and 2, U.S. Survey No. 14114;

secs. 10 thru 14;

secs. 15 thru 18, and sec. 22, those portions north and east of the right bank of

Tuckers Slough;

secs. 23, 24, and 25;

secs. 26, 35, and 36, those portions lying north and east of the right bank of Tuckers

Slough.

Tps. 23 and 24 N., R. 62 W., unsurveyed.

T. 25 N., R. 62 W., unsurveyed,

secs. 1 thru 12;

secs. 13 and 14, excepting U. S. Survey No. 6553;

secs. 15 thru 22;

secs. 23 and 24, excepting U. S. Survey No. 6553;

secs. 25 thru 36.

T. 26 N., R. 62 W., unsurveyed.

58

T. 27 N., R. 62 W., unsurveyed,

    sec. 1;

    sec. 2, excepting lot 2, U. S. Survey No. 6692;

    sec. 3, excepting U. S. Survey No. 6692;

    secs. 4 thru 36.

T. 28 N., R. 62 W., unsurveyed,

    secs. 1 thru 29;

    secs. 30 and 31, excepting U.S. Survey No. 5644;

    sec. 32, excepting U.S. Survey No. 13636;

    sec. 33;

    sec. 34, excepting U.S. Survey No. 6692;

    sec. 35, excepting lot 2, U.S. Survey No. 6692;

    sec. 36.

Tps. 29 thru 34 N., R. 62 W., unsurveyed.

T. 22 N., R. 63 W., unsurveyed,

    secs. 1 thru 12;

    secs. 13, that portion lying north and west of the right bank of Tuckers Slough;

    sec. 14, that portion lying north and west of the right bank of Tuckers Slough

    excepting lot 3, U. S. Survey No. 7194;

    sec. 15, excepting lot 3, U.S. Survey No. 7184;

    secs. 16, 17, and 18;

    sec. 19, that portion lying north and west of the right bank of Tuckers Slough

    excepting U. S. Survey No. 7194;

secs. 20 and 21, those portions lying north and west of the right bank of Tuckers Slough;

secs. 22 and 23, those portions lying north and west of the right bank of Tuckers Slough excepting lot 3 U. S. Survey No. 7194;

sec. 30, those portions lying north and west of the right bank of Tuckers Slough.

Tps. 23 thru 29 N., R., 63 W., unsurveyed.

T. 30 N., R. 63 W., unsurveyed,

secs. 1, excepting U. S. Survey No. 6628;

secs. 2 thru 19;

secs. 20 and 21, excepting U.S. Survey No. 6632;

secs. 22 thru 27;

secs. 28 and 29, excepting U.S. Survey No. 6632;

secs. 30 thru 36.

T. 31 N., R. 63 W., unsurveyed,

secs. 1 thru 35;

sec. 36, excepting U. S. Survey No. 6628.

T. 32 N., R. 63 W., unsurveyed,

secs. 1 thru 22;

sec. 23, excepting U. S. Survey No. 6630;

secs. 24 and 25;

sec. 26, excepting U.S. Survey No. 6630;

secs. 27 thru 36.

T. 33 N., R. 63 W., unsurveyed,

secs. 1 and 2, secs. 11 thru 14, secs. 22 thru 28, and secs. 33 thru 36.

T. 34 N., R. 63 W., unsurveyed,

secs. 35 and 36.

T. 21 N., R. 64 W.,

secs. 4 thru 8.

T. 22 N., R. 64 W.,

secs. 1 thru 24 and secs. 27 thru 34.

T. 23 N., R. 64 W.,

secs. 1 thru 12, and secs. 18, 19, and 36.

Tps. 24 and 25 N., R. 64 W., unsurveyed.

T. 26 N., R. 64 W., unsurveyed,

secs. 1 thru 4, secs. 9 thru 17, secs. 20 thru 29, and secs. 31 thru 36.

T. 27, and 28 N., R. 64 W., unsurveyed.

T. 29 N., R. 64 W., unsurveyed,

secs. 1 thru 5;

sec. 6, S1/2;

secs. 7 thru 36.

T. 30 N., R. 64 W., unsurveyed,

secs. 1, 2, and 3, secs. 11 thru 14, secs. 22 thru 27, and secs. 33 thru 36.

T. 31 N., R. 64 W., unsurveyed,

secs. 1 thru 4, secs. 9 thru 16, secs. 22 thru 27 and secs. 34, 35, and 36.

T. 32 N., R. 64 W., unsurveyed,

secs. 1 thru 4, secs. 9 thru 16, secs. 21 thru 28, and secs. 33 thru 36.

61

T. 21 N., R. 65 W.,

secs. 1, 2, 6, 7, 10, 11, and 12.

T. 22 N., R. 65 W.,

secs. 1 thru 26, and secs. 30, 31, 35, and 36.

T. 23 N., R. 65 W.,

secs. 1 thru 24, and secs. 27 and 28.

T. 24 N., R. 65 W., unsurveyed.

T. 25 N., R. 65 W., unsurveyed,

secs. 1, 2, and 6, secs. 10 thru 15, and secs. 21 thru 36.

T. 27 N., R. 65 W., unsurveyed,

secs. 1 thru 27 and secs. 30, 34, 35, and 36.

T. 28 N., R. 65 W., unsurveyed.

T. 29 N., R. 65 W., unsurveyed,

sec. 16, S1/2;

secs. 20 and 21;

sec. 22, W1/2 and SE1/4;

secs. 25 thru 29;

sec. 30, E1/2 and SW1/4;

secs. 31 thru 36.

T. 21 N., R. 66 W.,

secs. 1, 2, 6, 11, and 12.

