**DEPARTMENT OF THE INTERIOR**

**Bureau of Land Management**

**[212.LLAK941000 L14100000.ET0000; AA-65515, AA-65513, F-16302, AA-61299, F-16304, F-85667, AA-61005]**

**Public Land Order No. 0 7 9 0 3; Partial Revocation of Public Land Orders Nos. 5174, 5176, 5178, 5179, 5180, 5184, and 5186, Alaska**

**AGENCY:** Bureau of Land Management, Interior.

**ACTION:** Public Land Order.

**SUMMARY:** This order partially revokes seven Public Land Orders (PLO) insofar as they affect approximately 2,592,796 acres of public lands reserved for study and classification as appropriate by the Department of the Interior and supersedes PLO No. 6329. The purposes for which these lands were withdrawn no longer exist as described in the analysis in the 2006 East Alaska Proposed East Alaska Resource Management Plan and Final Environmental Impact Statement (East AK FEIS) and the decisions made in the 2007 Record of Decision approving the East Alaska RMP Amendment (East AK Approved RMP).

**DATE:** This Public Land Order takes effect on [INSERT DATE OF PUBLICATION IN THE *FEDERAL REGISTER*].

**FOR FURTHER INFORMATION CONTACT:** Chelsea Kreiner, Bureau of Land Management (BLM) Alaska State Office, 222 West Seventh Avenue, Mailstop #13, Anchorage, AK 99513-7504, 907-271-4205, or ckreiner@blm.gov. People who use a telecommunications device for the deaf (TDD) may call the Federal Relay Service (FRS)

at 1-800-877-8339 to contact the above individual during normal business hours. The FRS is available 24 hours a day, 7 days a week, to leave a message or question with the above individual. You will receive a reply during normal business hours.

**SUPPLEMENTARY INFORMATION:** This Order implements the recommendations made in the BLM's East AK Approved RMP and the analysis in the East AK FEIS that serves as the detailed statement required under the National Environmental Policy Act Section 102(2)(C). PLO No. 5174, as amended, modified, or corrected, withdrew lands for selection by Village and Regional Corporations under Sec. 11(a)(3) of Alaska Native Claims Settlement Act (ANCSA), and for classification. Sec. 22(h)(4) of ANCSA states "the Secretary is authorized to terminate any withdrawal . . . whenever he determines the withdrawal is no longer necessary." The purposes for which these lands were withdrawn were satisfied by the analysis conducted during the development of the BLM's East AK RMP. PLO No. 5176, as amended, modified, or corrected, withdrew lands for selection by Village and Regional Corporations under Sec. 11(a)(3) of Alaska Native Claims Settlement Act, and for classification. Sec. 22(h)(4) of Alaska Native Claims Settlement Act states "the Secretary is authorized to terminate any withdrawal . . . whenever he determines the withdrawal is no longer necessary." The purposes for which these lands were withdrawn were satisfied by the analysis conducted during the development of the BLM's East AK FEIS. PLO No. 5178, as amended, modified, or corrected, withdrew lands for selection by Regional Corporations under Sec. 11(a)(3) of Alaska Native Claims Settlement Act, and for classification. Sec. 22(h)(4) of Alaska Native Claims Settlement Act states "the Secretary is authorized to terminate any withdrawal . . . whenever he determines the withdrawal is no longer necessary." The purposes for which

2

these lands were withdrawn were satisfied by the analysis conducted during the development of the BLM's East AK FEIS. PLO No. 5179, as amended, modified, or corrected, withdrew lands in aid of legislation concerning addition to, or creation of, units of the National Park, National Forest, Wildlife Refuge, and Wild and Scenic Rivers systems, and to allow for classification of the lands. Any additions to or creation of new units of National Parks, National Forests, Wildlife Refuges or Wild and Scenic Rivers from the land withdrawn by PLO No. 5179 were met by the Alaska National Interest Lands Conservation Act (ANILCA). The classification of the lands withdrawn by PLO No. 5179 was satisfied by the analysis conducted during the development of the East AK FEIS. PLO No. 5180, as amended, modified, or corrected, withdrew lands to allow for classification and for the protection of the public interest in these lands. The classification and protection of the public interest in the lands withdrawn by PLO No. 5180 has been satisfied by the analysis conducted during the development of the East AK FEIS. PLO No. 5184, as amended, modified, or corrected, withdrew lands to allow for classification or reclassification of some of areas withdrawn by ANCSA Sec. 11. These purposes were satisfied by the analysis conducted during the development of the East AK FEIS. PLO No. 5186, as amended, modified, or corrected, withdrew lands for classification and protection of the public interest in lands not selected by the State of Alaska. The classification of the lands withdrawn by PLO No. 5186 has been satisfied by the analysis conducted during the development of the East AK FEIS. Some lands covered by the revocation of the above listed withdrawals have been top filed by the State of Alaska pursuant to Section 906(e) of ANILCA. Upon revocation of the above listed withdrawals, the top filings will convert to selections, subject to valid existing rights.

3

Lands validly selected by or conveyed to the State of Alaska are not subject to ANILCA Sec. 810, as they no longer fit the definition of public lands. The Sec. 810 analysis for the Approved East AK RMP found no significant restriction on subsistence uses due to the revocation of withdrawals implemented by this action.

ORDER

By virtue of the authority vested in the Secretary of the Interior by Section 204 of the Federal Land Policy and Management Act of 1976, 43 U.S.C. 1714, and Section 22(h)(4) of the Alaska Native Claims Settlement Act of 1971, 43 U.S.C. 1621(h)(4), it is ordered as follows:

1. Subject to valid existing rights, Public Land Orders No.; 5174 (37 FR 5576 (1972)), 5176 (37 FR 5577 (1972)), 5178 (37 FR 5579 (1972)); 5179 (37 FR 5579 (1972)); 5180 (37 FR 5583 (1972)); 5184 (37 FR 5588 (1972)); 5186 (37 FR 5589 (1972)); and any amendments, modifications or corrections to these Orders, if any, are hereby revoked insofar as they affect the following described Federal lands within the East AK RMP:

Copper River Meridian, Alaska

T. 6 N., R. 1 E.,

sec. 17, lot 25;

sec. 18, lot 20.

T. 8 N., R. 1 E.,

secs. 1 thru 24 and secs. 28 thru 33.

T. 1 N., R. 2 E.,

sec. 30, lots 4 thru 17 and E1/2SW1/4.

T. 9 N., R. 2 E.,

4

secs. 7, 18, and 27.

T. 8 N., R. 3 E.,

sec. 11, lots 2 thru 7 and lots 10 thru 16;

sec. 14, lots 3 and 4;

sec. 23, lot 2;

sec. 27, lots 2 and 3;

sec. 33, lots 2, 3, and 4.

T. 9 N., R. 3 E.,

sec. 23;

sec. 26, lots 1 to 4, W1/2NE1/4, NW1/4, and SW1/4;

sec. 35, lots 2 thru 19, W1/2NW1/4, and W1/2SW1/4.

T. 10 N., R. 3 E.,

secs. 3 and 24.

T. 9 N., R. 4 E.,

lot 3, U.S. Survey No. 4981.

T. 10 N., R. 4 E.,

secs. 5, 8, 17, 20, 28, 29, and 33.

T. 11 N., R. 4 E., unsurveyed,

secs. 3, 4, 5, 8, 17, 20, 29, and 32.

T. 12 N., R. 4 E., unsurveyed,

secs. 27, 28, 33, and 34;

U.S. Survey No. 14338.

T. 14 N., R. 4 E., unsurveyed,

5

sec. 25 and secs. 31 thru 36.

T. 10 N., R. 5 E.,

sec. 21, lots 1 and 2, lots 4 thru 7, and lot 9;

sec. 22, lots 2, 3, and 4.

T. 11 N., R. 5 E.,

U.S. Survey No. 11038.

T. 14 N., R. 5 E., unsurveyed,

secs. 28 thru 33.

T. 14 N., R. 7 E., unsurveyed,

secs. 9, 14, 15, 16, secs. 21 thru 26, and secs. 35 and 36.

T. 11 N., R. 8 E.,

secs. 1, 2, 11, and 12, partly unsurveyed;

sec. 13, excepting U.S. Survey No. 6738, partly unsurveyed;

sec. 14, lots 1 thru 4, N1/2, N1/2SW1/4, SE1/4SW1/4, NW1/4SE1/4, and that portion

lying left of the right bank of the Slana River, partly unsurveyed;

sec. 15, lot 1, N1/2, SW1/4, N1/2SE1/4, and SW1/4SE1/4, partly unsurveyed;

secs. 16 and 17, partly unsurveyed;

sec. 19, lots 1 and 2, N1/2, E1/2SW1/4, N1/2SE1/4, N1/2SW1/4SE1/4,

W1/2SW1/4SW1/4SE1/4, and N1/2SE1/4SE1/4, excepting U.S. Survey No. 7109,

partly unsurveyed;

sec. 20, lots 1 thru 4, N1/2, E1/2NE1/4SW1/4, E1/2SW1/4SW1/4SW1/4,

SE1/4SW1/4SW1/4, and SE1/4, excepting U.S. Survey Nos. 7109 and 11235, partly

unsurveyed;

6

sec. 21, lots 1 thru 8, NE1/4SE1/4NE1/4, E1/2NW1/4SE1/4NE1/4, W1/2NW1/4, SE1/4NW1/4, N1/2SW1/4, SW1/4SW1/4, and that portion lying left of the right bank of the Slana River, partly unsurveyed;

sec. 22, lots 1, 2, 3, 5, 6, 10, and 11, N1/2NW1/4NE1/4, N1/2SW1/4NW1/4NE1/4, N1/2SW1/4SW1/4NW1/4NE1/4, N1/2SE1/4SW1/4NW1/4NE1/4, N1/2NW1/4, and that portion lying left of the right bank of the Slana River, excepting U.S. Survey No. 3343 A, partly unsurveyed;

sec. 23, lots 1 thru 5, NE1/4NW1/4, S1/2NW1/4, and that portion lying left of the right bank of the Slana River, excepting U.S. Survey No. 3343 A, partly unsurveyed;

sec. 24, NE1/4NE1/4, E1/2NE1/4NW1/4NE1/4, E1/2SW1/4NW1/4NW1/4NE1/4, NE1/4NW1/4SW1/4NW1/4NE1/4, NE1/4SW1/4NW1/4NE1/4, N1/2SE1/4NW1/4NE1/4, E1/2SE1/4SE1/4NW1/4NE1/4, E1/2NE1/4NE1/4SW1/4NE1/4, E1/2SE1/4NE1/4SW1/4NE1/4, S1/2NW1/4SW1/4SW1/4NE1/4, SW1/4SW1/4SW1/4NE1/4, E1/2NE1/4SE1/4SW1/4NE1/4, NE1/4SE1/4NE1/4, NW1/4SE1/4NE1/4, E1/2SW1/4SE1/4NE1/4, NW1/4SW1/4SE1/4NE1/4, SE1/4SE1/4NE1/4, NW1/4NE1/4NE1/4NW1/4, E1/2SW1/4NE1/4NE1/4NW1/4, W1/2SE1/4NE1/4NE1/4NW1/4, NE1/4NW1/4NE1/4NW1/4, NW1/4NW1/4NE1/4NW1/4, SW1/4NW1/4NE1/4NW1/4, W1/2SE1/4NW1/4NE1/4NW1/4, W1/2NE1/4SW1/4NE1/4NW1/4, NW1/4SW1/4NE1/4NW1/4, SW1/4SW1/4NE1/4NW1/4, SE1/4SW1/4NE1/4NW1/4, W1/2NE1/4SE1/4NE1/4NW1/4, E1/2NW1/4SE1/4NE1/4NW1/4, SW1/4SE1/4NE1/4NW1/4, SE1/4SE1/4NE1/4NW1/4, NE1/4NW1/4NW1/4,

