

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Alaska State Office
222 West Seventh Avenue, #13
Anchorage, Alaska 99513-7504
www.blm.gov/alaska



In Reply Refer To:
F-86863 (2627)
F-89064 (2627)
F-89291 (2627)
(AK944) cag/dlt/elr

JUN 21 2021

DEPARTMENT OF
NATURAL RESOURCES

JUN 22 2021
COMMISSIONER'S OFFICE
ANCHORAGE

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Corri A. Feige, Commissioner
State of Alaska
Department of Natural Resources
550 West Seventh Avenue, Suite 1400
Anchorage, Alaska 99501-3561

Dear Ms. Feige:

This letter is in response to your letter dated April 13, 2021, requesting an update on the status of the conveyance request for selection applications F-86863, F-89064, and F-89291, all of which were previously requested for priority conveyance by the State of Alaska in letters dated March 16, 2021 and May 1, 2019. The Bureau of Land Management (BLM) previously informed your office via email from Erika Reed to Brent Goodrum that the other parcels requested continue to move forward toward conveyance without delay.

On February 5, 1990, December 31, 1992, and January 26, 1993, the State of Alaska filed General Purposes Grant selection applications F-86863 (GS-5344), F-89064 (GS-6333), and F-89291 (GS-6328), under the provisions of Sec. 6(b) of the Alaska Statehood Act,[1] and Sec. 906(e) of the Alaska National Interest Lands Conservation Act (ANILCA) of December 2, 1980[2] for certain lands within Tps. 4, 5 and 6 S., R. 33 W., Kateel River Meridian, Alaska.

On May 2, 2019, the BLM received the State of Alaska's priority conveyance request for certain lands within these townships. On December 18, 2019, the BLM issued an approval decision and

---

[1] Pub. L. 85-508, 72 Stat. 339, as amended, 48 U.S.C. prec. 21.
[2] 94 Stat. 2371 at 2439, 43 U.S.C. 1635(e).

a proposed tentative approval for lands within Tps. 4, 5 and 6 S., R. 33 W., Kateel River Meridian. Subsequently, the BLM followed up with this decision on January 13, 2020, vacating the decision of December 18, 2019 in its entirety, as the lands approved for conveyance were withdrawn from all forms of appropriation, including selection by the State of Alaska by Public Land Order (PLO) No. 5184 of March 15, 1972.

The decision of January 13, 2020, also informed the State of Alaska its filing pursuant to Sec. 906(e) of ANILCA continues to be recognized as a future interest application but is of no effect until such time PLO No. 5184 is modified to allow for opening of those lands for selection by the State of Alaska. The decision of January 13, 2020 was not appealed.

The State's request for priority conveyance also included the request for the revocation of Power Site Reservation (PSR) No. 726, located within T. 5 S., R. 33 W., Kateel River Meridian. The BLM will assess the waterpower value of the site and furnish a report to the Federal Energy Regulatory Commission (FERC) for a determination. If the FERC approves the revocation, the BLM Alaska State Office will prepare a PLO and send it to the Secretary of the Interior for approval. If the Secretary of the Interior approves the PLO, the order will be published in the Federal Register. If PSR No. 726 is not revoked, the lands would still be available for selection by the State of Alaska pursuant to Section 104(a) of the Alaska Land Transfer Acceleration Act, if the lands are otherwise opened for State selection by the revocation of PLO No. 5184, but the conveyance will be subject to the provisions of Section 24 of the Federal Power Act as specified by the FERC determination. Overall, the process to determine if the PSR should be revoked and give effect to the decision takes a couple of years.

In accordance with a notice published in the *Federal Register* on April 16, 2021 (*See* 86 FR 20193) the lands requested that are within PLO 7899 are currently not open to State selection; however, the BLM intends to complete an environmental analysis with related consultation regarding PLO 7899 during the next two years and we encourage the Department of Natural Resources to participate in that process to ensure your concerns are addressed.

Once the lands within Tps. 4, 5 and 6 S., R. 33 W., Kateel River Meridian, are open for State selection, the State's filing will become an effective application without any further action on the State's part.

Currently, the State has approximately 1.9 million acres of valid selections it has designated as Priority 1 selections. While the Secretary of the Interior reviews PLO 7899, the BLM is ready and willing to convey the State's Priority 1 selections. Moving forward with these conveyances leaves adequate remaining entitlement for the future conveyance of the approximately 2 million acres of State top filings, like those at issue here, if those lands become available for State selection in the future. Based on current practices, the BLM must await a request from the State before we can begin the process to convey these lands. The BLM staff stand eager and prepared to immediately respond to any future submission.

We look forward to continuing to work with you on this important issue. If you have any questions on the issues outlined in this letter, please feel free to contact me at 271-5080, or

cpadgett@blm.gov, or you can contact Erika Reed, Deputy State Director of Lands, Cadastral and Pipeline Monitoring, at 271-6613 or e05reed@blm.gov.

Sincerely,

Chad B. Pagett
State Director

Enclosures:
    Copy of letters from the State of Alaska (May 1, 2019, March 16, 2021, and April 13, 2021)
    Copy of Decisions

Cc:
    State of Alaska (Certified Mail – Return Receipt Requested)
    Department of Natural Resources
    Division of Mining, Land, and Water
    Realty Services Section
    550 West Seventh Avenue, Suite 1050A
    Anchorage, Alaska 99501-3579
    (w/enclosures)

    Deputy State Director, Division of Lands and Cadastral (940)

    Chief, Branch of Adjudication (944)

    Chief, Section of Adjudication Services (9441)