IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| STATE OF ALASKA | v. | DEB HAALAND, in her capacity as Secretary of the Department of the Interior, et al. |
|---|---|---|
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 3:21-cv-0158-HRH |

PROCEEDINGS:   ORDER FROM CHAMBERS

Defendants' *Unopposed Motion for Extension of Time*,[1] filed September 1, 2021, is granted.

Defendants shall have until **October 22, 2021**, to answer or otherwise respond to plaintiff's complaint.

———

[1] Docket No. 8.

Order from Chambers – Extension of Time — - 1 -