TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

SHANNON BOYLAN (D.C. Bar No. 1724269)
Trial Attorney, Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611 Washington, D.C. 20044
Telephone: 202-598-9584
Facsimile: 202-305-0506
Email: shannon.boylan@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>        Plaintiff,<br><br>v.<br><br>DEB HAALAND, et al.,<br><br>        Defendants. | Case No. 3:21-cv-00158-HRH |

**UNOPPOSED MOTION FOR FILING OVERSIZED 12(b) MOTION**

Federal Defendants hereby seek leave to file an oversized brief in support of its motion to dismiss under Fed. R. Civ. P. 12(b). Plaintiff, the State of Alaska, filed its Complaint on July 9, 2021, ECF No. 1. Plaintiff challenges the United States Bureau of Land Management's ("BLM") April 16, 2021, decision to extend by two years the implementation of five Public Land Orders ("PLO") concerning certain federal lands under Section 17(d)(1) of the Alaska Native Claims Settlement Act ("ANCSA").

Defendants' response to the Complaint is due on October 22, 2021.

The 57-page complaint consists of 245 paragraphs and 10 Causes of Action. In light of the length of the Complaint and complexity of the claims, Defendants need additional space to address Plaintiff's claims in their motion to dismiss, in the form of five extra pages or 1,200 extra words. Defendants conferred with counsel for Plaintiff who indicated that Plaintiff takes no position on this motion.

In light of the foregoing, the movants request an additional 5 pages/1,200 words over the 35 page/10,000 word limit allowed under Local Civil Rule 7.4(a)(1) with which to file their motion to dismiss.

DATED: October 21, 2021.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

*/s/ Shannon Boylan*
SHANNON BOYLAN
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
(202) 598-9584 || 202-305-0506 (fax)
shannon.boylan@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2021, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Shannon Boylan*
Shannon Boylan