TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

SHANNON BOYLAN (D.C. Bar No. 1724269)
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
(202) 598-9584 || 202-305-0506 (fax)
shannon.boylan@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DEB HAALAND, et al.,<br><br>　　　　　Defendants. | Case No. 3:21-cv-00158-HRH<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR FILING OVERSIZED 12(b) MOTION** |

　　　　Defendants have submitted an unopposed motion for filing an oversized brief in support of its Fed. R. Civ. P. 12(b) motion to dismiss. Defendants request an additional five pages/1,200 words with which to address the ten causes of action in Plaintiff's Complaint, ECF No. 1. Plaintiff has stated that it takes no position on Defendants' motion. In light of Plaintiff's lack of opposition, and good cause appearing therefor, it is

1

hereby ORDERED that Defendants' unopposed motion be GRANTED. Defendants shall have an additional five pages and 1,200 words for their 12(b) motion.

DATED this _____ day of _____, 2021.

_____
Hon. H. Russel Holland
United States District Court Judge
District of Alaska