IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| STATE OF ALASKA | v. | DEB HAALAND, in her capacity as Secretary of the Department of the Interior, et al. |
|---|---|---|
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 3:21-cv-0158-HRH |

PROCEEDINGS: ORDER FROM CHAMBERS

Defendants have submitted an unopposed motion[1] for extension of time to file the agency record, from November 1, 2021, to 30 days after the court rules on defendants' pending motion to dismiss.[2] In light of plaintiff's lack of opposition, and good cause appearing therefor, it is hereby ordered that defendants' unopposed motion is granted.

Defendants shall have until **30 days** after the court's ruling on defendants' motion to dismiss in which to file the agency record.

---

[1]Docket No. 13.

[2]Docket No. 12.

Order from Chambers – Extension of Time to File Record - 1 -