IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| STATE OF ALASKA | v. | DEB HAALAND, in her capacity as Secretary of the Department of the Interior, et al. |
|---|---|---|
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 3:21-cv-0158-HRH |

PROCEEDINGS:   ORDER FROM CHAMBERS

The parties' *Joint Motion for Extension of Time to File Response and Reply Briefs*,[1] filed November 10, 2021, is granted. Plaintiff's response to defendants' motion to dismiss shall be filed on or before **December 10, 2021**. Defendants' reply in support of its motion to dismiss shall be filed on or before **January 14, 2022**.

---

[1] Docket No. 15.

Order from Chambers – Extension of Time to File Response and Reply Briefs        - 1 -