UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 13 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF ALASKA,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>DEBRA ANNE HAALAND, Secretary of the Department of the Interior; LAURA DANIEL-DAVIS, Deputy Assistant Secretary, Land and Minerals Management, Bureau of Land Management; CHAD PADGETT, Alaska State Director, Bureau of Land Management; BUREAU OF LAND MANAGEMENT,<br><br>        Defendants - Appellees. | No. 22-35376<br><br>D.C. No. 3:21-cv-00158-HRH<br>U.S. District Court for Alaska, Anchorage<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

| | |
|---|---|
| **Fri., May 20, 2022** | Appellant's Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Thu., July 14, 2022** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

| | |
|---|---|
| **Mon., August 15, 2022** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Ruben Talavera
        Deputy Clerk
        Ninth Circuit Rule 27-7