TREG TAYLOR
ATTORNEY GENERAL
Ronald W. Opsahl (Alaska Bar No. 2108081)
Senior Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5232
Facsimile: (907) 279-2834
Email: ron.opsahl@alaska.gov

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>Plaintiff,<br><br>v.<br><br>DEB HAALAND, *et al.,*<br><br>Defendants. | )<br>)<br>)<br>)  Case No. 3:21-cv-00158-HRH<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR APPROVAL OF STIPULATED SETTLEMENT AGREEMENT

In accordance with the stipulated settlement agreement ("Agreement") reached in this matter (*see* Attachment 1 to this Motion), Plaintiff the State of Alaska ("Plaintiff") and Defendants Deb Haaland et al. ("United States" or "Defendants") (collectively the "Parties") respectfully request that this Court issue an order approving the Agreement and retaining jurisdiction solely to enforce the terms of the Agreement. In support of this motion, the Parties state as follows:

1.      Between January 11 and January 16, 2021, then-Secretary of the Interior David Bernhardt signed five Public Land Orders, known as PLOs 7899, 7900, 7901, 7902, and 7903 ("PLOs"), intended to partially revoke withdrawals issued in 1972 and 1973 by the

*State of Alaska v. Haaland, et al.,*                                   Case No. 3:21-cv-00158-HRH
Joint Motion for Approval of Stipulated Settlement Agreement         Page 1 of 5

Case 3:21-cv-00158-HRH   Document 25   Filed 06/15/23   Page 1 of 5

Department of the Interior pursuant to Executive Order 10355 and Sec. 17(d)(1) of the Alaska Native Claims Settlement Act on nearly 28 million acres of Bureau of Land Management ("BLM")-administered lands in Alaska.

2. On January 19, 2021, PLO 7899 was published in the Federal Register, 86 Fed. Reg. 5236 (January 19, 2021). PLOs 7900, 7901, 7902, and 7903 have not been published in the Federal Register.

3. On February 18, 2021, Defendants published a notice in the Federal Register extending the opening order for PLO 7899 and providing that the lands subject to that PLO will not be opened for an additional 60 days, 86 Fed. Reg. 10,131 (February 18, 2021).

4. On April 16, 2021, Defendants published a notice in the Federal Register further extending the opening order for PLO 7899 and providing that the lands subject to that PLO will not be opened until April 16, 2023, and clarifying that the BLM has not published opening orders for PLOs 7900, 7901, 7902, and 7903 and therefore they have no effective date, 86 Fed. Reg. 20,193 (Apr. 16, 2021).

5. On July 7, 2021, Plaintiff filed this lawsuit (ECF No. 1), alleging that the extensions of the opening order for PLO 7899 and the Defendants' delay in publishing opening orders for the remaining PLOs were unlawful.

6. On March 14, 2022, this Court granted the United States' motion to dismiss and dismissed Plaintiff's complaint without prejudice (ECF No. 20).

7. On May 12, 2022, Plaintiff filed a notice of appeal with the U.S. Court of Appeals for the Ninth Circuit (ECF No. 21).

*State of Alaska v. Haaland, et al.,*       Case No. 3:21-cv-00158-HRH
Joint Motion for Approval of Stipulated Settlement Agreement       Page 2 of 5

Case 3:21-cv-00158-HRH   Document 25   Filed 06/15/23   Page 2 of 5

8.	On April 10, 2023, Defendants published in the Federal Register a Notice extending the opening order for Public Land Order No. 7899 until August 31, 2024, and clarifying that the BLM has not published opening orders for PLOs 7900, 7901, 7902, and 7903, 88 Fed. Reg. 21207 (April 10, 2023).

9.	After detailed negotiations between the Parties, the Parties have reached an agreement to resolve this litigation per the attached Agreement.

10.	Under the Agreement, the United States agrees "to issue one or more decisions regarding whether or not to revoke withdrawals on the approximately 28-million acres of BLM-administered lands subject to the PLOs" by August 31, 2024. The United States may unilaterally extend that deadline by up to four months—i.e., until the end of 2024—"if Defendants determine that, despite good-faith efforts, they are unable to complete the decision-making process by that date and explain to the Plaintiffs, in writing, the basis of their determination." In exchange for that commitment, Plaintiff agrees to dismiss its appeal (subject to the possibility of reinstatement, as explained further in the next paragraph).

11.	The Agreement contemplates that this Court will retain jurisdiction solely to oversee compliance with the Agreement. If Defendants issue one or more decisions regarding whether to revoke the subject withdrawals by the deadline for doing so—including any permitted extension of that deadline—the litigation will be deemed as having been dismissed with prejudice. The parties agree that in the event this Court declines to approve the agreement, Plaintiff may file an unopposed motion to reinstate the appeal within 28 days of any order denying approval of the settlement agreement.

12.	In accordance with the terms of the Agreement, the Parties respectfully request this Court issue an order approving the Agreement, transfer this litigation to its inactive docket, and

*State of Alaska v. Haaland, et al.,*	Case No. 3:21-cv-00158-HRH
Joint Motion for Approval of Stipulated Settlement Agreement	Page 3 of 5

Case 3:21-cv-00158-HRH   Document 25   Filed 06/15/23   Page 3 of 5

retain jurisdiction solely for the purpose of adjudicating any motion to enforce the commitments set forth in the Agreement. *See Kokkoken v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381 (1994).

DATED this 15th day of June, 2023.

TREG TAYLOR
ATTORNEY GENERAL

By:    */s/ Ronald W. Opsahl*
Ronald W. Opsahl (Alaska Bar No. 2108081)
Senior Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 279-2834
Email: ron.opsahl@alaska.gov

Attorney for Plaintiff

*/s/ Shannon Boylan (by permission)*
Shannon Boylan
U.S. Department of Justice
Environment and Natural Resources Division
150 M St NE
Washington, DC 20002
Phone: (202) 598-9584
shannon.boylan@usdoj.gov

Attorney for Defendants

*State of Alaska v. Haaland, et al.,*                                    Case No. 3:21-cv-00158-HRH
Joint Motion for Approval of Stipulated Settlement Agreement            Page 4 of 5

Case 3:21-cv-00158-HRH   Document 25   Filed 06/15/23   Page 4 of 5

**CERTIFICATE OF SERVICE**

I certify that on **June 15, 2023**, a copy of the foregoing was served by electronic means

on all counsel of record by the Court's CM/ECF system.

*/s Leilani J. Tufaga*
Leilani J. Tufaga,
Law Office Assistant III

*State of Alaska v. Haaland, et al.,*                          Case No. 3:21-cv-00158-HRH
Joint Motion for Approval of Stipulated Settlement Agreement                          Page 5 of 5

Case 3:21-cv-00158-HRH   Document 25   Filed 06/15/23   Page 5 of 5