IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

STATE OF ALASKA, )
)
                  Plaintiff, )
)
vs. )
)
DEB HAALAND, Secretary of the )
Department of the Interior; et al. )
) No. 3:21-cv-0158 -HRH
                  Defendant. )
_____)

## O R D E R

### Case Dismissed

Upon review of plaintiff's and defendants' *Joint Motion to Dismiss With Prejudice*,[1] it is hereby ORDERED that plaintiff's complaint is dismissed with prejudice.

DATED at Anchorage, Alaska, this  8th  day of October, 2024.

                                                          /s/   H. Russel Holland
                                                          United States District Judge

---

[1]Docket No. 32.

ORDER – Case Dismissed          - 1 -

Case 3:21-cv-00158-HRH   Document 33   Filed 10/08/24   Page 1 of 1