T. 22 N., R. 66 W.,

secs. 1 thru 32 and secs. 35 and 36.

Tps. 23 and 24 N., R. 66 W.

T. 25 N., R. 66 W., unsurveyed,

    sec. 1, secs. 5 thru 8, and secs. 11 thru 30;

    sec. 31, N1/2;

    secs. 32 thru 36.

T. 26 N., R. 66 W., unsurveyed,

    secs. 2 thru 10, secs. 15 thru 22, and secs. 27 thru 33.

Tps. 27 and 28 N., R. 66 W., unsurveyed.

T. 29 N., R. 66 W., unsurveyed,

    sec. 36, E1/2 and SW1/4.

T. 18 N., R. 67 W.,

    sec. 6.

T. 19 N., R. 67 W.,

    secs. 4 thru 9, secs. 16 thru 21, and secs. 28 thru 33.

T. 20 N., R. 67 W.,

    sec. 1, that portion excluded from Interim Conveyance No. 2223 and 2224 as FLPMA

    Lease AA-59715;

    secs. 19, 20, and 21, and secs. 28 thru 33.

T. 21 N., R. 67 W.,

    secs. 1, 2, and 3.

T. 22 N., R. 67 W.,

    secs. 1 thru 31 and secs. 34, 35, and 36.

T. 23 N., R. 67 W., unsurveyed,

secs. 1 and 2;

sec. 3, S1/2;

sec. 8, S1/2;

sec. 9, S1/2;

secs. 10 thru 17;

sec. 18, S1/2;

secs. 19 thru 36.

T. 24 N., R. 67 W., unsurveyed,

secs. 1 and 2;

sec. 3; E1/2;

sec. 10, E1/2;

secs. 11 thru 14;

sec. 15, E1/2;

sec. 22, NE1/4;

sec. 23, N1/2;

sec. 24.

T. 18 N., R. 68 W.,

secs. 1 thru 12 and secs. 17 and 18;

sec. 24, lot 2.

T. 19 N., R. 68 W.

T. 20 N, R. 68 W.,

secs. 1 and 12 and secs. 21 thru 36.

T. 21 N., R. 68 W.,

secs. 5 and 8.

T. 22 N., R. 68 W.,

    secs. 1 thru 4, secs. 9 thru 16, secs. 21 thru 28, and secs. 35 and 36.

T. 23 N., R. 68 W., unsurveyed,

    sec. 13, S1/2;

    sec. 14, SE1/4;

    sec. 22, E1/2;

    secs. 23 thru 26;

    sec. 27, E1/2;

    sec. 34, E1/2;

    secs. 35 and 36.

T. 18 N., R. 69 W.,

    secs. 1 thru 21, and secs. 29 and 30.

T. 19 N., R. 69 W.,

    secs. 1 thru 15, sec. 18, secs. 23 thru 26, and secs. 35 and 36.

T. 20 N., R. 69 W.,

    secs. 1 thru 6, secs. 25 thru 29, and secs. 31 thru 36.

T. 18 N., R. 70 W.,

    sec. 2, that portion outside the boundary of the Yukon Delta National Wildlife

    Refuge;

    sec. 12, lots 12 and 15;

    sec. 13;

    sec. 15, lot 6;

secs. 24 and 25.

T. 19 N., R. 70 W.,

secs. 1, 12, and 13.

T. 20 N., R. 70 W.,

sec. 36.

T. 8 N., R. 72 W.,

lot 1, U. S. Survey No. 4383.

The areas described aggregate approximately 13,396,841 acres.

2. PLO No. 5418, effective March 1974, amends PLO No. 5180 to add all unreserved public lands in Alaska, or those lands that may become unreserved unless specified by order at that time. Upon revocation, the lands in this order will not be subject to the terms and conditions of PLO No. 5418, which amended PLO No. 5180, but will continue to be subject to the terms and conditions of any other withdrawal, application, segregation of record, and other applicable law. In 1981, PLO No. 6092 modified the segregation of PLO Nos. 5172, 5173, and 5180, and PLO No. 6098 modified the segregation of PLO Nos. 5173, 5180, and 5184. In 1983, PLO No. 6477 modified the segregation of PLO Nos. 5179, 5180, and 5184. In 1990, PLO No. 6787 modified the segregation of PLO Nos. 5180 and 5184. PLO Nos. 6092, 6098, 6477 and 6787 will be superseded by this Order.

3. At 8 a.m. AKST on [INSERT DATE 30 DAYS AFTER DATE OF PUBLICATION IN THE FEDERAL REGISTER], the lands described in Paragraph 1 shall be open to all forms of appropriation under the general public land laws, including location and entry under the mining laws, leasing under the Mineral Leasing Act of February 25, 1920, as amended, subject to valid existing rights, the provisions of existing withdrawals, other

segregations of record, and the requirements of applicable law. All valid applications received at or prior to 8 a.m. AKST on [INSERT DATE 30 DAYS AFTER DATE OF PUBLICATION IN THE FEDERAL REGISTER], shall be considered as simultaneously filed at that time. Those received thereafter shall be considered in the order of filing. Appropriation of any of the lands referenced in this PLO under the general mining laws prior to the date and time of revocation remain unauthorized. Any such attempted appropriation, including attempted adverse possession under 30 U.S.C. 38, shall vest no rights against the United States. State law governs acts required to establish a location and to initiate a right of possession where not in conflict with Federal law. The BLM will not intervene in disputes between rival locators over possessory rights since Congress has provided for such determinations in local courts.

David L. Bernhardt
Secretary of the Interior

1/15/21

Date