NW1/4NW1/4NW1/4, NE1/4SW1/4NW1/4NW1/4, NW1/4SW1/4NW1/4NW1/4,

SE1/4SW1/4NW1/4NW1/4, SE1/4NW1/4NW1/4NW1/4, NE1/4SW1/4NW1/4,

N1/2NE1/4NW1/4SW1/4NW1/4, W1/2SW1/4NW1/4SW1/4NW1/4,

SW1/4SW1/4NW1/4, SE1/4SW1/4NW1/4, SE1/4NW1/4, NE1/4SW1/4,

NW1/4SW1/4, NE1/4SW1/4SW1/4, E1/2NW1/4SW1/4SW1/4, SW1/4SW1/4SW1/4,

SE1/4SW1/4SW1/4, NE1/4NE1/4SE1/4SW1/4, NW1/4NE1/4SE1/4SW1/4,

N1/2SW1/4NE1/4SE1/4SW1/4, N1/2SE1/4NE1/4SE1/4SW1/4, NW1/4SE1/4SW1/4,

SW1/4SE1/4SW1/4, S1/2SE1/4SE1/4SW1/4, W1/2NE1/4NE1/4SE1/4,

N1/2NW1/4NE1/4SE1/4, NW1/4SW1/4NE1/4SE1/4,

N1/2SW1/4SW1/4NE1/4SE1/4, SE1/4SW1/4NE1/4SE1/4, E1/2SE1/4NE1/4SE1/4,

SW1/4SE1/4NE1/4SE1/4, E1/2NE1/4NE1/4NW1/4SE1/4,

SW1/4NE1/4NW1/4SE1/4, SE1/4NE1/4NW1/4SE1/4, W1/2NW1/4NW1/4SE1/4,

SE1/4NW1/4NW1/4SE1/4, NW1/4SW1/4NW1/4SE1/4,

N1/2SW1/4SW1/4NW1/4SE1/4, SW1/4SE1/4NW1/4SE1/4,

S1/2SE1/4SE1/4NW1/4SE1/4, E1/2NE1/4SW1/4SE1/4,

S1/2NW1/4NW1/4SW1/4SE1/4, N1/2SW1/4NW1/4SW1/4SE1/4,

S1/2SW1/4SW1/4SE1/4, E1/2SE1/4SW1/4SE1/4, SW1/4SE1/4SW1/4SE1/4,

E1/2SE1/4SE1/4, E1/2NW1/4SE1/4SE1/4, S1/2SW1/4NW1/4SE1/4SE1/4, and

SW1/4SE1/4SE1/4, excepting U.S. Survey No. 6738;

sec. 25, NE1/4NE1/4, E1/2NW1/4NE1/4, NE1/4NW1/4NW1/4NE1/4,

W1/2NW1/4NW1/4NE1/4, W1/2SW1/4NW1/4NE1/4, SE1/4SW1/4NW1/4NE1/4,

S1/2NE1/4, N1/2NE1/4NW1/4, N1/2SW1/4NE1/4NW1/4,

E1/2SE1/4SW1/4NE1/4NW1/4, SE1/4NE1/4NW1/4NW1/4, N1/2NE1/4NW1/4NW1/4,

N1/2SW1/4NE1/4NW1/4NW1/4, N1/2SE1/4NE1/4NW1/4NW1/4,

N1/2NW1/4NW1/4NW1/4, SW1/4NW1/4NW1/4NW1/4,

W1/2SW1/4NW1/4NW1/4, NW1/4NW1/4SW1/4NW1/4,

W1/2SW1/4NW1/4SW1/4NW1/4, W1/2NW1/4SW1/4SW1/4NW1/4,

W1/2SW1/4SW1/4SW1/4NW1/4, SE1/4SE1/4SW1/4NW1/4, E1/2SE1/4NW1/4,

E1/2NE1/4NW1/4SE1/4NW1/4, E1/2SE1/4NW1/4SE1/4NW1/4,

E1/2NE1/4SW1/4SE1/4NW1/4, S1/2SW1/4SE1/4NW1/4, N1/2NE1/4SW1/4,

N1/2SW1/4NE1/4SW1/4, N1/2SW1/4SW1/4NE1/4SW1/4,

N1/2SE1/4SW1/4NW1/4SW1/4, SE1/4NE1/4SW1/4, E1/2NE1/4NW1/4SW1/4,

SW1/4NE14NW1/4SW1/4, W1/2NW1/4NW1/4NW1/4SW1/4,

S1/2NW1/4NW1/4SW1/4, SW1/4NW1/4SW1/4, N1/2NE1/4SE1/4NW1/4SW1/4,

N1/2SW1/4NE1/4SE1/4NW1/4SW1/4, N1/2SE1/4NE1/4SE1/4NW1/4SW1/4,

N1/2NW1/4SE1/4NW1/4SW1/4, N1/2SW1/4NW1/4SE1/4NW1/4SW1/4,

N1/2SE1/4NW1/4SE1/4NW1/4SW1/4, S1/2SW1/4NE1/4NE1/4SW1/4SW1/4,

S1/2SE1/4NE1/4NE1/4SW1/4SW1/4, S1/2SW1/4NW1/4NE1/4SW1/4SW1/4,

S1/2SE1/4NW1/4NE1/4SW1/4SW1/4, S1/2NE1/4SW1/4SW1/4, W1/2SW1/4SW1/4,

SE1/4SW1/4SW1/4, E1/2NE1/4SE1/4SW1/4, N1/2NW1/4NE1/4SE1/4SW1/4,

S1/2SW1/4NE1/4SE1/4SW1/4, S1/2NW1/4NW1/4SE1/4SW1/4,

SW1/4NW1/4SE1/4SW1/4, S1/2SE1/4NW1/4SE1/4SW1/4,

W1/2SW1/4SE1/4SW1/4, N1/2SE1/4SE1/4SW1/4, SE1/4SE1/4SE1/4SW1/4, and

SE1/4;

sec. 26, NE1/4NE1/4NE1/4, E1/2NW1/4NE1/4NE1/4, S1/2NE1/4NE1/4,

W1/2NE1/4, SE1/4NE1/4, W1/2NE1/4NE1/4NW1/4, W1/2NE1/4NW1/4,

9

SE1/4NE1/4NW1/4, E1/2NE1/4NW1/4NW1/4, N1/2NW1/4NE1/4NW1/4NW1/4,

N1/2SW1/4NW1/4NE1/4NW1/4NW1/4, N1/2SE1/4NW1/4NE1/4NW1/4NW1/4,

NW1/4NW1/4NW1/4, SW1/4NW1/4NW1/4, NE1/4SE1/4NW1/4NW1/4,

S1/2SW1/4NW1/4SE1/4NW1/4NW1/4, S1/2SE1/4NW1/4SE1/4NW1/4NW1/4,

S1/2NW1/4, SW1/4, W1/2NE1/4NE1/4SE1/4, NW1/4NE1/4SE1/4,

S1/2NE1/4SE1/4, NW1/4SE1/4, and S1/2SE1/4;

sec. 27, S1/2NE1/4NE1/4NE1/4, NW1/4NE1/4NE1/4, S1/2NE1/4NE1/4,

NE1/4NW1/4NE1/4, E1/2NW1/4NW1/4NE1/4, N1/2NE1/4SW1/4NW1/4NE1/4,

SW1/4NE1/4SW1/4NW1/4NE1/4, NW1/4SW1/4NW1/4NE1/4,

SW1/4SW1/4NW1/4NE1/4, NW1/4SE1/4SW1/4NW1/4NE1/4,

S1/2SE1/4SW1/4NW1/4NE1/4, N1/2NE1/4SE1/4NW1/4NE1/4,

SE1/4NE1/4SE1/4NW1/4NE1/4, N1/2NW1/4SE1/4NW1/4NE1/4,

S1/2SW1/4SE1/4NW1/4NE1/4, NE1/4SE1/4SE1/4NW1/4NE1/4,

S1/2SE1/4SE1/4NW1/4NE1/4, S1/2NE1/4, E1/2NW1/4, N1/2NW1/4NW1/4,

E1/2NE1/4SW1/4NW1/4NW1/4, W1/2NW1/4SW1/4NW1/4NW1/4,

W1/2SW1/4SW1/4NW1/4NW1/4, E1/2SE1/4SW1/4NW1/4NW1/4,

SE1/4NW1/4NW1/4, NE1/4NE1/4SW1/4NW1/4, E1/2NW1/4NE1/4SW1/4NW1/4,

E1/2SW1/4NE1/4SW1/4NW1/4, SE1/4NE1/4SW1/4NW1/4,

W1/2NE1/4NW1/4SW1/4NW1/4, NW1/4NW1/4SW1/4NW1/4,

SW1/4NW1/4SW1/4NW1/4, W1/2SE1/4NW1/4SW1/4NW1/4,

N1/2SW1/4SW1/4NW1/4, NE1/4SE1/4SW1/4NW1/4, E1/2SW1/4,

S1/2NE1/4NW1/4SW1/4, SW1/4NW1/4SW1/4, N1/2SE1/4NW1/4SW1/4,

10

SE1/4SE1/4NW1/4SW1/4, NE1/4NE1/4SW1/4SW1/4, S1/2NE1/4SW1/4SW1/4,

S1/2NW1/4SW1/4SW1/4, S1/2SW1/4SW1/4, and SE1/4;

sec. 28, lot 1, and that portion lying left of the right bank of the Slana River, partly

unsurveyed;

sec. 29, lots 1, 2, and 3, lots 6 thru 9, NE1/4NW1/4, NE1/4NW1/4NW1/4,

E1/2NW1/4NW1/4NW1/4, and that portion lying left of the right bank of the Slana

River and outside the boundary of the Wrangell – St. Elias National Preserve, partly

unsurveyed;

sec. 30, lots 3, 4, 5, 7, 8, and 9, W1/2NW1/4NW1/4NE1/4, SW1/4NW1/4NE1/4, and

E1/2NW1/4;

sec. 33, lots 2 and 3, E1/2NE1/4NE1/4NE1/4, E1/2NW1/4NE1/4NE1/4NE1/4,

SE1/4NE1/4NE1/4, and N1/2SW1/4NE1/4NE1/4, excepting U.S. Survey No. 8875,

U.S. Survey No. 8902, U.S. Survey No 8899, lots 1 and 2, U.S. Survey No. 11901,

U.S. Survey No. 11903, lots 1 thru 5, U.S. Survey No. 11236, lot 4, U.S. Survey No.

11237, and U.S. Survey No. 11697;

sec. 34, lots 1, 2, and 3, N1/2NE1/4, NE1/4SW1/4NE1/4, E1/2NW1/4SW1/4NE1/4,

N1/2NW1/4NW1/4SW1/4NE1/4, S1/2SW1/4SW1/4NE1/4, S1/2SE1/4SW1/4NE1/4,

N1/2SE1/4NE1/4, N1/2SW1/4SE1/4NE1/4, SE1/4SW1/4SE1/4NE1/4,

SE1/4SE1/4NE1/4, N1/2NW1/4, SW1/4NW1/4, N1/2NE1/4SE1/4NW1/4,

N1/2SW1/4NE1/4SE1/4NW1/4, N1/2SE1/4NE1/4SE1/4NW1/4, W1/2SE1/4NW1/4,

S1/2NW1/4SE1/4SE1/4NW1/4, S1/2SE1/4SE1/4NW1/4, N1/2NE1/4SW1/4,

N1/2SW1/4NE1/4SW1/4, E1/2SW1/4SW1/4NE1/4SW1/4,

SE1/4SW1/4NE1/4SW1/4, N1/2SE1/4NE1/4SW1/4, N1/2SW1/4SE1/4NE1/4SW1/4,

11

SE1/4SE1/4NE1/4SW1/4, NE1/4NE1/4SE1/4, E1/2NW1/4NE1/4SE1/4,

S1/2NE1/4SE1/4, E1/2NE1/4NE1/4NW1/4SE1/4, N1/2SW1/4NE1/4NW1/4SE1/4,

W1/2NE1/4NW1/4NW1/4SE1/4, SE1/4NW1/4NW1/4SE1/4,

NE1/4SW1/4NW1/4SE1/4, W1/2SE1/4SW1/4NW1/4SE1/4,

NE1/4SE1/4SW1/4NW1/4SE1/4, NE1/4SE1/4NW1/4SE1/4,

N1/2SE1/4SE1/4NW1/4SE1/4, SE1/4SE1/4SE1/4NW1/4SE1/4,

NE1/4NE1/4NE1/4SW1/4SE1/4, S1/2SW1/4NE1/4SW1/4SE1/4,

SW1/4SE1/4NE1/4SW1/4SE1/4, W1/2NE1/4NW1/4SW1/4SE1/4,

W1/2NW1/4SW1/4SE1/4, W1/2SE1/4NW1/4SW1/4SE1/4,

SE1/4SE1/4NW1/4SW1/4SE1/4, N1/2NE1/4SW1/4SW1/4SE1/4,

N1/2NW1/4SW1/4SW1/4SE1/4, SW1/4NW1/4SW1/4SW1/4SE1/4,

W1/2SW1/4SW1/4SW1/4SE1/4, NW1/4NE1/4SE1/4SW1/4SE1/4,

SE1/4NE1/4SE1/4SW1/4SE1/4, N1/2NW1/4SE1/4SW1/4SE1/4,

N1/2NE1/4NE1/4SE1/4SE1/4, SE1/4NE1/4NE1/4SE1/4SE1/4,

N1/2NW1/4NE1/4SE1/4SE1/4, E1/2SE1/4NE1/4SE1/4SE1/4,

N1/2NE1/4NW1/4SE1/4SE1/4, SW1/4NE1/4NW1/4SE1/4SE1/4,

N1/2NW1/4NW1/4SE1/4SE1/4, SE1/4NW1/4NW1/4SE1/4SE1/4,

E1/2SW1/4NW1/4SE1/4SE1/4, W1/2SE1/4NW1/4SE1/4SE1/4,

W1/2NE1/4SW1/4SE1/4SE1/4, NE1/4NW1/4SW1/4SE1/4SE1/4,

S1/2NW1/4SW1/4SE1/4SE1/4, and E1/2NE1/4SE1/4SE1/4SE1/4, excepting

SE1/4SE1/4NW1/4SW1/4, W1/2SW1/4SW1/4NE1/4SW1/4, U.S. Survey No. 8722,

U.S. Survey No. 8855, U.S. Survey No. 8875, U.S. Survey No. 8957, U.S. Survey

No. 9727, and U.S. Survey No. 11240;sec. 35, NE1/4, N1/2NE1/4NW1/4,

12

E1/2SW1/4NE1/4NW1/4, SE1/4NE1/4NW1/4, NW1/4NW1/4, S1/2NW1/4,

NE1/4NE1/4SW1/4, E1/2NW1/4NE1/4SW1/4, E1/2NW1/4NW1/4NE1/4SW1/4,

E1/2SW1/4NW1/4NE1/4SW1/4, S1/2NE1/4SW1/4,

W1/2NE1/4NE1/4NW1/4SW1/4, W1/2NE1/4NW1/4SW1/4,

W1/2SE1/4NE1/4NW1/4SW1/4, NW1/4NW1/4SW1/4, N1/2SW1/4NW1/4SW1/4,

W1/2SW1/4SW1/4NW1/4SW1/4, E1/2SE1/4SW1/4NW1/4SW1/4,

SE1/4NW1/4SW1/4, N1/2NE1/4SW1/4SW1/4, SE1/4NE1/4SW1/4SW1/4,

E1/2NE1/4NW1/4SW1/4SW1/4, W1/2NW1/4NW1/4SW1/4SW1/4,

S1/2NW1/4SW1/4SW1/4, N1/2SW1/4SW1/4SW1/4, E1/2SE1/4SE1/4SW1/4SW1/4,

N1/2SE1/4SW1/4, NE1/4SW1/4SE1/4SW1/4, W1/2SW1/4SW1/4SE1/4SW1/4,

N1/2SE1/4SE1/4SW1/4, N1/2SE1/4, N1/2SW1/4SE1/4, N1/2SW1/4SW1/4SE1/4,

E1/2SW1/4SW1/4SW1/4SE1/4, SE1/4SW1/4SW1/4SE1/4, SE1/4SW1/4SE1/4,

N1/2SE1/4SE1/4, SW1/4SE1/4SE1/4, and N1/2SE1/4SE1/4SE1/4;

sec. 36, lots 1 and 2, E1/2NE1/4, N1/2NW1/4NE1/4,

E1/2NE1/4SW1/4NW1/4NE1/4, E1/2NE1/4SW1/4SW1/4NW1/4NE1/4,

E1/2SE1/4SW1/4SW1/4NW1/4NE1/4, SE1/4SW1/4NW1/4NE1/4,

SE1/4NW1/4NE1/4, NE1/4NE1/4SW1/4NE1/4, S1/2NE1/4SW1/4NE1/4,

NE1/4NW1/4NW1/4SW1/4NE1/4, S1/2NW1/4NW1/4SW1/4NE1/4,

S1/2NW1/4SW1/4NE1/4, W1/2SW1/4SW1/4NE1/4, SE1/4SW1/4NE1/4,

NE1/4NE1/4NE1/4NW1/4, S1/2NE1/4NE1/4NW1/4, W1/2NE1/4NW1/4,

W1/2NE1/4SE1/4NE1/4NW1/4, W1/2SE1/4NE1/4NW1/4,

W1/2NW1/4SE1/4SE1/4NE1/4NW1/4, W1/2SW1/4SE1/4SE1/4NE1/4NW1/4,

W1/2NW1/4, W1/2NE1/4NE1/4SE1/4NW1/4, SE1/4NE1/4NE1/4SE1/4NW1/4,

W1/2NE1/4SE1/4NW1/4, SE1/4NE1/4SE1/4NW1/4, W1/2SE1/4NW1/4,

SE1/4SE1/4NW1/4, W1/2NW1/4NE1/4SW1/4, N1/2NW1/4SW1/4NE1/4SW1/4,

NW1/4SW1/4, N1/2NE1/4NE1/4SW1/4SW1/4, N1/2NW1/4NE1/4SW1/4SW1/4,

N1/2NE1/4NW1/4SW1/4SW1/4, N1/2NW1/4NW1/4SW1/4SW1/4,

S1/2SE1/4NE1/4SE1/4, S1/2SW1/4NE1/4SE1/4, SE1/4SE1/4NW1/4SE1/4,

NE1/4NE1/4SW1/4SE1/4, S1/2NE1/4SW1/4SE1/4, S1/2NW1/4SW1/4SE1/4,

S1/2SW1/4SE1/4, N1/2NE1/4NE1/4SE1/4SE1/4, SE1/4NE1/4NE1/4SE1/4SE1/4,

N1/2NW1/4NE1/4SE1/4SE1/4, S1/2SW1/4NE1/4SE1/4SE1/4,

NE1/4SE1/4NE1/4SE1/4SE1/4, S1/2SE1/4NE1/4SE1/4SE1/4,

N1/2NE1/4NW1/4SE1/4SE1/4, SW1/4NE1/4NW1/4SE1/4SE1/4,

W1/2NW1/4SE1/4SE1/4, NW1/4SE1/4NW1/4SE1/4SE1/4,

S1/2SE1/4NW1/4SE1/4SE1/4, and S1/2SE1/4SE1/4.

T. 12 N., R. 8 E.,

    sec. 36.

T. 14 N., R. 8 E.,

    secs. 31, 35, and 36.

T. 11 N., R. 9 E.,

    sec. 7, the land lying between U.S. Survey No. 5046 and the centerline of the Glenn

    Highway.

T. 12 N. R. 9 E.,

    secs. 1, 2, 5, and 8;

    sec. 12, N1/2NE1/4, NE1/4SW1/4NE1/4, N1/2NW1/4SW1/4NE1/4,

    SE1/4NW1/4SW1/4NE1/4, SW1/4SW1/4NE1/4, N1/2SE1/4SW1/4NE1/4,

Case 3:21-cv-00158-HRH   Document 1-5   Filed 07/07/21   Page 14 of 53

SW1/4SE1/4SW1/4NE1/4, N1/2SE1/4NE1/4, W1/2NE1/4SW1/4SE1/4NE1/4,

NW1/4SW1/4SE1/4NE1/4, S1/2SW1/4SE1/4NE1/4, E1/2NE1/4SE1/4SE1/4NE1/4,

N1/2NE1/4NE1/4NW1/4, SE1/4NE1/4NE1/4NW1/4, N1/2NW1/4NE1/4NW1/4,

SW1/4NW1/4NE1/4NW1/4, S1/2NE1/4NW1/4, NW1/4NW1/4,

N1/2NE1/4SW1/4NW1/4, W1/2SW1/4NW1/4, E1/2SE1/4SW1/4NW1/4,

N1/2NE1/4SE1/4NW1/4, SW1/4NE1/4SE1/4NW1/4, NW1/4SE1/4NW1/4,

S1/2SE1/4NW1/4, N1/2SW1/4, N1/2SW1/4SW1/4, E1/2SW1/4SW1/4SW1/4,

SE1/4SW1/4SW1/4, SE1/4SW1/4, N1/2NE1/4SE1/4, E1/2NE1/4SW1/4NE1/4SE1/4,

S1/2SW1/4NE1/4SE1/4, SE1/4NE1/4SE1/4, W1/2NE1/4NW1/4SE1/4,

SE1/4NE1/4NW1/4SE1/4, W1/2NW1/4SE1/4, W1/2NE1/4SE1/4NW1/4SE1/4,

NW1/4SE1/4NW1/4SE1/4, S1/2SE1/4NW1/4SE1/4, N1/2SW1/4SE1/4,

W1/2SW1/4SW1/4SE1/4, SE1/4SW1/4SE1/4, N1/2SE1/4SE1/4, SW1/4SE1/4SE1/4,

N1/2SE1/4SE1/4SE1/4, and SW1/4SE1/4SE1/4SE1/4;

sec. 13, W1/2NE1/4NE1/4NE1/4, SE1/4NE1/4NE1/4NE1/4,

N1/2NW1/4NE1/4NE1/4, N1/2NE1/4SW1/4NW1/4NE1/4NE1/4,

N1/2NW1/4SW1/4NW1/4NE1/4NE1/4, N1/2SE1/4NW1/4NE1/4NE1/4,

SE1/4SE1/4NW1/4NE1/4NE1/4, NE1/4NE1/4SW1/4NE1/4NE1/4,

S1/2NE1/4SW1/4NE1/4NE1/4, S1/2SE1/4NW1/4SW1/4NE1/4NE1/4,

S1/2SW1/4NW1/4SW1/4NE1/4NE1/4, S1/2SW1/4NE1/4NE1/4, SE1/4NE1/4NE1/4,

NE1/4NW1/4NE1/4, E1/2NW1/4NW1/4NE1/4, N1/2NW1/4NW1/4NW1/4NE1/4,

S1/2SW1/4NW1/4NW1/4NE1/4, S1/2NW1/4NE1/4, S1/2NE1/4,

N1/2NE1/4NE1/4NE1/4NW1/4, S1/2SE1/4NE1/4NE1/4NW1/4, W1/2NE1/4NW1/4,

SE1/4NE1/4NW1/4, NW1/4NW1/4, W1/2NE1/4SW1/4NW1/4,

SE1/4NE1/4SW1/4NW1/4, W1/2SW1/4NW1/4, SE1/4SW1/4NW1/4,

S1/2NE1/4SE1/4NW1/4, NE1/4NW1/4SE1/4NW1/4, S1/2NW1/4SE1/4NW1/4,

S1/2SE1/4NW1/4, and S1/2;

sec. 17;

sec. 24, N1/2NE1/4NE1/4, N1/2SW1/4NE1/4NE1/4, SW1/4SW1/4NE1/4NE1/4,

W1/2SE1/4SW1/4NE1/4NE1/4, E1/2SE1/4NE1/4NE1/4,

N1/2NW1/4SE1/4NE1/4NE1/4, NW1/4NE1/4, N1/2NE1/4SW1/4NE1/4,

SW1/4NE1/4SW1/4NE1/4, N1/2SE1/4NE1/4SW1/4NE1/4,

SW1/4SE1/4NE1/4SW1/4NE1/4, W1/2SW1/4NE1/4,

W1/2NE1/4SE1/4SW1/4NE1/4, SE1/4NE1/4SE1/4SW1/4NE1/4,

W1/2SE1/4SW1/4NE1/4, SE1/4SE1/4SW1/4NE1/4, E1/2SE1/4NE1/4,

N1/2NW1/4SE1/4NE1/4, N1/2SW1/4NW1/4SE1/4NE1/4,

N1/2SE1/4NW1/4SE1/4NE1/4, SE1/4SE1/4NW1/4SE1/4NE1/4,

NE1/4NE1/4SW1/4SE1/4NE1/4, S1/2NE1/4SW1/4SE1/4NE1/4,

S1/2NW1/4SW1/4SE1/4NE1/4, S1/2SW1/4SE1/4NE1/4, N1/2NE1/4NW1/4,

N1/2SW1/4NE1/4NW1/4, SE1/4NE1/4NW1/4, W1/2NW1/4, SE1/4NW1/4, and

S1/2;

sec. 25, E1/2, N1/2NW1/4, E1/2SW1/4NW1/4, N1/2NW1/4SW1/4NW1/4,

N1/2SW1/4SW1/4NW1/4, SE1/4SW1/4SW1/4NW1/4, SE1/4NW1/4, E1/2SW1/4,

NE1/4NW1/4SW1/4, NE1/4NW1/4NW1/4SW1/4, S1/2NW1/4NW1/4SW1/4,

S1/2NW1/4SW1/4, N1/2SW1/4SW1/4, W1/2NE1/4SW1/4SW1/4SW1/4,

NW1/4SW1/4SW1/4SW1/4, SW1/4SW1/4SW1/4SW1/4,

W1/2SE1/4SW1/4SW1/4SW1/4, NE1/4SE1/4SW1/4SW1/4,

16

E1/2NW1/4SE1/4SW1/4SW1/4, E1/2SW1/4SE1/4SW1/4SW1/4, and

SE1/4SE1/4SW1/4SW1/4;

sec. 26, E1/2NE1/4, N1/2NW1/4NE1/4, SW1/4NW1/4NE1/4,

N1/2SE1/4NW1/4NE1/4, N1/2SW1/4SE1/4NW1/4NE1/4,

N1/2SE1/4SE1/4NW1/4NE1/4, S1/2NE1/4NE1/4SW1/4NE1/4,

S1/2NW1/4NE1/4SW1/4NE1/4, N1/2NE1/4SW1/4NW1/4SW1/4NE1/4,

N1/2NW1/4SW1/4NW1/4SW1/4NE1/4, N1/2NE1/4SE1/4NW1/4SW1/4NE1/4,

N1/2NW1/4SE1/4NW1/4SW1/4NE1/4, SW1/4SE1/4SW1/4SW1/4NE1/4,

NE1/4SE1/4SW1/4NE1/4, N1/2NW1/4SE1/4SW1/4NE1/4,

N1/2SE1/4SE1/4SW1/4NE1/4, SE1/4SE1/4SE1/4SW1/4NE1/4, NE1/4NE1/4NW1/4,

S1/2NW1/4NE1/4NW1/4, S1/2NE1/4NW1/4, W1/2NW1/4, SE1/4NW1/4, SW1/4,

NE1/4SE1/4, NE1/4NE1/4NE1/4NW1/4SE1/4, NW1/4NE1/4NW1/4NW1/4SE1/4,

S1/2NE1/4NW1/4NW1/4SE1/4, W1/2NW1/4NW1/4SE1/4,

SE1/4NW1/4NW1/4SE1/4, SW1/4NW1/4SE1/4, S1/2NE1/4SE1/4NW1/4SE1/4,

S1/2NW1/4SE1/4NW1/4SE1/4, S1/2SE1/4NW1/4SE1/4, SW1/4SE1/4,

S1/2NE1/4SE1/4SE1/4, W1/2SE1/4SE1/4, and SE1/4SE1/4SE1/4;

sec. 27, NE1/4, E1/2NE1/4NW1/4, E1/2NW1/4NE1/4NW1/4,

E1/2SW1/4NE1/4NW1/4, W1/2NE1/4NW1/4NW1/4, W1/2NW1/4NW1/4,

N1/2NE1/4SE1/4NW1/4NW1/4, SW1/4NE1/4SE1/4NW1/4NW1/4,

W1/2SE1/4NW1/4NW1/4, S1/2NE1/4NE1/4SW1/4NW1/4,

W1/2NE1/4SW1/4NW1/4, SE1/4NE1/4SW1/4NW1/4, W1/2SW1/4NW1/4,

SE1/4SW1/4NW1/4, NE1/4SE1/4NW1/4, NE1/4NW1/4SE1/4NW1/4,

17

NE1/4NW1/4NW1/4SE1/4NW1/4, S1/2NW1/4NW1/4SE1/4NW1/4,

S1/2NW1/4SE1/4NW1/4, S1/2SE1/4NW1/4, and S1/2;

secs. 29, 31, 32, 34, and 35;

sec. 36, E1/2NE1/4NE1/4NE1/4, W1/2NE1/4NE1/4, SE1/4NE1/4NE1/4,

N1/2NW1/4NE1/4, SW1/4NW1/4NE1/4, N1/2SE1/4NW1/4NE1/4,

N1/2SW1/4SE1/4NW1/4NE1/4, SE1/4SE1/4NW1/4NE1/4, E1/2NE1/4SW1/4NE1/4,

S1/2SW1/4NE1/4SW1/4NE1/4, W1/2SW1/4NE1/4, SE1/4SW1/4NE1/4,

SE1/4NE1/4, NE1/4NW1/4, N1/2NE1/4NW1/4NW1/4, SE1/4NE1/4NW1/4NW1/4,

W1/2NW1/4NW1/4, NE1/4SE1/4NW1/4NW1/4, S1/2SE1/4NW1/4NW1/4,

S1/2NW1/4, SW1/4, NE1/4NE1/4SE1/4, N1/2NW1/4NE1/4SE1/4,

N1/2SW1/4NW1/4NE1/4SE1/4, N1/2SE1/4NW1/4NE1/4SE1/4,

S1/2SW1/4SW1/4NE1/4SE1/4, S1/2SE1/4SW1/4NE1/4SE1/4,

N1/2NE1/4SE1/4NE1/4SE1/4, N1/2NW1/4SE1/4NE1/4SE1/4,

S1/2SW1/4SE1/4NE1/4SE1/4, S1/2SE1/4SE1/4NE1/4SE1/4, N1/2NW1/4SE1/4,

N1/2NE1/4SW1/4NW1/4SE1/4, SW1/4NE1/4SW1/4NW1/4SE1/4,

W1/2SW1/4NW1/4SE1/4, NW1/4SE1/4SW1/4NW1/4SE1/4,

S1/2SE1/4SW1/4NW1/4SE1/4, N1/2NE1/4SE1/4NW1/4SE1/4,

SE1/4NE1/4SE1/4NW1/4SE1/4, N1/2NW1/4SE1/4NW1/4SE1/4,

S1/2SW1/4SE1/4NW1/4SE1/4, NE1/4SE1/4SE1/4NW1/4SE1/4,

S1/2SE1/4SE1/4NW1/4SE1/4, N1/2NE1/4SW1/4SE1/4,

E1/2SE1/4NE1/4SW1/4SE1/4, N1/2NW1/4SW1/4SE1/4,

SW1/4NW1/4SW1/4SE1/4, W1/2SE1/4NW1/4SW1/4SE1/4, SW1/4SW1/4SE1/4,

N1/2SE1/4SW1/4SE1/4, and SE1/4SE1/4;

tracts B thru J;

lot 2, U.S. Survey No. 4659.

T. 14 N., R. 9 E.,

sec. 27;

tract C;

tract D, those portions within secs. 20 thru 26 and secs. 28 and 29.

T. 10 N., R. 10 E., unsurveyed,

secs. 1, 2, and 3;

secs. 4 and 9, those portions lying outside the boundary of the Wrangell-St. Elias

National Park;

secs. 10 thru 14;

secs. 15, 16, 22, 23, and 24, those portions lying outside the boundary of the

Wrangell-St. Elias National Park.

T. 11 N., R. 10 E., unsurveyed,

secs. 1 thru 29;

sec. 30, excepting U.S. Survey No. 5294;

sec. 31, excepting U.S. Survey No. 14336;

secs. 32 thru 36;

U.S. Survey No. 14336.

T. 12 N., R. 10 E.

T. 11 N., R. 11 E., unsurveyed.

T. 11 N., R. 12 E., unsurveyed,

secs. 1, 2, 11, and 12.

19

T. 12 N., R. 12 E.,

tract A, that portion within secs. 4 thru 9, secs. 16 thru 22, and secs. 26, 35, and 36.

T. 13 N., R. 12 E.,

tract A, that portion within secs. 1 thru 5, secs. 8 thru 15, and secs. 22 and 23.

T. 14 N., R. 12 E.,

tract A.

T. 11 N., R. 13 E., unsurveyed,

sec. 5, excepting U.S. Survey No. 2547;

sec. 6;

secs. 7, 8, and 18, excepting U.S. Survey No. 2547.

T. 12 N., R. 13 E., unsurveyed,

secs. 31 and 32, excepting U.S. Survey No. 2547.

T. 13 N., R. 13 E., unsurveyed,

sec. 6, excepting U.S. Survey No. 2547.

T. 14 N., R. 13 E., unsurveyed,

secs. 17 thru 20 and secs. 30 and 31, excepting U.S. Survey No. 2547.

T. 1 N., R. 1 W.,

secs. 1 thru 5 and secs. 7 thru 36.

T. 4 N., R. 1 W.,

sec. 19, lots 34, 35, 114, 116, 117, and 118, and lots 120 thru 124;

sec. 29, NW1/4.

T. 5 N., R. 1 W.,

sec. 19, S1/2SE1/4NE1/4SE1/4, NE1/4SE1/4SE1/4, and N1/2SE1/4SE1/4SE1/4;

20

sec. 20, S1/2SW1/4NW1/4SW1/4, NW1/4SW1/4SW1/4, N1/2SW1/4SW1/4SW1/4,

and S1/2SE1/4SE1/4SW1/4;

sec. 29, N1/2NE1/4NE1/4NW1/4;

sec. 34, lots 5, 6, 7, and 12.

T. 6 N., R. 1 W.,

sec. 2, lot 17;

sec. 3, lots 1 and 2;

block 4A, tract E, U.S. Survey No. 4861.

T. 7 N., R. 1 W.,

sec. 1;

sec. 2, lots 1 thru 6, S1/2NE1/4, S1/2NW1/4, N1/2NE1/4SW1/4, N1/2NW1/4SW1/4,

and N1/2SE1/4;

sec. 3, SW1/4NE1/4, NE1/4SW1/4, and NW1/4SE1/4;

sec. 12, lot 1, NE1/4, NE1/4NW1/4, S1/2NW1/4, NE1/4SW1/4, S1/2SW1/4, and

SE1/4;

secs. 13;

secs. 24, 25, and 36;

tract B, those portions within secs. 5 and 6, and secs. 16 thru 20.

T. 8 N., R. 1 W.,

secs. 22 and 27.

T. 1 N., R. 2 W.,

secs. 15, 16, 18, 19, 21, and 22, and secs. 28 thru 33.

T. 3 N., R. 2 W.,

21

secs. 7, 26, 27, and 28, and secs. 33 thru 36.

T. 4 N., R. 2 W.,

    sec. 20, lots 36, 39, 48, and 50, and lots 55 thru 59;

    sec. 22, lot 36;

    sec. 23, lots 29, 31, 32, and 35;

    sec. 24, lots 46, 53, 63, and 67, and lots 71 thru 74;

    sec. 29, lots 3, 9, 11, 13, 15, and 17;

    sec. 30, lots 6 and 7;

    lots 1 and 2, U.S. Survey No. 10676.

T. 5 N., R. 2 W.,

    secs. 26, 27, 34, 35, and 36;

    lot 2, U.S. Survey No. 10679.

T. 7 N., R. 2 W.,

    secs. 1 thru 11, secs. 14 thru 24, and secs. 27 thru 34.

T. 9 N., R. 2 W., partly unsurveyed,

    tract C;

    tract D, that portion within sec. 7, secs. 16 thru 21, and secs. 28 thru 33.

T. 10 N., R. 2 W., partly unsurveyed,

    tract A that potion within secs. 4 thru 9, secs. 16 thru 21, and sec. 28;

    tract B.

T. 11 N., R. 2 W., partly unsurveyed,

    tract B.

T. 12 N., R. 2 W., partly unsurveyed,

tract A, excepting U.S. Survey No. 14434;

tracts C and D;

U.S. Survey No. 14434.

T. 13 N., R. 2 W., partly unsurveyed,

tract A;

tract B, excepting U.S. Survey No. 14433;

lots 2 and 4, U.S. Survey No. 2696;

lots 1 and 2, U.S. Survey No. 2698;

lot 1, U.S. Survey No. 2699;

U.S. Survey No. 4031;

U.S. Survey No. 4206;

U.S. Survey No. 14433.

T. 14 N., R. 2 W., unsurveyed,

secs. 31 thru 35;

sec. 36, excepting lots 2 and 3, U.S. Survey No. 2705, lots 2 and 3, U.S. Survey No.

2705A, U.S Survey No.2706, U.S. Survey No. 2706A, U.S. Survey No. 2707, U.S.

Survey No. 2707A, U.S. Survey No. 2717, U.S. Survey No. 2717A, and U.S. Survey

No. 4182;

lot 3, U.S. Survey No. 2705A;

lot 2, U.S. Survey No. 2706A;

U.S. Survey No. 2707A;

lot 2, U.S. Survey No. 2717A.

T. 1 N., R. 3 W.,

secs. 2 thru 36.

T. 2 N., R. 3 W.,

secs. 4, 9, 22, 25, 26, and 27, and secs. 31 thru 35.

T. 3 N., R. 3 W.,

secs. 9 thru 16, secs. 20 thru 29, and secs. 32 thru 36.

T. 4 N., R. 3 W.,

secs. 1 thru 10.

T. 6 N., R. 3 W.,

sec. 12, lot 1.

T. 7 N., R. 3 W.,

secs. 2, 3, and 4, and secs. 6 thru 10.

T. 8 N., R. 3 W.,

secs. 1 thru 9, secs. 16 thru 20, and secs. 30 and 31.

T. 9 N., R. 3 W., partly unsurveyed,

tract A that portion within secs. 8, 31, and 32.

T. 10 N., R. 3 W., partly unsurveyed,

tract B.

T. 12 N., R. 3 W., partly unsurveyed,

sec. 3, SW1/4, W1/2SE1/4, and SE1/4SE1/4;

secs, 4, 5, 8, 9, 10, 15, 16, and 17;

tract B, those portions within secs. 2, 6, and 7, secs. 11 thru 14, and secs. 18, 19, 22, 23, 30, and 31.

T. 13 N., R. 3 W., partly unsurveyed,

tracts A and B.

T. 14 N., R. 3 W., unsurveyed,

    secs. 31 thru 36.

T. 1 N., R. 4 W., unsurveyed,

    secs. 20, 28, 29, 32, and 33.

T. 4 N., R. 4 W.,

    lot 2, U.S Survey No. 3732.

T. 7 N., R. 4 W.,

    lot 1, U.S Survey No. 5674.

T. 9 N., R. 4 W., partly unsurveyed,

    tract A, those portions within secs. 12 and 13;

    tract B.

T. 10 N., R. 4 W., partly unsurveyed,

    tract B, that portion within sec. 28.

T. 12 N., R. 4 W., unsurveyed,

    secs. 1, 2, and 3, secs. 10 thru 14, and secs. 23 and 24.

T. 13 N., R. 4 W., partly unsurveyed,

    tract A, that portion within secs. 7, 8, and 9, secs. 14 thru 30, and secs. 33 thru 36,

    tracts B, C, and D.

T. 14 N., R. 4 W., partly unsurveyed,

    tract A.

T. 1 N., R. 5 W.,

    secs. 25 and 36.

25

T. 4 N., R. 5 W.,

tract A, that portion within sec. 30, the land lying between U.S. Survey No. 3121 and the centerline of the Glenn Highway.

T. 12 N., R. 5 W., unsurveyed,

secs. 19, 20, and 21, and secs. 28 thru 33.

T. 13 N., R. 5 W., partly unsurveyed,

tract A, that portion within secs. 2 thru 18, excepting U.S. Survey No. 14337;

tracts B thru F;

U.S. Survey No. 14337.

T. 14 N., R. 5 W., partly unsurveyed,

tract A.

T. 2 N., R. 6 W.,

sec. 3;

sec. 4, lot 1.

T. 11 N., R. 6 W., partly unsurveyed,

tract A that portion within secs. 4, 5, 23, 25, and 26.

T. 12 N., R. 6 W., unsurveyed,

secs. 19 thru 36.

T. 13 N., R. 6 W., unsurveyed,

secs. 1 thru 18.

T. 14 N., R. 6 W., unsurveyed.

T. 2 N., R. 7 W.,

secs. 2, 11, and 12.

**Exhibit E**

**Page 26 of 53**

T. 3 N., R. 7 W.,

lots 3 and 7, U.S. Survey No. 4680.

T. 7 N., R. 7 W.,

tract A, that portion of secs. 20, 21, 28, and 29, formerly within PLO 1537 and that

portion of lot 11, U.S. Survey No. 3495, formerly within PLO 1537, all excluded

from TA 1982-0027.

T. 11 N., R. 7 W., partly unsurveyed,

tract B.

T. 13 N., R. 7 W., unsurveyed,

secs. 1 thru 18.

T. 14 N., R. 7 W., unsurveyed,

secs. 32 thru 36.

T. 2 N., R. 8 W.,

lot 2, U.S. Survey No. 3336A.

T. 3 N., R. 8 W.,

lots 2 and 3, U.S. Survey No. 3336A.

T. 4 N., R. 8 W.,

tract A, those portions within secs. 2 and 3, within historical place application AA-

11124, excepting U.S. Survey No. 13862, secs. 10 thru 14, those portions formerly

within Native allotment applications AA-6973, AA-6974, and AA-7696, and sec. 23

within historical place application AA-11124, all excluded from TA 1982-0107.

T. 8 N., R. 8 W.,

lot 6, U.S. Survey No. 4586.

27

T. 9 N., R. 8 W., unsurveyed,

    sec. 16, excepting lot 2, U.S. Survey No. 11529;

    sec. 21, excepting lots 1 and 2, U.S. Survey No. 11529;

    U.S. Survey No. 11529.

T. 10 N., R. 9 W., unsurveyed,

    secs. 33 and 34;

    sec. 36, excepting U.S. Survey No. 14339;

    U.S. Survey No. 14339.

T. 11 N., R. 9 W., unsurveyed,

    sec. 14.

T. 12 N., R. 9 W., unsurveyed,

    secs. 14 thru 17, secs. 20 thru 23, secs. 26 thru 29, and secs. 32 thru 35.

T. 10 N., R. 10 W., unsurveyed,

    secs. 2, 3, 4, 9, 10, and 11, those lands within Power Site Classification No. 443.

T. 1 S., R. 1 W.

T. 8 S., R. 1 W., unsurveyed,

    sec. 10, W1/2NE1/4, SE1/4NE1/4, NW1/4, E1/2SW1/4, SW1/4SW1/4, and SE1/4;

    sec. 11, N1/2NE1/4, E1/2NW1/4, SW1/4NW1/4, SE1/4SW1/4, and SE1/4;

    sec. 12, E1/2NE1/4, NW1/4NE1/4, and S1/2SE1/4;

    sec. 13, S1/2NE1/4, NW1/4, and SE1/4;

    sec. 14, NE1/4NE1/4, S1/2SW1/4, and SE1/4;

    sec. 15, NE1/4 and SW1/4;

    sec. 16, W1/2NE1/4, SE1/4NE1/4, NW1/4, and S1/2SE1/4;

28

sec. 17, NE1/4NE1/4 and NW1/4;

sec. 18, E1/2SW1/4, NW1/4SW1/4, and SE1/4;

secs. 19 thru 36.

T. 9 S., R. 1 W.,

secs. 1 thru 5, those portions lying outside the boundary of the Chugach National

Forest, unsurveyed;

sec. 6, unsurveyed;

sec. 18, that portion lying outside the boundary of the Chugach National Forest,

unsurveyed.

T. 1 S., R. 2 W.,

secs. 1, 5, 6, 7, 11, 15, 18, 22, 28, 29, and 31.

T. 9 S., R. 2 W.,

secs. 5 thru 11, partly unsurveyed;

secs. 13 and 14, those portions lying outside the boundary of the Chugach National

Forest, unsurveyed;

secs. 15 thru 22, unsurveyed;

secs. 23 and 26, those portions lying outside the boundary of the Chugach National

Forest, unsurveyed;

secs. 27 thru 34, unsurveyed;

sec. 35, that portion lying outside the boundary of the Chugach National Forest,

unsurveyed.

T. 1 S., R. 4 W., unsurveyed,

sec. 20;

sec. 28, excepting lot 3, U.S. Survey No. 11066;

secs. 29 and 32;

sec. 33, excepting U.S. Survey No. 6726 and U.S. Survey No. 11066.

T. 2 S., R. 4 W., unsurveyed,

sec. 31.

T. 3 S., R. 4 W., unsurveyed,

secs. 6, 17, 19, and 20.

T. 8 S., R. 4 W., unsurveyed.

T. 2 S., R. 5 W., unsurveyed,

secs. 1 thru 5 and secs. 8 thru 12.

T. 10 S., R. 5 W., unsurveyed,

sec. 1, excepting U.S. Survey No. 14130;

secs. 2 thru 29;

secs. 30 thru 33, those portions lying outside the boundary of the Chugach National

Forest;

secs. 34, 35, and 36.

T. 11 S., R. 5 W., unsurveyed,

secs. 1 and 2;

secs. 3 and 4 and secs. 10 thru 13, those portions lying outside the boundary of the

Chugach National Forest.

T. 10 S., R. 6 W., unsurveyed,

secs. 1 thru 5;

30

secs. 6, 7, and 8, those portions lying outside the boundary of the Chugach National

Forest;

sec. 9, excepting M.S. No. 1011;

sec. 10, excepting M.S. Nos. 779 and 1011;

secs. 11 thru 14;

secs. 15, 16, and 17, and 22 thru 25, those portions lying outside the boundary of the

Chugach National Forest.

T. 1 S., R. 7 W.,

secs. 20, 21, and 28.

T. 8 S., R. 7 W.,

secs. 1 thru 24;

sec. 26, N1/2, SW1/4, N1/2SE1/4, and SW1/4SE1/4;

secs. 27, 28, and 29;

sec. 30, E1/2, E1/2NW1/4, and E1/2SW1/4;

sec. 31, lots 1, 8, and 9, NE1/4NE1/4, and NE1/4NW1/4;

sec. 32, lots 1 thru 11, E1/2NE1/4, SW1/4NW1/4, and NW1/4SW1/4;

sec. 33, N1/2NE1/4, SW1/4NE1/4, and NW1/4;

sec. 34, N1/2NW1/4;

M.S. No. 1038.

T. 2 S., R. 8 W., unsurveyed,

secs. 4 thru 9 and secs. 13 thru 36.

T. 3 S., R. 8 W., unsurveyed,

secs. 1 thru 12.

T. 8 S., R. 8 W., partly unsurveyed,

    sec. 1;

    secs. 2 and 3, excepting M.S. No. 1533;

    secs. 4, 5, 7, and 8, those portions lying outside the boundary of the Chugach National

    Forest;

    sec. 9;

    sec. 10, excepting M.S. No. 1533;

    secs. 11 thru 17;

    secs. 18 and 19, those portions lying outside the boundary of the Chugach National

    Forest;

    secs. 20 and 29;

    secs. 30 and 31, those portions lying outside the boundary of the Chugach National

    Forest;

    secs. 32 and 33.

T. 9 S., R. 8 W.,

    sec. 4, unsurveyed;

    secs. 5, 6, and 7, those portions lying outside the boundary of the Chugach National

    Forest, unsurveyed;

    secs. 8, 9, 10, 16, 17, and 18, unsurveyed.

T. 2 S., R. 9 W., unsurveyed,

    secs. 1 thru 5, secs. 8 thru 17, secs. 20 thru 29, and sec. 36.

T. 3 S., R. 9 W., unsurveyed,

    secs. 1 and 12.

T. 8 S., R. 9 W., unsurveyed,

secs. 24 and 25, those portions lying outside the boundary of the Chugach National Forest.

T. 9 S., R. 9 W.,

secs. 1 thru 4 and secs. 8 thru 12, those portions lying outside the boundary of the Chugach National Forest, unsurveyed;

secs. 13 thru 16, partly unsurveyed;

sec. 17, that portion lying outside the boundary of the Chugach National Forest, unsurveyed.

T. 2 S., R. 10 W., unsurveyed,

secs. 18, 19, 30, and 31.

T. 2 S., R. 11 W., unsurveyed,

secs. 13 and 14, secs. 23 thru 26, and secs. 35 and 36.

T. 1 S., R. 1 E.,

sec. 14, lots 10 and 15.

T. 5 S., R. 1 E., unsurveyed,

secs. 3 and 4.

T. 8 S., R. 1 E., unsurveyed,

secs. 19 and 20;

secs. 21, 22, and 23, those portions lying outside the boundary of the Chugach National Forest;

sec. 24;

secs. 25, 26, 28, and 29, those portions lying outside the boundary of the Chugach National Forest;

sec. 30;

secs. 31, 32, and 33, those portions lying outside the boundary of the Chugach National Forest.

T. 9 S., R. 1 E.,

sec. 6, that portion lying outside the boundary of the Chugach National Forest, unsurveyed.

T. 1 S., R. 2 E.,

sec. 22, NW1/4NE1/4, NE1/4NE1/4SW1/4NE1/4, S1/2NE1/4SW1/4NE1/4, NW1/4NW1/4SW1/4NE1/4, S1/2NW1/4SW1/4NE1/4, S1/2SW1/4NE1/4, E1/2NE1/4NW1/4, E1/2NW1/4NE1/4NW1/4, E1/2SW1/4NE1/4NW1/4, E1/2NE1/4SE1/4NW1/4, and E1/2SE1/4SE1/4NW1/4;

sec. 24, lot 3;

secs. 28 thru 30;

sec. 31, lots 1 thru 4, NE1/4, E1/2NW1/4, and E1/2SW1/4;

secs. 32 and 33;

sec. 34, N1/2, SW1/4, NE1/4SE1/4, NW1/4SE1/4, and N1/2N1/2SW1/4SE1/4.

T. 2 S., R. 2 E.,

sec. 7, lots 6, 9, and 12;

sec. 9, lots 1, 2, and 3, N1/2SW1/4, SW1/4SW1/4, NW1/4SE1/4, and that portion lying right of the left bank of the Tonsina River, partly unsurveyed;

34

sec. 10, lots 1, 2, 4, and 5, and that portion lying right of the left bank of the Tonsina

River, partly unsurveyed;

sec. 16, lots 1 and 2, and that portion lying right of the left bank of the Tonsina River,

partly unsurveyed.

T. 8 S., R. 2 E., unsurveyed,

secs. 7 thru 24;

secs. 25 thru 30 and sec. 36, those portions lying outside the boundary of the Chugach

National Forest.

T. 1 S., R. 3 E.,

sec. 19, lots 7 and 8;

lots 9A, 10, 11, and 12, U.S. Survey No. 3579.

T. 2 S., R. 3 E.,

secs. 16, 17, 18, 21, and 22;

sec. 25, lots 2 thru 7 and S1/2NE1/4;

secs. 26 and 27.

T. 8 S., R. 3 E.,

sec. 3, that portion lying outside the boundary of Wrangell – St. Elias National Park,

unsurveyed;

secs. 6 and 7, unsurveyed;

secs. 9, 16, 20, 28, and 29, those portions lying outside the boundary of Wrangell –

St. Elias National Park, unsurveyed;

secs. 32, 33, and 34, those portions lying outside the boundary of Wrangell – St. Elias

National Park and Chugach National Forest, partly unsurveyed.

T. 2 S., R. 4 E.,

    sec. 20, lot 7;

    sec. 27, lots 11, 12, and 14, SE1/4NW1/4 and N1/2SW1/4SW1/4;

    sec. 29, lots 1 thru 13, S1/2NE1/4 and S1/2NW1/4;

    sec. 30, lots 1 thru 20, NW1/4SW1/4NE1/4, S1/2SW1/4SE1/4, S1/2SE1/4NE1/4, and
    SE1/4NW1/4;

    secs. 31 and 32;

    sec. 33; lots 2 and 3, and lots 5 thru 15;

    sec. 34, lot 1, lots 17 thru 29, and lot 31;

    sec. 35, lot 14, excepting IC Nos. 947 and 948;

    tract B, U.S. Survey No. 3334;

    lots 3, 4, and 5, U.S. Survey No. 11761.

T. 3 S., R. 4 E.,

    sec. 1, lot 6, excepting corrected IC Nos. 2291 and 2292;

    secs. 4 and 5, secs. 8 thru 11, secs. 14 thru 17, and secs. 20 thru 23.

T. 3 S., R. 5 E.,

    lot 7, U.S. Survey No. 3550.

T. 4 S., R. 5 E.,

    sec. 23, lot 1, excepting IC Nos. 947 and 948;

    sec. 24, lot 1, excepting IC Nos. 947 and 948;

    lot 3, U.S. Survey No. 11699.

T. 22 S., R. 25 E.,

    secs. 1, 2, secs. 10 thru 17, and secs. 19 thru 36, unsurveyed.

36

T. 23 S., R. 25 E.,

    secs. 1 thru 18, secs. 20 thru 28, and secs. 33 thru 36, unsurveyed.

T. 24 S., R. 25 E.,

    secs. 1, 2, and 12, unsurveyed.

Fairbanks Meridian, Alaska

T. 18 S., R. 1 W., unsurveyed,

    secs. 33 thru 36.

T. 19 S., R. 1 W., unsurveyed,

    secs. 1 thru 4, and sec. 15;

    U.S. Survey No. 14473.

T. 22 S., R. 1 W., unsurveyed,

    secs. 25 thru 27 and secs. 34 thru 36.

T. 17 S., R. 3 W., unsurveyed.

T. 18 S., R. 3 W., unsurveyed,

    sec. 13;

    sec. 19, NW1/4NE1/4, S1/2NE1/4, S1/2NW1/4, and S1/2;

    sec. 20, S1/2NE1/4, NE1/4NW1/4, S1/2NW1/4, and S1/2;

    sec. 21, S1/2;

    sec. 22, S1/2NE1/4, SE1/4NW1/4, SW1/4, and NW1/4SE1/4;

    sec. 26, SW1/4SW1/4;

    sec. 27, W1/2, NW1/4SE1/4, and S1/2SE1/4;

    secs. 28 thru 30;

    sec. 31, NE1/4;

sec. 32, NE1/4, N1/2NW1/4, N1/2SE1/4, and SE1/4SE1/4;

sec. 33, N1/2, SW1/4SW1/4, and NE1/4SE1/4;

sec. 34, N1/2, N1/2SW1/4, and N1/2SE1/4;

secs. 35 and 36.

T. 19 S., R. 3 W., unsurveyed,

secs. 1 and 2, excepting lots 1 thru 4, U.S. Survey No. 3523; and lot 1, U.S. Survey No. 4317;

sec. 10;

sec. 11, excepting, lots 2 and 3, U.S. Survey No. 3523; and lots 1 and 3, U.S. Survey No 4317;

secs. 12, 14, and 15;

lot 2, U.S. Survey No. 4317.

T. 16 S., R. 4 W., unsurveyed.

T. 17 S., R. 4 W., unsurveyed,

secs. 1 thru 12.

T. 18 S., R. 4 W., unsurveyed,

sec. 6, NE1/4NE1/4;

U.S. Survey No. 14472;

Tps. 20 and 21 S., Rs. 4 W., unsurveyed.

T. 22 S., R. 4 W., unsurveyed,

secs. 1 thru 18.

T. 16 S., R. 5 W., unsurveyed.

T. 17 S., R. 5 W.,

38

secs. 33 and 36.

T. 18 S., R. 5 W.,

secs. 7 thru 11;

sec. 12, NW1/4NE1/4, S1/2NE1/4, W1/2, and SE1/4;

secs. 13 thru 21 and secs. 28 thru 33.

Tps. 20 and 21 S., Rs. 5 W., unsurveyed.

T. 22 S., R. 5 W., unsurveyed,

secs. 1 thru 18.

T. 15 S., R. 6 W.,

secs. 3, 4, 9 and 10;

sec. 15, NE1/4, SW1/4, and S1/2SE1/4;

sec. 16.

T. 17 S. R. 6 W.,

sec. 33;

sec. 36, NW1/4NE1/4, S1/2NE1/4, NW1/4, and S1/2;

tract B, those portions lying within the Nenana River Parcel of Power Site

Classification No. 403.

T. 18 S. R. 6 W.,

sec. 11, 19, and 20.

Tps. 19, 20, and 21 S., Rs. 6 W., unsurveyed.

T. 22 S., R.6 W., unsurveyed,

secs. 1 thru 18.

T. 16 S. R. 7 W.,

39

lot 2, U.S. Survey No. 4398.

T. 17 S. R. 7 W.,

lot 3, U.S. Survey No. 5595;

lot 6, U.S. Survey No. 5596.

T. 18 S. R. 7 W.,

sec. 3, lot 2, that portion excluded from the Interim Conveyance No. 443 as native

allotment F-15557;

sec. 16, excepting U.S. Survey No. 13992;

secs. 17 thru 19 and sec. 30;

lots 10A, 10C, 11, and 39, U.S. Survey No. 3229.

Tps. 20 and 21 S., Rs. 7 W., unsurveyed.

T. 22 S., R. 7 W., unsurveyed,

secs. 1 thru 18.

T. 18 S. R. 8 W.,

sec. 1, lots 1 thru 3;

sec. 2, lot 1;

secs. 10 thru 17 and sec. 19;

sec. 20, lots 2 thru 11;

secs. 21 and 22 and secs. 23 thru 28;

sec. 29, lot 8;

sec. 30, lots 1 thru 4, N1/2NW1/4NE1/4, NE1/4NW1/4, and N1/2SE1/4NW1/4;

sec. 31, lots 1 thru 4;

secs. 32 thru 36.

40

T. 19 S. R. 8 W.,

    sec. 9 and secs. 19 thru 36.

Tps. 20 and 21 S., Rs. 8 W., unsurveyed.

T. 22 S., R. 8 W., unsurveyed,

    secs. 1 thru 18.

T. 19 S. R. 9 W.,

    sec. 3, secs. 10, 20, 24, 25, 34 and 35.

T. 20 S., R. 9 W.,

    secs. 22 thru 27 and secs. 34 thru 36, unsurveyed.

T. 21 S., R. 9 W., unsurveyed,

    secs. 1 and 2, secs. 11 thru 14, and secs. 23 thru 36.

T. 22 S., R. 9 W., unsurveyed,

    secs. 1 thru 18.

T. 20 S., R. 10 W.,

    U.S. Survey No. 5583;

    U.S. Survey No. 11155.

T. 15 S., R. 1 E., unsurveyed.

T. 16 S., R. 1 E, unsurveyed,

    secs. 1 thru 19, secs. 23 thru 26, and secs. 35 and 36.

T. 17 S., R. 1 E., unsurveyed,

    secs. 1 thru 3 and secs. 10 thru 36.

T. 18 S., R. 1 E., unsurveyed.

T. 19 S., R. 1 E., unsurveyed,

Exhibit E

Page 41 of 53

secs. 1 thru 35;

sec. 36, those portions lying within the Denali Project of Power Site Classification 443.

T. 20 S., R. 1 E., unsurveyed,

sec. 1, those portions lying within the Denali Project of Power Site Classification 443.

secs. 2 thru 5, secs. 8 thru 16, and secs. 19 thru 23;

sec. 24, excepting U.S. Survey No. 14342;

secs. 25 thru 32;

sec. 33, excepting that portion that falls within the Anchorage 031692 parcel of Public Land Order 1516;

sec. 34, excepting U.S. Survey No. 4351 and that portion that falls within the Anchorage 031692 parcel of Public Land Order 1516;

secs. 35 and 36;

U.S. Survey No. 14342.

T. 21 S., R. 1 E., unsurveyed,

sec. 2, those lands west of the left bank of the Susitna River;

sec. 3, those lands west of the left bank of the Susitna River, excepting U.S. Survey No. 4314 and Tentative Approval No. 2009-0021;

sec. 4;

sec. 9, excepting U.S. Survey No. 4062, and lot1, U.S. Survey No. 12140;

sec. 10, those lands west of the left bank of the Susitna River, excepting U.S. Survey No. 4062, and lots 1 and 3, U.S. Survey No. 4314;

sec. 13, excepting U.S. Survey No. 4274 and U.S. Survey No. 4339;

sec. 14, excepting U.S. Survey No. 4274;

secs. 15 thru 17 and secs. 20 thru 36.

T. 22 S., R. 1 E., unsurveyed,

secs. 1 thru 4, secs. 9 thru 16, secs. 22 thru 27, and sec. 36.

Tps. 15 thru 18 S., R. 2 E., unsurveyed.

T. 19 S., R. 2 E., unsurveyed,

secs. 1 thru 27, secs. 29, 30, and 31, and secs. 34, 35, and 36.

T. 20 S., R. 2 E., unsurveyed,

secs. 11, 12, and 13, excepting M.S. Nos. 2494, 2495, and 2496.

T. 21 S., R. 2 E., unsurveyed,

secs. 30 thru 35.

T. 22 S., R. 2 E., unsurveyed,

sec. 1, W1/2;

secs. 2 thru 36.

Tps. 15 thru 19 S., R. 3 E., unsurveyed.

T. 22 S., R. 3 E., unsurveyed,

secs. 18, 19, 30, 31 and 32.

Tps. 15 thru 18 S., R. 4 E., unsurveyed.

T. 19 S., R. 4 E., unsurveyed,

secs. 1 thru 11, secs. 15 thru 21, and secs. 29 and 30.

T. 21 S., R. 4 E., unsurveyed,

U.S. Survey No. 3690.

T. 22 S., R. 4 E., unsurveyed,

sec. 1, excepting U.S. Survey No. 3690, U.S. Survey No. 4014, U.S. Survey No.

12159, and U.S. Survey No. 14132;

U.S. Survey No. 3690.

Tps. 15 and 16 S., R. 5 E., unsurveyed.

T. 17 S., R. 5 E., unsurveyed,

secs. 1 thru 35.

T. 18 S., R. 5 E., unsurveyed,

secs. 3 thru 9 and secs. 17 thru 19.

T. 16 S., R. 6 E., unsurveyed.

T. 17 S., R. 6 E., unsurveyed,

secs. 1 thru 30.

T. 21 S., R. 6 E., unsurveyed,

sec. 35;

lot 2, U.S. Survey No. 4242.

T. 16 S., R. 7 E., unsurveyed.

T. 17 S., R. 7 E., unsurveyed,

secs. 1 thru 31.

T. 21 S., R. 7 E., unsurveyed,

secs. 6 thru 8, that portion lying southerly and westerly of the centerline of the Denali

Highway;

secs. 13 and 14, that portion lying southerly of the centerline of the Denali Highway,

excepting U.S. Survey No. 12147;

sec. 17, that portion lying westerly of the centerline of the Denali Highway;

44

secs. 18 and 19;

secs. 20 thru 23, that portion lying southerly and westerly of the centerline of the Denali Highway;

sec. 24, excepting U.S. Survey No. 12147;

secs. 25 thru 36.

T. 22 S., R. 7 E., unsurveyed.

T. 16 S., R. 8 E., unsurveyed.

T. 17 S., R. 8 E., unsurveyed,

secs. 1 thru 24 and sec. 30.

T. 21 S., R. 8 E., unsurveyed,

secs. 16, 17 and 18, that portion lying southerly of the centerline of the Denali Highway;

sec. 19;

secs. 20 thru 27, that portion lying southerly of the centerline of the Denali Highway;

secs. 28 thru 36.

T. 22 S., R. 8 E.,

tracts A, B, and C.

T. 21 S., R. 9 E.,

sec. 35, SE1/4SW1/4 and SE1/4, that portion lying southerly of the centerline of the Denali Highway;

tract A, that portion lying southerly of the centerline of the Denali Highway, excepting U.S. Survey No. 4425;

45

tract B, that portion encompassed by PLO No 1490 and that portion lying southerly of the centerline of the Denali Highway.

T. 22 S., R 9 E.,

tracts A and B.

T. 21 S., R. 10 E., unsurveyed,

secs. 25, 31, and secs. 33 thru 36, those portions lying southerly of the centerline of the Denali Highway.

T. 22 S., R. 10 E., unsurveyed,

secs 1 thru 4;

sec. 5 excepting U.S. Survey No. 4357;

secs. 6 thru 19;

sec. 20, excepting U.S. Survey No. 5312;

secs. 21 thru 36;

lots 2 and 3, U.S. Survey No. 4357.

T. 22 S., R. 11 E., unsurveyed,

secs. 25 and 36.

T. 22 S., R. 12 E., unsurveyed,

secs. 1, 2, 6, 7, secs. 11 thru 14, and secs. 23 thru 27;

sec. 33, excepting a portion described in a deed dated November 14, 1983 and recorded in the Chitina Recording District, in Book 18, pages 694 thru 697;

secs. 34, 35, and 36.

T. 20 S., R. 15 E., unsurveyed,

M.S. No. 1077, M.S. No. 1079, and M.S. No. 1080.

Seward Meridian, Alaska

T. 32 N., R.1 E., unsurveyed,

secs. 1, 2, 5, and 6;

sec. 7, those portions excluded from the Interim Conveyance No. 1376 as mining claims AA-29404, AA-29407, AA-29408 and AA_29409;

sec. 8, those portions excluded from the Interim Conveyance No. 1376 as mining claims AA-29440, AA-29441, AA-29442, AA-29497 and AA-29498;

sec. 9, those portions excluded from the Interim Conveyance No. 1376 as mining claims AA-29440, AA-29488, AA-29497 and AA-29530;

secs. 10 thru 15;

sec. 16, excepting U.S. Survey No. 4917;

sec. 17;

sec. 18, those portions excluded from the Interim Conveyance No. 1376 as mining claims AA-29409, AA-29414, AA-29428 and AA-29439;

secs. 20 thru 29 and secs. 35 and 36.

T. 33 N., R. 1 E., unsurveyed,

secs. 13 thru 24, secs. 27 thru 33, and sec. 36.

T. 29 N., R. 2 E., unsurveyed,

secs. 34 and 35.

T. 32 N., R. 2 E., unsurveyed,

secs. 1 thru 19;

sec. 20, excepting U.S. Survey No. 4918;

sec. 21, secs. 23 thru 26, and secs. 28 thru 31.

T. 33 N., R. 2 E., unsurveyed,

    secs. 13 thru 29 and secs. 31 thru 36.

T. 29 N., R. 3 E., unsurveyed,

    secs. 1 thru 4 and secs. 9 thru 36.

T. 30 N., 3 E., unsurveyed,

    secs. 23 thru 27 and secs. 33 thru 36.

T. 32 N., R. 3 E., unsurveyed,

    secs. 4 thru 9 and secs. 16 thru 21.

T. 30 N., R. 4 E., unsurveyed,

    secs. 10 thru 36.

T. 29 N., R. 5 E., unsurveyed,

    secs. 7 thru 36.

T. 30 N., R. 5 E., unsurveyed,

    secs. 1 thru 4 and secs. 7 thru 24.

T. 29 N., R. 6 E., unsurveyed,

    secs. 5 thru 8.

T. 30 N., R. 6 E., unsurveyed,

    secs. 28 thru 33.

T. 32 N., R. 6 E., unsurveyed,

    secs. 15, 22, 23, 24, and 30.

T. 29 N., R. 7 E., unsurveyed,

    secs. 3, 4, and 5, secs. 7 thru 10, secs. 15 thru 22, and secs. 27 thru 34.

T. 30 N., R. 7 E., unsurveyed,

secs. 13 thru 29 and secs. 32 thru 36.

T. 31 N., R. 7 E., unsurveyed,

secs. 1 thru 4 and sec. 12, those portions lying north of the left bank of the Susitna

River.

T. 32 N., R. 7 E., unsurveyed,

secs. 3, 4, 8, 9, 17, 18, 19, and 29;

secs. 32, those portions lying north of the left bank of the Susitna River;

secs. 33 and 34.

T. 31 N., R. 8 E., unsurveyed,

secs. 1, 2, and 3, secs. 7 thru 18, and secs. 21 and 22.

T. 32 N., R. 8 E., unsurveyed,

secs. 1 thru 18.

T. 33 N., R. 8 E., unsurveyed,

secs. 13, 14, and 15, secs. 22 thru 27, and secs. 34, 35, and 36.

T. 30 N., R. 9 E., unsurveyed,

secs. 1 and 12;

sec. 21, excepting U.S. Survey No. 5212;

sec. 22.

T. 31 N., R. 9 E., unsurveyed,

secs. 17 thru 28 and sec. 36.

T. 32 N., R. 9 E., unsurveyed,

secs. 1 thru 18.

T. 33 N., R. 9 E., unsurveyed.

T. 30 N., R. 10 E., unsurveyed,

secs. 6 thru 17.

T. 31 N., R. 10 E., unsurveyed,

sec. 31.

T. 16 N., R. 11 E., unsurveyed,

secs. 1 thru 7;

secs. 8 thru 12 and secs. 15 thru 19, those portions lying outside the boundary of the

Chugach National Forest.

T. 29 N., R. 11 E., unsurveyed,

secs. 1 thru 7 and secs. 9, 10, and 16.

T. 30 N., R. 11 E., unsurveyed,

secs. 7, 8, 17, 18, 20, 21, 25, 26, 28, and 29, and secs. 32 thru 36.

T. 33 N., R. 11 E., unsurveyed,

secs. 17 and 20.

T. 16 N., R. 12 E., unsurveyed,

sec. 1 thru 9, those portions lying outside the boundary of the Chugach National

Forest.

T. 19 N., R. 12 E., unsurveyed,

secs. 4 thru 9.

T. 20 N., R. 12 E.,

tract A, those lands within secs. 28 thru 33, those portions excluded from the

Tentative Approval No. 1980-0173, as regional application claim AA-16176.

T. 21 N., R. 12 E.,

sec. 30, those lands within the Lake Leila portion of Public Land Order No. 1552.

T. 30 N., R. 12 E., unsurveyed,

secs. 3, 4,8, 9, and 10, secs. 15 thru 24, and secs. 29 thru 32.

T. 31 N., R. 12 E., unsurveyed,

secs. 1 thru 4, secs. 9, 10, 11, 16, 21, 28, and 33.

T. 32 N., R. 12 E., unsurveyed,

secs. 1, and 2, secs. 8 thru 11, secs. 13 thru 16, secs. 24, 25, and 26, and secs. 33 thru

36.

T. 33 N., R. 12 E., unsurveyed,

secs. 17 and 18.

T. 29 N., R. 1 W., unsurveyed.

T. 30 N., R. 1 W., unsurveyed,

secs. 19 thru 36.

T. 31 N., R. 1 W., unsurveyed,

secs. 28 thru 33.

T. 32 N., R. 1 W., unsurveyed,

secs. 1 thru 4;

sec. 10, that portion excluded from the Interim Conveyance No. 1376 as headquarters

site AA-00052;

secs. 11 and 12;

sec. 13, those portions excluded from Interim Conveyance No. 1376 as mining claims

AA-29404, AA-29405, AA-29406, and AA-24910 through AA-29422;

51

sec. 24, those portions excluded from Interim Conveyance No. 1376, as mining

claims AA-29422 through AA-29427.

T. 33 N., R. 1 W., unsurveyed.

T. 30 N., R. 2 W., unsurveyed,

secs. 4 thru 9.

The areas described aggregate approximately 2,592,796 acres.

2. PLO No. 5418, effective March 1974, amends PLO No. 5180 to add all unreserved

public lands in Alaska, or those lands that may become unreserved unless specified by

order at that time. Upon revocation, the lands in this order will not be subject to the

terms and conditions of PLO No. 5418, which amended PLO No. 5180, but will continue

to be subject to the terms and conditions of any other withdrawal, application,

segregation of record, and other applicable law. In 1982, PLO No. 6329 modified the

segregation of PLO Nos. 5150, 5173, 5178, 5179, 5180, and 5184. PLO No. 6329 will be

superseded by this Order.

3. At 8 a.m. AKST on [INSERT DATE 30 DAYS AFTER DATE OF PUBLICATION

IN THE FEDERAL REGISTER], the lands described in Paragraph 1 shall be open to all

forms of appropriation under the general public land laws, including location and entry

under the mining laws, leasing under the Mineral Leasing Act of February 25, 1920, as

amended, subject to valid existing rights, the provisions of existing withdrawals, other

segregations of record, and the requirements of applicable law. All valid applications

received at or prior to 8 a.m. AKST on [INSERT DATE 30 DAYS AFTER DATE OF

PUBLICATION IN THE FEDERAL REGISTER], shall be considered as simultaneously

filed at that time. Those received thereafter shall be considered in the order of filing.

Appropriation of any of the lands referenced in this PLO under the general mining laws prior to the date and time of revocation remain unauthorized. Any such attempted appropriation, including attempted adverse possession under 30 U.S.C. 38, shall vest no rights against the United States. State law governs acts required to establish a location and to initiate a right of possession where not in conflict with Federal law. The BLM will not intervene in disputes between rival locators over possessory rights since Congress has provided for such determinations in local courts.

David L. Bernhardt
Secretary of the Interior

1/16/2021
Date